AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>EDWARD JACOB LANG<br><br>*Defendant(s)* | Case: 1:21-mj-00061<br>Assigned to: Judge G. Michael Harvey<br>Assign Date: 1/15/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _January 6, 2021_ in the county of _____ in the
_____ District of _Columbia_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(b) | Assaulting, Resisting, or Impeding Certain Officers or Employees |
| 18 U.S.C. § 231(a)(3) | Civil Disorder |
| 18 U.S.C. § 1752(a) | Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent LaNard Taylor, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone (specify reliable electronic means).

Date: 01/15/2021

*Judge's signature*

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*