IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Criminal No. 21-mj-61; 21- CR-53 (CJN) |
| v. | ) ) |  |
| EDWARD JACOB LANG, | ) ) |  |
| Defendant. | ) ) |  |

## PARTIES' JOINT MOTION TO CONTINUE

The parties, through undersigned counsel, respectfully request a continuance of the initial appearance and detention hearing for the defendant in this case until Tuesday, February 9, 2021 at 1 p.m. Both parties were originally informed that this matter would be set for that date and time and are prepared to go forward at that time. As such, the parties respectfully request that this matter be continued until that day and time.

Respectfully submitted,

/s/ *Melissa Jackson*
Melissa Jackson (D.C. Bar No. 996787)
Assistant U.S. Attorney
Fraud Section
U.S. Attorney's Office for the District of Columbia
555 Fourth Street NW
Washington, DC 20530
(202) 252-7786
Melissa.Jackson@usdoj.gov

   /s/*Steven Metcalf*
Steven A. Metcalf II, Esq.
Metcalf & Metcalf, P.C.
99 Park Avenue, 25th Floor
New York, NY 10016
646.253.0514 (Phone)

metcalflawnyc@gmail.com
*Counsel for Edward Lang*

Dated: February 4, 2021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Melissa Jackson*
Melissa Jackson