# In The United States District Court For The District of Columbia District

---------------------------------------------------------------X

**UNITED STATES OF AMERICA**,

                                                    Criminal 21-CR-53 (CJN)

   - **against** -                  **NOTICE OF APPEARANCE**

**EDWARD JACOB LANG**,

                 Defendant.

---------------------------------------------------------------X

MSSRS:

    **Please Take Notice** that the above-named Defendant, EDWARD JACOB LANG, has retained the undersigned (*via* Metcalf & Metcalf, P.C.) to represent him in the above captioned matter and demands all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  New York, New York
           June 9, 2021

                                                Respectfully Submitted,

                                                /s/ *Steven Metcalf*

                                                _____
                                                STEVEN METCALF, Esq.
                                                *Attorney for Edward Jacob Lang*
                                                **Metcalf & Metcalf, P.C.**
                                                99 Park Avenue, 25th Flr.
                                                New York, NY 10016
                                                (*Office*) 646.253.0514
                                                (*Fax*) 646.219.2012
                                                (*Email*) metcalflawnyc@gmail.com