**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 21-cr-00053 (CJN) |
| | : | |
| v. | : | |
| | : | |
| EDWARD JACOB LANG | : | |

<u>NOTICE OF FILING</u>

The government requests that the attached discovery letters, dated June 14, 2021, be made part of the record in this case.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By:    _/s/ Melissa Jackson_____
Melissa Jackson
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530
Phone: (202) 252-7786
Melissa.jackson@usdoj.gov