**CERTIFICATE OF SERVICE**

  I hereby certify that on September 14, 2021, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing.

               <u> */s/ Melissa Jackson* </u>
               MELISSA JACKSON
               Assistant United States Attorney