

**STEVEN A. METCALF II, ESQ.**, Managing Attorney\*\*\*
**NANETTE IDA METCALF, ESQ.**, Managing Attorney\*\*
**MARTIN TANKLEFF, ESQ.**, Attorney+
**CHRISTOPHER DARDEN, ESQ.**, *Special Counsel*\*
**JOSEPH D. MCBRIDE, ESQ.**, *of Counsel*
**MARC HOWARD, ESQ.**, *of Counsel*

February 4, 2022

**VIA ECF**
The Honorable Judge Carl Nichols
U. S. District and Bankruptcy Courts for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

*Re:  USA v. Edward Jacob Lang,* **21-cr-0053 CJN**

Your Honor,

During our last status conference, we were ordered to provide an answer as to our client, Jake Lang's position with respect to the Protective Order by today, February 4, 2022.

I anticipated having a more detailed discussion with Mr. Lang over the last two days, but I have not had the ability to do so. Since our last conference, Mr. Lang has remained in "the hole" potentially awaiting disciplinary charges. Today, I thought he would be able to call me, even if for a few minutes, and I have not heard from him.

Instead, I received messages of others reporting that Mr. Lang was recently transferred to a medical facility. I have yet to confirm the accuracy of these messages.

In light of this, I am respectfully requesting an additional week to provide an answer on Mr. Lang's position with respect to the Protective Order.

*\*Licensed in California*
*\*\*Licensed in New York and California*
*\*\*\*Licensed in New York, SDNY, EDNY, WDNY, 2nd Circuit and DC Federal Court*
*+Licensed in NY, SDNY, EDNY, 2nd Circuit and DC Federal Court*

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6thFlr.
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

1 | P a g e

I thank the Court in advance for its consideration, and hope everyone enjoys their Friday and weekend.

Respectfully Submitted,

*Steven A. Metcalf*
STEVEN METCALF, ESQ.

cc: AUSA Karen Rochlin (*via ECF*)

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6thFlr.
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

2 | P a g e