

**STEVEN A. METCALF II, ESQ.**, Managing Attorney\*\*\*
**NANETTE IDA METCALF, ESQ.**, Managing Attorney\*\*
**MARTIN TANKLEFF, ESQ.**, Attorney+
**CHRISTOPHER DARDEN, ESQ.**, *Special Counsel*\*
**JOSEPH D. MCBRIDE, ESQ.**, *of Counsel*
**MARC HOWARD, ESQ.**, *of Counsel*

February 11, 2022

**VIA ECF**
The Honorable Judge Carl Nichols
U. S. District and Bankruptcy Courts for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

*Re:  USA v. Edward Jacob Lang,* **21-cr-0053 CJN**

Your Honor,

In an order issued on February 8, 2022, the Court directed that we provide an update with respect to the Protective Order on behalf of our client, Edward Jacob Lang today, February 11, 2022.

Mr. Metcalf has spoken to our client, Mr. Lang, and he does not authorize us to sign the protective order on his behalf.

Further, Mr. Lang has requested us to ask the court to schedule all future court appearances as in-person only appearances. From this day forward, he will not consent to virtual or phone appearances.

*\*Licensed in California*
*\*\*Licensed in New York and California*
*\*\*\*Licensed in New York, SDNY, EDNY, WDNY, 2nd Circuit and DC Federal Court*
*+Licensed in NY, SDNY, EDNY, DC Federal Court, 2nd Circuit and DC Circuit Court*

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6thFlr.
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

1 | P a g e

Thank you for your understanding and attention to this matter.

                Respectfully Submitted,

                *Martin Tankleff*
                MARTIN TANKLEFF, ESQ.

cc: AUSA Karen Rochlin (*via ECF*)

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6th Flr.
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)