

**STEVEN A. METCALF II, ESQ.**, Managing Attorney\*\*\*
**NANETTE IDA METCALF, ESQ.**, Managing Attorney\*\*
**MARTIN TANKLEFF, ESQ.**, Attorney+
**CHRISTOPHER DARDEN, ESQ.**, *Special Counsel*\*
**MARC HOWARD, ESQ.**, *Special Counsel*
**JOSEPH D. MCBRIDE, ESQ.**, *of Counsel*

April 26, 2022

**VIA ECF**
Honorable Carl J. Nichols, U.S.D.J.
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Re: ***USA v. Edward Jacob Lang*, Case #: 21-cr-00053 (CJN)**

Your Honor,

As ordered at our last status conference, Defendant Lang's Reply papers on his motion to dismiss the section 1512 count are due today, April 26, 2022. I write this letter to respectfully request a short extension to this **Friday, April 29, 2022**.

The reasons for my request are primarily based on the fact that I wish to have a detailed legal call with Mr. Lang before filing our Reply papers. Mr. Lang was recently transferred to Alexandria Detention Center, where my first legal, video visit is scheduled for tomorrow. Setting up this first legal call took me two weeks to navigate the waters, and deal with officers at the jail to schedule such video visit.

Additionally, I spoke to AUSA Rochlin, who does not oppose and consents to my instant request.

*\*Licensed in California*
*\*\*Licensed in New York and California*
*\*\*\*Licensed in New York, SDNY, EDNY, WDNY, 2nd Circuit and DC Federal Court*
*+Licensed in NY, SDNY, EDNY, 2nd Circuit and DC Federal Court*

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6th Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

Page | 1

We thank you in advance for your attention in this matter.

                                                  Respectfully submitted,

*Steven A. Metcalf*

_____

STEVEN A. METCALF II, ESQ.
**METCALF & METCALF, P.C.**
*Attorneys for Mr. Lang*
99 Park Avenue, 6th Floor
New York, NY 10016
*Phone* 646.253.0514
*Fax* 646.219.2012
metcalflawnyc@gmail.com

cc: AUSA Karen Rochlin (*via email and ECF*)

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6th Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

Page | 2