UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD JACOB LANG,<br><br>Defendant. | Case No. 1:21-cr-00053-CJN |

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY

NOW COMES the United States of America, through undersigned counsel, and respectfully provides notice of the decision in *United States v. Sean McHugh*, No. 21-cr-00453-JDB (D.D.C. May 2, 2022) (ECF 64), attached hereto, which the United States submits as supplemental authority for its response, ECF 55, to the defendant's motion to dismiss Count Nine of the Indictment, ECF 54.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

        /s/ *Karen Rochlin*
        KAREN ROCHLIN
        DC Bar No. 394447
        Assistant United States Attorney Detailee
        U.S. Attorney's Office
        Southern District of Florida
        99 N.E. 4th Street
        Miami, Florida  33132
        (786) 972-9045
        Karen.Rochlin@usdoj.gov

/s/
*/s/James I. Pearce*
James I. Pearce
Appellate Counsel to the Capitol Siege Section
United States Attorney's Office
NC Bar No. 44691
601 D Street N.W.
Washington, DC 20530
James.Pearce@usdoj.gov
(202) 532-4991