UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**EDWARD JACOB LANG,**<br><br>Defendant. | Case No. 1:21-cr-00053-CJN |

## THIRD NOTICE OF FILING SUPPLEMENTAL AUTHORITY

NOW COMES the United States of America, through undersigned counsel, and respectfully provides notice of the decision in *United States v. Craig Michael Bingert et al.*, No. 21-cr-00091-RLC (D.D.C. May 25, 2022) (ECF 67), attached hereto, which the United States submits as supplemental authority for its response, ECF 55, to the defendant's motion to dismiss Count Nine of the Indictment, ECF 54.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar No. 481052

    /s/ *Karen Rochlin*
    KAREN ROCHLIN
    DC Bar No. 394447
    Assistant United States Attorney Detailee
    U.S. Attorney's Office
    Southern District of Florida
    99 N.E. 4th Street
    Miami, Florida  33132
    (786) 972-9045
    Karen.Rochlin@usdoj.gov

*/s/*

*/s/James I. Pearce*
James I. Pearce
Appellate Counsel to the Capitol Siege Section
United States Attorney's Office
NC Bar No. 44691
601D Street N.W.
Washington, DC 20530
James.Pearce@usdoj.gov
(202) 532-4991
