# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: **1:21−cr−00053−CJN−1**

Case title: USA v. LANG

Magistrate judge case number: 1:21−mj−00061−GMH

Date Filed: 01/29/2021

---

Assigned to: Judge Carl J. Nichols

Appeals court case number: 21−3066

**Defendant (1)**

| | | |
|---|---|---|
| **EDWARD JACOB LANG** | represented by | **Steven Alan Metcalf , II**<br>METCALF & METCALF, P.C.<br>99 Park Avenue<br>6th Floor<br>New York, NY 10016<br>646−253−0514<br>Fax: 646−219−2012<br>Email: fedcases@metcalflawnyc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |
| | | **Martin Harold Tankleff**<br>BARKET EPSTEIN KEARON ALDEA &<br>LOTURCO, LLP<br>666 Old Country Road<br>Suite 700<br>Garden City, NY 11530<br>516−745−1500<br>Fax: 646−619−4807<br>Email: mtankleff@barketepstein.com<br>*TERMINATED: 06/10/2022*<br>Designation: Retained |

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. 231(a)(3); CIVIL DISORDER;<br>Civil Disorder<br>(1) | |
| 18:111(a)(1) and 2;<br>ASSAULTING/RESISTING/IMPEDING<br>OFFICERS/EMPLOYEES; Assaulting,<br>Resisting, or Impeding Certain Officers | |

and Aiding and Abetting
(1s–2s)

18 U.S.C. 111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers
(2)

18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder
(3)

18:111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers
(3s–4s)

18 U.S.C. 111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon
(4)

18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder
(5)

18:111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon
(5s–6s)

18 U.S.C. 111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon
(6)

18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting
(7)

18:111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, Inflicting Bodily Injury
(7s)

18 U.S.C. 1752(a)(2) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
(8)

18:231(a)(3); CIVIL DISORDER; Civil Disorder
(8s)

18 U.S.C. 1752(a)(4) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds, with a Deadly or Dangerous Weapon
(9)

40 U.S.C. 5104(e)(2)(D); FEDERAL STATUTES, OTHER; Disorderly Conduct in a Capitol Building
(10)

18:1752(a)(2) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds, with a Deadly or Dangerous Weapon
(10s)

40 U.S.C. 5104(e)(2)(F); FEDERAL STATUTES, OTHER; Act of Physical Violence in a Capitol Building
(11)

18:1752(a)(4) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
(11s)

40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building
(12s)

40:5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in the Capitol Grounds or

Buildings
(13s)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (9s) | Dismissed on Granted Motion by the Defendant. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in VIOLATION of 18 U.S.C. § 111(b), 18 U.S.C. § 231(a)(3), 18 U.S.C. § 1752(a), and 40 U.S.C. § 5104(e)(2) | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Elizabeth Harper Danello** <br> U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA <br> Appellate Division <br> 555 4th Street, NW <br> Washington, DC 20530 <br> (202) 252–6768 <br> Email: elizabeth.danello@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Melissa Joy Jackson** <br> U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA <br> 555 4th Street, NW <br> Washington, DC 20530 <br> 202–252–7786 <br> Email: melissa.jackson@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant U.S. Attorney* <br><br> **James Pearce** |

U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION APPELLATE
SECTION
Department of Justice, Criminal Division
950 Pennsylvania Ave NW
Suite 1250
Washington, DC 20530
(202) 532–4991
Fax: (202) 305–2121
Email: james.pearce@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Karen E. Rochlin**
DOJ–USAO
99 Northeast 4th Street
Miami, FL 33132
305–961–9234
Email: karen.rochlin@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/15/2021 | 1 | | SEALED COMPLAINT as to EDWARD JACOB LANG (1). (Attachments: # 1 Affidavit in Support) (zltp) [1:21–mj–00061–GMH] (Entered: 01/15/2021) |
| 01/15/2021 | 3 | | MOTION to Seal Case by USA as to EDWARD JACOB LANG. (Attachments: # 1 Text of Proposed Order)(zltp) [1:21–mj–00061–GMH] (Entered: 01/15/2021) |
| 01/15/2021 | 4 | | ORDER granting 3 Motion to Seal Case as to EDWARD JACOB LANG (1). Signed by Magistrate Judge G. Michael Harvey on 1/15/2021. (zltp) [1:21–mj–00061–GMH] (Entered: 01/15/2021) |
| 01/16/2021 | | | Case unsealed as to EDWARD JACOB LANG (bb) [1:21–mj–00061–GMH] (Entered: 01/21/2021) |
| 01/16/2021 | | | Arrest of EDWARD JACOB LANG in New York. (bb) (Entered: 08/10/2021) |
| 01/22/2021 | 27 | | Rule 5(c)(3) Documents Received as to EDWARD JACOB LANG from US District Court Southern District of New York Case Number 21–mj–626 (bb) (Entered: 08/10/2021) |
| 01/29/2021 | 5 | | INDICTMENT as to EDWARD JACOB LANG (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11. (zltp) (Entered: 02/02/2021) |
| 02/04/2021 | 7 | | Joint MOTION to Continue *Initial Appearance and Detention Hearing* by USA as to EDWARD JACOB LANG. (Jackson, Melissa) (Entered: 02/04/2021) |
| 02/04/2021 | | | MINUTE ORDER: Upon consideration of the parties 7 Joint Motion to Continue the Initial Appearance and Detention Hearing to February 9, 2021, the Court finds good cause to GRANT this motion. The Initial Appearance and Detention Hearing will take place in this matter on February 9, 2021 at 1:00 p.m. by videoconference before Judge Meriweather. Call–in instructions will be |

