**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

_____

UNITED STATES OF AMERICA,

     v.

EDWARD JACOB LANG,

     *Defendant*.

No. 1:21-cr-00053

### DEFENDANT LANG'S MOTION TO AMEND SCHEDULING ORDER

Defendant, Edward Jacob Lang, by and through undersigned counsel, Steven A. Metcalf II, respectfully moves this Court to amend one deadline of its the Scheduling Order entered on September 6, 2022.

The basis for this request is that I just personally met with Mr. Lang yesterday, and need just a few more days to review and address his questions, as well as finalize all the exhibits we intend to use, most of which I just received yesterday.

Consequently, I am respectfully requesting that Defendant Reply brief due today be extended to on or before **September 16, 2022**.

I have spoken with AUSA Rochlin, who does not object.

I thank the Court in advance for its consideration and attention on this matter.

Dated: September 12, 2022

*/s/ Steven A. Metcalf II*

---

STEVEN A. METCALF II, ESQ.
**Metcalf & Metcalf, P.C.**
*Attorneys for Lang*
99 Park Avenue, 6th Floor
New York, NY 10016
*Phone* 646.253.0514
*Fax* 646.219.2012
*metcalflawnyc@gmail.com*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 12, 2022, the forgoing document was filed via the Court's electronic filing system, and sent to the AUSA via email, which constitutes service upon all counsel of record.

*/s/ Steven A. Metcalf II, Esq.*

---

STEVEN A. METCALF II, ESQ.
**Metcalf & Metcalf, P.C.**
*Attorneys for Lang*
99 Park Avenue, 6th Floor
New York, NY 10016
*Phone* 646.253.0514
*Fax* 646.219.2012
*metcalflawnyc@gmail.com*