## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

     v.

EDWARD JACOB LANG,

         *Defendant*.

No. 1:21-cr-00053

### DEFENDANT LANG'S MOTION
### TO AMEND SCHEDULING ORDER

Defendant, Edward Jacob Lang, by and through undersigned counsel, Steven A. Metcalf II, respectfully moves this Court to amend one deadline of its the Scheduling Order entered on September 6, 2022.

The basis for this request is that need more time to prefect Defendant's self-defense, defense of others claims. I am still pouring through the substantial amounts of discovery, and looking for specific video footage. I am also having problems with my passwords for my USAfx account, for example.

Consequently, I am requesting an additional extension, which is for the "any pretrial proffer supporting a claim of self-defense, shall be filed by" **September 26, 2022**.

I have spoken with AUSA Rochlin, who does not object.

I thank the Court in advance for its consideration and attention on this matter.

Dated:  September 19, 2022

*/s/ Steven A. Metcalf II*

---

STEVEN A. METCALF II, ESQ.
**Metcalf & Metcalf, P.C.**
*Attorneys for Lang*
99 Park Avenue, 6th Floor
New York, NY 10016
*Phone* 646.253.0514
*Fax* 646.219.2012
[metcalflawnyc@gmail.com](mailto:metcalflawnyc@gmail.com)

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 19, 2022, the forgoing document was filed via the Court's electronic filing system, and sent to the AUSA via email, which constitutes service upon all counsel of record.

*/s/ Steven A. Metcalf II, Esq.*

---

STEVEN A. METCALF II, ESQ.
**Metcalf & Metcalf, P.C.**
*Attorneys for Lang*
99 Park Avenue, 6th Floor
New York, NY 10016
*Phone* 646.253.0514
*Fax* 646.219.2012
[metcalflawnyc@gmail.com](mailto:metcalflawnyc@gmail.com)