IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EDWARD JACOB LANG,<br><br>         *Defendant*. | No. 1:21-cr-00053 |

**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

    Defendant, Edward Jacob Lang, by and through undersigned counsel, Steven A. Metcalf II, respectfully moves this Court to amend one deadline of its the Scheduling Order entered on September 6, 2022.

    The basis for this request is that I need more time to review numerous parts of the discovery and potentially consult with others as to whether they can support the application.

    Consequently, I am respectfully requesting that Defendant's Motion to Change Venue due today be extended to on or before **October 21, 2022**, and the government's response to be extended to **November 4, 2022**.

    I have spoken with AUSA Rochlin, who does not object and agreed to this application being filed unopposed.

    I thank the Court in advance for its consideration and attention on this matter.

Dated:  September 30, 2022

> */s/ **Steven A. Metcalf II***
>
> _____
> STEVEN A. METCALF II, ESQ.
> **Metcalf & Metcalf, P.C.**
> *Attorneys for Lang*
> 99 Park Avenue, 6th Floor
> New York, NY 10016
> *Phone* 646.253.0514
> *Fax* 646.219.2012
> metcalflawnyc@gmail.com

## CERTIFICATE OF SERVICE

     I hereby certify that, on September 30, 2022, the forgoing document was filed via the Court's electronic filing system, and sent to the AUSA via email, which constitutes service upon all counsel of record.

                                                  */s/* **Steven A. Metcalf II, Esq.**

                                                  STEVEN A. METCALF II, ESQ.
                                                  **Metcalf & Metcalf, P.C.**
                                                  *Attorneys for Lang*
                                                  99 Park Avenue, 6th Floor
                                                  New York, NY 10016
                                                  *Phone* 646.253.0514
                                                  *Fax* 646.219.2012
                                                  [metcalflawnyc@gmail.com](mailto:metcalflawnyc@gmail.com)