# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>EDWARD JACOB LANG,<br><br>        *Defendant*. | No. 1:21-cr-00053 |

## ORDER

This matter came on the defendant's motion to extend the time for him to file his reply to the government motion to preclude any defense related to his rights pursuant to the 1st Amendment. For good cause, and without objection, the request is hereby granted.

_____
U.S. DISTRICT COURT JUDGE

ENTERED: _____