| | | | |
|---|---|---|---|
| | | | provided to counsel prior to the hearing. Signed by Magistrate Judge Robin M. Meriweather on 2/4/2021. (ztl) (Entered: 02/04/2021) |
| 02/08/2021 | 8 | | MEMORANDUM in Support of Pretrial Detention by USA as to EDWARD JACOB LANG (Jackson, Melissa) (Entered: 02/08/2021) |
| 02/09/2021 | | | ORAL MOTION to Appoint Counsel by EDWARD JACOB LANG. (ztl) (Entered: 03/04/2021) |
| 02/09/2021 | | | ORAL MOTION to Commit Defendant to Custody of Attorney General by USA as to EDWARD JACOB LANG. (ztl) (Entered: 03/04/2021) |
| 02/09/2021 | | | ORAL MOTION for Speedy Trial by USA as to EDWARD JACOB LANG. (ztl) (Entered: 03/04/2021) |
| 02/09/2021 | | | Minute Entry for proceedings held before Magistrate Judge Zia M. Faruqui: Initial Appearance/Arraignment held on 2/9/2021 as to Counts 1,2,3,4,5,6,7,8,9,10,11. Plea of Not Guilty entered as to all counts. Oral Motion to Appoint Counsel by EDWARD JACOB LANG (1); heard and granted. Oral Motion by the Government to Commit Defendant to Custody of Attorney General as to EDWARD JACOB LANG (1); heard and granted. No objection from defense. Oral Motion by the Government for Speedy Trial as to EDWARD JACOB LANG (1); heard and granted. Speedy Trial Excluded from 2/9/2021 to 3/30/2021 in the Interest of Justice (XT). Status Hearing set for 3/30/2021 at 10:00 AM by Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant Committed/Commitment Issued; Court Reporter: Sara Wick; Defense Attorney:Steven Metcalf and Marty Tankleff; US Attorney: Melissa Jackson; Pretrial Officer: John Copes. (ztl) (Entered: 03/04/2021) |
| 03/15/2021 | 10 | | Unopposed MOTION for Protective Order by USA as to EDWARD JACOB LANG. (Attachments: # 1 Text of Proposed Order)(Jackson, Melissa) (Entered: 03/15/2021) |
| 03/29/2021 | 11 | | NOTICE *of Filing* by USA as to EDWARD JACOB LANG (Attachments: # 1 Exhibit Discovery Letter to Defense Counsel dated March 26, 2021)(Jackson, Melissa) (Entered: 03/29/2021) |
| 03/29/2021 | 12 | | MOTION for Protective Order by USA as to EDWARD JACOB LANG. (Attachments: # 1 Text of Proposed Order)(Jackson, Melissa) (Entered: 03/29/2021) |
| 03/29/2021 | 13 | | MOTION for Disclosure *ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS* by USA as to EDWARD JACOB LANG. (Attachments: # 1 Text of Proposed Order)(Jackson, Melissa) Modified relief on 3/30/2021 (znmw). (Entered: 03/29/2021) |
| 03/29/2021 | 14 | | MOTION to Continue *AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT* by USA as to EDWARD JACOB LANG. (Attachments: # 1 Text of Proposed Order)(Jackson, Melissa) (Entered: 03/29/2021) |
| 03/29/2021 | 15 | | MOTION to Exclude Time by USA as to EDWARD JACOB LANG. (See docket entry 14 to view document). (zstd) (Entered: 03/30/2021) |
| 03/30/2021 | | | |

| | | | |
|---|---|---|---|
| | | | Minute Entry for proceedings held before Judge Carl J. Nichols: Telephone Status Conference as to EDWARD JACOB LANG held on 3/30/2021. Further Order to be issued by the Court. Status Conference set for 4/29/2021 at 03:00 PM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains Committed; Court Reporter: Lorraine Herman; Defense Attorney: Steven Metcalf and Marty Tankleff; US Attorney: Melissa Jackson. (zcal) (Entered: 03/30/2021) |
| 04/13/2021 | 16 | | NOTICE OF ATTORNEY APPEARANCE: Martin Harold Tankleff appearing for EDWARD JACOB LANG *from Metcalf & Metcalf* (Tankleff, Martin) (Entered: 04/13/2021) |
| 04/27/2021 | 17 | | NOTICE *of Filing* by USA as to EDWARD JACOB LANG (Attachments: # 1 Exhibit Discovery Letter to Defense Counsel dated April 27, 2021)(Jackson, Melissa) (Entered: 04/27/2021) |
| 04/29/2021 | 18 | | PROTECTIVE ORDER. Signed by Judge Carl J. Nichols on April 29, 2021. (lccjn1) (Entered: 04/29/2021) |
| 04/29/2021 | 19 | | NOTICE *of Filing* by USA as to EDWARD JACOB LANG (Jackson, Melissa) (Entered: 04/29/2021) |
| 04/29/2021 | | | Minute Entry for proceedings held before Judge Carl J. Nichols: Telephone Status Conference as to EDWARD JACOB LANG held on 4/29/2021. Further Order to be issued by the Court. Speedy Trial as to EDWARD JACOB LANG is Excluded from 4/29/2021 to 6/15/2021, in the Interest of Justice, XT. Status Conference set for 6/15/2021 at 03:00 PM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains Committed; Court Reporter: Lorraine Herman; Defense Attorney: Martin Tankleff and Steven Metcalf; US Attorney: Melissa Jackson. (zcal) (Entered: 04/30/2021) |
| 05/18/2021 | 20 | | NOTICE *of Filing* by USA as to EDWARD JACOB LANG (Attachments: # 1 Exhibit Discovery Letter to Defense Counsel dated May 18, 2021)(Jackson, Melissa) (Entered: 05/18/2021) |
| 06/09/2021 | 21 | | ENTERED IN ERROR..... MOTION for Leave to Appear Notice of Appearance *of Steven Metcalf* Attorney: Steven Metcalf. by EDWARD JACOB LANG. (Metcalf, Steven) Modified on 6/9/2021 (zstd). (Entered: 06/09/2021) |
| 06/09/2021 | 22 | | NOTICE OF ATTORNEY APPEARANCE: Steven Alan Metcalf, II appearing for EDWARD JACOB LANG (Metcalf, Steven) (Entered: 06/09/2021) |
| 06/09/2021 | | | NOTICE OF CORRECTED DOCKET ENTRY: as to EDWARD JACOB LANG re 21 MOTION for Leave to Appear Notice of Appearance *of Steven Metcalf* Attorney: Steven Metcalf. was entered in error and counsel refiled said pleading using correct event. (zstd) (Entered: 06/09/2021) |
| 06/14/2021 | 23 | | NOTICE *of Filing* by USA as to EDWARD JACOB LANG (Attachments: # 1 Exhibit Discovery Letter to Defense Counsel dated June 14, 2021, # 2 Exhibit Discovery Letter to Defense Counsel dated June 14, 2021)(Jackson, Melissa) (Entered: 06/14/2021) |
| 06/15/2021 | | | MINUTE ORDER. As discussed at the March 30, 2021 status conference, the government's 13 Motion for an Order to Disclose Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials is GRANTED. It is further ORDERED that the United States may provide in discovery sealed |

| | | | |
|---|---|---|---|
| | | | materials and materials protected by Federal Rule of Criminal Procedure 6(e). Signed by Judge Carl J. Nichols on June 15, 2021. (lccjn1) (Entered: 06/15/2021) |
| 06/15/2021 | | | Minute Entry for proceedings held before Judge Carl J. Nichols: Video Status Conference as to EDWARD JACOB LANG held on 6/15/2021. Speedy Trial as to EDWARD JACOB LANG is Excluded from 6/15/2021 to 7/15/2021, in the Interest of Justice, XT. Status Conference set for 7/15/2021 at 11:00 AM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains Committed; Court Reporter: Lorraine Herman; Defense Attorney: Martin Tankleff and Steven Metcalf, II; US Attorney: Melissa Jackson. (zcal) (Entered: 06/15/2021) |
| 06/16/2021 | | | Set/Reset Hearings as to EDWARD JACOB LANG:Status Conference RESET for 7/16/2021 at 11:00 AM in Telephonic/VTC before Judge Carl J. Nichols. (zcal) (Entered: 06/16/2021) |
| 06/30/2021 | 24 | | ENTERED IN ERROR.....NOTICE *of Filing* by USA as to EDWARD JACOB LANG (Attachments: # 1 Exhibit)(Jackson, Melissa) Modified on 6/30/2021 (zstd). (Entered: 06/30/2021) |
| 06/30/2021 | | | NOTICE OF CORRECTED DOCKET ENTRY: as to EDWARD JACOB LANG re 24 Notice (Other) was entered in error and counsel was instructed to refile said pleading. The exhibit cannot be filed by itself, a notice of filing needs to be filed as the main document and the exhibit will be the attachment. (zstd) (Entered: 06/30/2021) |
| 07/01/2021 | 25 | | NOTICE *of Filing* by USA as to EDWARD JACOB LANG (Attachments: # 1 Exhibit)(Jackson, Melissa) (Entered: 07/01/2021) |
| 07/08/2021 | 26 | | NOTICE *of Filing Viewing Letter* by USA as to EDWARD JACOB LANG (Attachments: # 1 Notice to Counsel/Party)(Jackson, Melissa) (Entered: 07/08/2021) |
| 07/16/2021 | | | Minute Entry for proceedings held before Judge Carl J. Nichols: Video Status Conference as to EDWARD JACOB LANG held on 7/16/2021. Speedy Trial as to EDWARD JACOB LANG is Excluded from 7/16/2021 to 9/15/2021, in the Interest of Justice, XT. Status Conference set for 9/15/2021 at 11:00 AM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains Committed; Court Reporter: Lorraine Herman; Defense Attorney: Martin Tankleff and Steven Metcalf, II; US Attorney: Melissa Jackson. (zcal) (Entered: 07/16/2021) |
| 08/12/2021 | 28 | | NOTICE *of Filing of Discovery Letter* by USA as to EDWARD JACOB LANG (Attachments: # 1 Exhibit Discovery Letter– 8–11–2021)(Jackson, Melissa) (Entered: 08/12/2021) |
| 08/23/2021 | 29 | | First MOTION for Bond *by Edward Jacob Lang*, First MOTION for Release from Custody *by Edward Jacob Lang* by EDWARD JACOB LANG. (Attachments: # 1 Exhibit Exhibits A–J in Support of Bond Application)(Tankleff, Martin) (Entered: 08/23/2021) |
| 08/24/2021 | 30 | | STATUS REPORT *Regarding Status of Discovery* by USA as to EDWARD JACOB LANG (Jackson, Melissa) (Entered: 08/24/2021) |
| 08/30/2021 | | | |

| | | | |
|---|---|---|---|
| | | | MINUTE ORDER. After review of Defendant's 29 Motion for Bond, it is hereby ORDERED that the government shall file a response to the Motion by September 7, 2021. Signed by Judge Carl J. Nichols on August 30, 2021. (lccjn1) (Entered: 08/30/2021) |
| 08/30/2021 | | | Set/Reset Deadlines as to EDWARD JACOB LANG: Response due by 9/7/2021. (zcal) (Entered: 09/01/2021) |
| 09/07/2021 | 31 | | RESPONSE by USA as to EDWARD JACOB LANG re 29 First MOTION for Bond *by Edward Jacob Lang*First MOTION for Release from Custody *by Edward Jacob Lang* (Attachments: # 1 Certificate of Service)(Jackson, Melissa) (Entered: 09/07/2021) |
| 09/08/2021 | | | MINUTE ORDER. After review of USA's Response 31 to Defendant's Motion for Bond 29, it is hereby ORDERED that Defendant shall file a Reply by September 14, 2021. It is further ORDERED that the Status Conference on September 15th at 11:00 A.M. shall include a hearing on Defendant's Motion for Bond, and Parties should be prepared to discuss the Motion. Signed by Judge Carl J. Nichols on September 8, 2021. (lccjn1) (Entered: 09/08/2021) |
| 09/08/2021 | | | Set/Reset Deadlines as to EDWARD JACOB LANG: Reply due by 9/14/2021. (zcal) (Entered: 09/09/2021) |
| 09/09/2021 | 32 | | LEAVE TO FILE DENIED− Motion to Proceed as Poor Person, Petition for a writ of Habeas Corpus, Memorandum of Law as to EDWARD JACOB LANG. This document is unavailable as the Court denied its filing. Signed by Judge Carl J. Nichols on 9/9/2021. (zltp) (Entered: 09/10/2021) |
| 09/13/2021 | | | Set/Reset Hearings as to EDWARD JACOB LANG: Motion Hearing / Status Conference RESET for 9/20/2021 at 03:15 PM in Courtroom 17− In Person before Judge Carl J. Nichols. (zcal) (Entered: 09/13/2021) |
| 09/13/2021 | | | MINUTE ORDER. The Court finds that, in light of the COVID−19 pandemic, the interest of justice is best served and outweighs the interests of the public and Mr. Lang in a speedy trial and that the time between September 15, 2021 and the next hearing, presently scheduled for September 20, 2021, shall be excluded in computing time within which the trial must commence in this case under the Speedy Trial Act, 18 U.S.C. § 3161. Signed by Judge Carl J. Nichols on September 13, 2021. (lccjn1) (Entered: 09/13/2021) |
| 09/14/2021 | 33 | | Unopposed MOTION for Extension of Time to *File Response Reply* by EDWARD JACOB LANG. (Tankleff, Martin) Modified text on 9/14/2021 (zstd). (Entered: 09/14/2021) |
| 09/14/2021 | 34 | | RESPONSE by USA as to EDWARD JACOB LANG re 29 First MOTION for Bond *by Edward Jacob Lang*First MOTION for Release from Custody *by Edward Jacob Lang* (Attachments: # 1 Certificate of Service)(Jackson, Melissa) (Entered: 09/14/2021) |
| 09/14/2021 | | | MINUTE ORDER. Upon consideration of Defendant's 33 Unopposed Motion for Extension of Time, that Motion is GRANTED. It is thus ORDERED that Defendant shall file a Reply to 31 USA's Response to Defendants Motion for Bond by September 17, 2021. Signed by Judge Carl J. Nichols on September 14, 2021. (lccjn1) (Entered: 09/14/2021) |
| 09/14/2021 | | | |

| | | | |
|---|---|---|---|
| | | | Set/Reset Deadlines as to EDWARD JACOB LANG: Defendants Reply due by 9/17/2021. (zcal) (Entered: 09/15/2021) |
| 09/15/2021 | 36 | | Superseding INDICTMENT as to EDWARD JACOB LANG (1) count(s) 1s−2s, 3s−4s, 5s−6s, 7s, 8s, 9s, 10s, 11s, 12s, 13s. (zstd) (Main Document 36 replaced on 9/16/2021) (zstd). (Entered: 09/16/2021) |
| 09/16/2021 | 35 | | Second STATUS REPORT *Regarding Status of Discovery* by USA as to EDWARD JACOB LANG (Jackson, Melissa) (Entered: 09/16/2021) |
| 09/17/2021 | 38 | | REPLY TO OPPOSITION to Motion by EDWARD JACOB LANG re 29 First MOTION for Bond *by Edward Jacob Lang* First MOTION for Release from Custody *by Edward Jacob Lang Opposition to Government* (Tankleff, Martin) (Entered: 09/18/2021) |
| 09/20/2021 | | | Minute Entry for proceedings held before Judge Carl J. Nichols: Motion Hearing/Arraignment as to EDWARD JACOB LANG (1) Count 1s−2s,3s−4s,5s−6s,7s,8s,9s,10s,11s,12s,13s held on 9/20/2021. Not Guilty as to all counts. 29 Motion for Release from Custody as to EDWARD JACOB LANG (1); DENIED for reasons set forth on the record. Motion to modify Conditions; DENIED without prejudice. Further Order to be issued by the Court. Speedy Trial as to EDWARD JACOB LANG is Excluded from 9/20/2021 to 10/20/2021, in the Interest of Justice, XT. Status Conference set for 10/20/2021 at 02:00 PM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant Committed/ Commitment Issued; Court Reporter: Lorraine Herman; Defense Attorney: Martin Tankleff and Steven Metcalf; US Attorney: Melissa Jackson; Pretrial Services Officer: Andre Sidbury. (zcal) (Entered: 09/20/2021) |
| 09/22/2021 | 39 | | NOTICE *OF FILING* by USA as to EDWARD JACOB LANG (Attachments: # 1 Notice to Counsel/Party UNITED STATES MEMORANDUM REGARDING STATUS OF DISCOVERY)(Jackson, Melissa) (Entered: 09/22/2021) |
| 09/23/2021 | 40 | | NOTICE *OF FILING* by USA as to EDWARD JACOB LANG (Attachments: # 1 Notice to Counsel/Party)(Jackson, Melissa) (Entered: 09/23/2021) |
| 09/27/2021 | 41 | | NOTICE *OF FILING OF DISCOVERY LETTER* by USA as to EDWARD JACOB LANG (Attachments: # 1 Notice to Counsel/Party)(Jackson, Melissa) (Entered: 09/27/2021) |
| 10/04/2021 | 42 | | NOTICE OF APPEAL (Interlocutory) by EDWARD JACOB LANG Filing fee $ 505, receipt number ADCDC−8779418. Fee Status: Fee Paid. Parties have been notified. (Metcalf, Steven) (Entered: 10/04/2021) |
| 10/05/2021 | 43 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid as to EDWARD JACOB LANG re 42 Notice of Appeal − Interlocutory. (zstd) (Entered: 10/05/2021) |
| 10/05/2021 | | | USCA Case Number as to EDWARD JACOB LANG 21−3066 for 42 Notice of Appeal − Interlocutory filed by EDWARD JACOB LANG. (zstd) (Entered: 10/05/2021) |
| 10/15/2021 | | | Set/Reset Hearings as to EDWARD JACOB LANG: Due to unavailability of DC Jail, Status Conference RESET for 11/4/2021 at 10:00 AM in Telephonic/VTC before Judge Carl J. Nichols. (zcal) (Entered: 10/15/2021) |

| | | | |
|---|---|---|---|
| 10/27/2021 | 44 | | STATUS REPORT *Regarding Status of Discovery* by USA as to EDWARD JACOB LANG (Jackson, Melissa) (Entered: 10/27/2021) |
| 11/04/2021 | | | Minute Entry for proceedings held before Judge Carl J. Nichols: Video Status Conference as to EDWARD JACOB LANG held on 11/4/2021. Speedy Trial as to EDWARD JACOB LANG is Excluded from 10/20/2021 to 12/9/2021, in the Interest of Justice, XT. Status Conference set for 12/9/2021 at 10:00 AM by Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains Committed; Court Reporter: Lorraine Herman; Defense Attorney: Martin Tankleff; US Attorney: Melissa Jackson. (ztl) (Entered: 11/04/2021) |
| 11/05/2021 | 45 | | STATUS REPORT *Regarding Status of Discovery* by USA as to EDWARD JACOB LANG (Jackson, Melissa) (Entered: 11/05/2021) |
| 11/17/2021 | 46 | | NOTICE OF ATTORNEY APPEARANCE Karen E. Rochlin appearing for USA. (Rochlin, Karen) (Entered: 11/17/2021) |
| 12/09/2021 | | | Minute Entry for proceedings held before Judge Carl J. Nichols: Video Status Conference as to EDWARD JACOB LANG held on 12/9/2021. Speedy Trial as to EDWARD JACOB LANG is Excluded from 12/9/2021 to 1/18/2022, in the Interest of Justice, XT. Status Conference set for 1/18/2022 at 02:00 PM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains Committed; Court Reporter: Lorraine Herman; Defense Attorney: Martin Tankleff and Steven Metcalf, II; US Attorney: Melissa Jackson and Karen Rochlin. (zcal) (Entered: 12/09/2021) |
| 01/18/2022 | 47 | | MOTION for Extension of Time to *Adjournment Request* by EDWARD JACOB LANG. (Metcalf, Steven) (Entered: 01/18/2022) |
| 01/18/2022 | | | MINUTE ORDER as to EDWARD LANG. Upon review of Defendant's 47 Motion for Extension of Time and Exclusion Under the Speedy Trial Act, it is ORDERED the Motion is GRANTED. It is further ORDERED that the status conference scheduled for January 18, 2022 is CONTINUED until January 27, 2022 at 10:00 A.M. It is further ORDERED that, for the reasons stated in the Motion, in particular the injuries to the Defendant's lawyers and the Defendant's quarantine, it is in the interest of justice for the time between today and the next status conference, currently scheduled for January 27, 2022, to be excluded from the time by which the trial must commence under the Speedy Trial Act. Signed by Judge Carl J. Nichols on January 18, 2022. (lccjn1) (Entered: 01/18/2022) |
| 01/27/2022 | | | Minute Entry for proceedings held before Judge Carl J. Nichols: Video/Telephone Status Conference as to EDWARD JACOB LANG held on 1/27/2022. Speedy Trial as to EDWARD JACOB LANG is Excluded from 1/27/2022 to 2/23/2022, in the Interest of Justice, XT. Defendant's position due by 2/4/2022. Status Conference set for 2/23/2022 at 03:00 PM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains Committed; Court Reporter: Lorraine Herman; Defense Attorney: Martin Tankleff and Steven Metcalf, II; US Attorney: Karen Rochlin and Melissa Jackson. (zcal) (Entered: 01/27/2022) |
| 02/04/2022 | 48 | | ENTERED IN ERROR....First STATUS REPORT *Regarding Defendant's Position on Protective Order* by EDWARD JACOB LANG (Tankleff, Martin) Modified on 2/7/2022 (zstd). (Entered: 02/04/2022) |

| 02/04/2022 | | | NOTICE OF CORRECTED DOCKET ENTRY: as to EDWARD JACOB LANG re 48 Status Report was entered in error and counsel was instructed to refile said pleading. The document is a letter and needs to be filed along with a Notice of Filing and the letter as an attachment. (zstd) (Entered: 02/07/2022) |
|---|---|---|---|
| 02/07/2022 | | | MINUTE ORDER as to EDWARD JACOB LANG. Upon consideration of Defendant's 48 First Status Report Regarding Defendant's Position on Protective Order, it is ORDERED that the Defendant shall file, by February 11, 2022, an additional statement with respect to Defendant's position on the Protective Order. Signed by Judge Carl J. Nichols on February 7, 2022. (lccjn1) (Entered: 02/07/2022) |
| 02/07/2022 | | | Set/Reset Deadlines as to EDWARD JACOB LANG: Defendant Additional Statement on Protective Order due by 2/11/2022. (zcal) (Entered: 02/08/2022) |
| 02/10/2022 | 49 | | STATUS REPORT *Regarding Status of Discovery As Of February 9, 2022* by USA as to EDWARD JACOB LANG (Rochlin, Karen) (Entered: 02/10/2022) |
| 02/11/2022 | 50 | | ENTERED IN ERROR.....NOTICE *of Filing of Letter of Updated Status Report Regarding Protective Order and Court Appearances* by EDWARD JACOB LANG (Tankleff, Martin) Modified on 2/14/2022 (zstd). (Entered: 02/11/2022) |
| 02/11/2022 | | | NOTICE OF CORRECTED DOCKET ENTRY: as to EDWARD JACOB LANG re 50 Notice (Other) was entered in error and counsel was instructed to refile said pleading. The notice of filing needs to have the court caption, case number and will be filed at the main document and the letter as the attachment. (zstd) (Entered: 02/14/2022) |
| 02/14/2022 | | | MINUTE ORDER as to EDWARD JACOB LANG. Upon review of Defendant's 50 Updated Status Report, it is ORDERED that the Status Conference on February 23, 2022 at 3:00 P.M. shall be held in−person in Courtroom 19. Signed by Judge Carl J. Nichols on February 14, 2022. (lccjn1) (Entered: 02/14/2022) |
| 02/14/2022 | | | MINUTE ORDER as to EDWARD JACOB LANG. It is ORDERED that the Status Conference on February 23, 2022 is rescheduled to 11:00 A.M. and shall be held in−person in Courtroom 19. Signed by Judge Carl J. Nichols on February 14, 2022. (lccjn1) (Entered: 02/14/2022) |
| 02/14/2022 | | | Set/Reset Hearings as to EDWARD JACOB LANG: Status Conference RESET for 2/23/2022 at 11:00 AM in Courtroom 19− In Person before Judge Carl J. Nichols. Note time and location change. (zcal) (Entered: 02/14/2022) |
| 02/22/2022 | | | MINUTE ORDER as to EDWARD JACOB LANG. It is ORDERED that the Status Conference on February 23, 2022 at 11:00 A.M. shall be held by videoconference. Signed by Judge Carl J. Nichols on February 22, 2022. (lccjn1) (Entered: 02/22/2022) |
| 02/22/2022 | | | Set/Reset Hearings as to EDWARD JACOB LANG: Status Conference RESET for 2/23/2022 at 11:00 AM in Courtroom 19− In Person before Judge Carl J. Nichols. Note Location Change. (zcal) (Entered: 02/22/2022) |
| 02/23/2022 | | | Minute Entry for proceedings held before Judge Carl J. Nichols: Video Status Conference as to EDWARD JACOB LANG held on 2/23/2022. Defendant not present. Speedy Trial as to EDWARD JACOB LANG is Excluded from 2/23/2022 to 4/5/2022, in the Interest of Justice, XT. Further instruction to |

| | | | |
|---|---|---|---|
| | | | follow from the Court. Status Conference set for 4/5/2022 at 04:00 PM in Courtroom 19– In Person before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains Committed; Court Reporter: Lorraine Herman; Defense Attorney: Steven Metcalf; US Attorney: Karen Rochlin and Melissa Jackson. (zcal) (Entered: 02/23/2022) |
| 03/08/2022 | 52 | | MANDATE of USCA as to EDWARD JACOB LANG re 42 Notice of Appeal – Interlocutory. In accordance with the judgment of January 12, 2022, it is Ordered and Adjudged that the district court's September 20, 2021 oral order denying appellant's motion for pretrial release be affirmed. USCA Case Number 21–3066. (Attachments: # 1 USCA Judgment of January 12, 2022)(zstd) (Entered: 03/09/2022) |
| 04/01/2022 | 53 | | NOTICE of Proposed Order by USA as to EDWARD JACOB LANG (Attachments: # 1 Text of Proposed Order)(Rochlin, Karen) (Entered: 04/01/2022) |
| 04/05/2022 | 54 | | First MOTION to Dismiss Count by EDWARD JACOB LANG. (Metcalf, Steven) (Entered: 04/05/2022) |
| 04/05/2022 | | | Minute Entry for proceedings held before Judge Carl J. Nichols: Status Conference as to EDWARD JACOB LANG held on 4/5/2022. Government Response due by 4/19/2022. Defense Reply due by 4/26/2022. Joint Status Report/Proposed Scheduling Order due by 4/29/2022. Motion Hearing / Status Conference set for 5/4/2022 at 02:00 PM in Courtroom 19– In Person before Judge Carl J. Nichols. Jury Selection / Jury Trial set for 1/9/2023 at 09:00 AM in Courtroom 19– In Person before Judge Carl J. Nichols. Bond Status of Defendant: Defendant Committed/ Commitment Issued; Court Reporter: Lorraine Herman; Defense Attorney: Steven Metcalf, II; US Attorney: Karen Rochlin. (zcal) (Entered: 04/05/2022) |
| 04/19/2022 | 55 | | Memorandum in Opposition by USA as to EDWARD JACOB LANG re 54 First MOTION to Dismiss Count (Attachments: # 1 Exhibit Exhibit 1_3–4 Reffitt Transcript, # 2 Exhibit Exhibit 2_3–8 Reffitt Transcript)(Rochlin, Karen) (Entered: 04/19/2022) |
| 04/26/2022 | 56 | | First MOTION for Extension of Time to File Response/Reply as to 54 First MOTION to Dismiss Count by EDWARD JACOB LANG. (Metcalf, Steven) (Entered: 04/26/2022) |
| 04/26/2022 | | | MINUTE ORDER as to EDWARD JACOB LANG (1). Upon consideration of the Defendant's 56 First Motion for Extension of Time to File Reply, it is ORDERED that the Motion is GRANTED. It is further ORDERED that the Defendant's deadline to file a reply regarding the 54 First Motion to Dismiss is EXTENDED through April 29, 2022. Signed by Judge Carl J. Nichols on April 26, 2022. (lccjn1) (Entered: 04/26/2022) |
| 04/26/2022 | | | Set/Reset Deadlines as to EDWARD JACOB LANG: Reply due by 4/29/2022. (zcal) (Entered: 04/27/2022) |
| 04/29/2022 | 57 | | REPLY TO OPPOSITION to Motion by EDWARD JACOB LANG re 54 First MOTION to Dismiss Count (Metcalf, Steven) (Entered: 04/29/2022) |
| 04/29/2022 | 58 | | Joint STATUS REPORT by USA as to EDWARD JACOB LANG (Attachments: # 1 Text of Proposed Order)(Rochlin, Karen) (Entered: |

13

| | | | |
|---|---|---|---|
| | | | 04/29/2022) |
| 04/29/2022 | 59 | | NOTICE OF ATTORNEY APPEARANCE James Pearce appearing for USA. (Pearce, James) (Entered: 04/29/2022) |
| 05/02/2022 | 60 | | SCHEDULING ORDER as to EDWARD JACOB LANG. Signed by Judge Carl J. Nichols on May 2, 2022. (lccjn1) (Entered: 05/02/2022) |
| 05/02/2022 | | | Set/Reset Deadlines/Hearings as to EDWARD JACOB LANG: Exhibit List due by 11/23/2022. Motions due by 9/30/2022. Proposed Voir Dire due by 11/23/2022. Proposed Jury Instructions due by 11/23/2022. Pretrial Statement due by 11/23/2022. Responses due by 10/14/2022 Replies due by 10/24/2022. Witness List due by 11/23/2022. Pretrial Conference set for 12/19/2022 at 10:00 AM in Courtroom 19– In Person before Judge Carl J. Nichols. (zcal) (Entered: 05/02/2022) |
| 05/02/2022 | 61 | | NOTICE *Of Supplemental Authority* by USA as to EDWARD JACOB LANG (Attachments: # 1 Supplement)(Rochlin, Karen) (Entered: 05/02/2022) |
| 05/04/2022 | | | Minute Entry for proceedings held before Judge Carl J. Nichols: Motion Hearing as to EDWARD JACOB LANG held on 5/4/2022 re 54 . 54 Motion to Dismiss Count(s): Taken Under Advisement. Bond Status of Defendant: Defendant Committed/ Commitment Issued; Court Reporter: Lorraine Herman; Defense Attorney: Steven Metcalf, II; US Attorney: James Pearce and Karen Rochlin. (zcal) (Entered: 05/04/2022) |
| 05/05/2022 | 62 | | NOTICE *of Filing Supplemental Authority* by USA as to EDWARD JACOB LANG (Attachments: # 1 Supplement)(Rochlin, Karen) (Entered: 05/05/2022) |
| 05/25/2022 | 63 | | NOTICE *Third Notice of Supplemental Authority* by USA as to EDWARD JACOB LANG (Attachments: # 1 Supplement)(Rochlin, Karen) (Entered: 05/25/2022) |
| 06/07/2022 | | | MINUTE ORDER as to EDWARD JACOB LANG: Upon review of the Defendant's 54 Motion to Dismiss Count Nine, and for the reasons discussed in the Court's 72 Memorandum Opinion and 86 Memorandum Opinion in *United States v. Miller* (21−cr−119), it is ORDERED that the Motion is GRANTED. It is further ORDERED that Count Nine is DISMISSED WITHOUT PREJUDICE from the 36 Superseding Indictment.So Ordered by Judge Carl J. Nichols on 6/7/2022. (zcal) (Entered: 06/07/2022) |
| 06/07/2022 | | | MINUTE ORDER as to EDWARD JACOB LANG (1). Upon consideration of the 60 Scheduling Order, 59 Joint Status Report, and the entire record of this case, it is ORDERED that for the facilitation of continued discovery and the various pre−trial motions, and the Defendant's consent, the ends of justice served by the schedule outweigh the interest of the public and the defendant in a speedy trial and the time between June 7, 2022, and January 9, 2022, shall be excluded from the time by which the trial must commence under the Speedy Trial Act. Signed by Judge Carl J. Nichols on June 7, 2022. (lccjn1) (Entered: 06/07/2022) |
| 06/10/2022 | 64 | | NOTICE *of Withdrawal* by EDWARD JACOB LANG (Tankleff, Martin) (Entered: 06/10/2022) |
| 06/21/2022 | | | MINUTE ORDER as to EDWARD JACOB LANG. Upon consideration of the 64 Notice to Withdraw, the Court construes the filing as a Motion to withdraw |

| | | | |
|---|---|---|---|
| | | | as counsel under LCrR 44.5(d). It is ORDERED that the Motion is GRANTED. Signed by Judge Carl J. Nichols on June 21, 2022. (lccjn1) (Entered: 06/21/2022) |
| 06/22/2022 | 65 | | NOTICE OF APPEAL (Interlocutory) by USA as to EDWARD JACOB LANG Fee Status: No Fee Paid. Parties have been notified. (Danello, Elizabeth) (Entered: 06/22/2022) |
| 06/22/2022 | 66 | | NOTICE OF ATTORNEY APPEARANCE Elizabeth Harper Danello appearing for USA. (Danello, Elizabeth) (Entered: 06/22/2022) |

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 21-cr-53 (CJN)
)
Edward Jacob Lang )

**NOTICE OF APPEAL**

Name and address of appellant: United States of America

Name and address of appellant's attorney: Elizabeth H. Danello, Assistant US Attorney
Office of the US Attorney for DC
601 D Street, NW Room 6.232
Washington, DC 20253

Offense: 18 USC secs. 111(a)(1)&(b), sec 231 (a)(3), 1512(c)(2), 2, 1752(a)(2), (a)(4), & (b)(1)(A), 40 USC sec. 5104(e)(2)(D)&(F)

Concise statement of judgment or order, giving date, and any sentence:

Order, entered on June 7, 2022, dismissing Count Nine

Name and institution where now confined, if not on bail: Alexandria, VA Jail

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| June 22, 2022 | United States of America |
|---|---|
| DATE | APPELLANT |
| | Elizabeth H. Danello |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE [✓]
CJA, NO FEE [ ]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?  YES [✓]  NO [ ]
Has counsel ordered transcripts?  YES [ ]  NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]  NO [✓]

# U.S. District Court

## District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 6/7/2022 at 10:22 AM and filed on 6/7/2022

**Case Name:** USA v. LANG
**Case Number:** 1:21−cr−00053−CJN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER as to EDWARD JACOB LANG: Upon review of the Defendant's [54] Motion to Dismiss Count Nine, and for the reasons discussed in the Court's [72] Memorandum Opinion and [86] Memorandum Opinion in *United States v. Miller* (21−cr−119), it is ORDERED that the Motion is GRANTED. It is further ORDERED that Count Nine is DISMISSED WITHOUT PREJUDICE from the [36] Superseding Indictment.So Ordered by Judge Carl J. Nichols on 6/7/2022. (zcal)**

**1:21−cr−00053−CJN−1 Notice has been electronically mailed to:**

Karen E. Rochlin    karen.rochlin@usdoj.gov

Melissa Joy Jackson    melissa.jackson@usdoj.gov, USADC.CriminalDocket@usdoj.gov, USADC.ECF.Fraud2@usdoj.gov, michon.tart@usdoj.gov

James Pearce    james.pearce@usdoj.gov, PIN.ECF@usdoj.gov

Martin Harold Tankleff     martytankleff@gmail.com

Steven Alan Metcalf, II     fedcases@metcalflawnyc.com

**1:21−cr−00053−CJN−1 Notice will be delivered by other means to::**