UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )    CASE NO. 21-CR-53 (CJN) |
| v. | ) |
| | ) |
| EDWARD JACOB LANG, | ) |
| | ) |
|     Defendant. | ) |

**NOTICE OF WITHDRAWAL OF ATTORNEY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Melissa Jackson is withdrawing her appearance in the above-captioned matter.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 415793

By:    /s/ *Melissa Jackson*
        Melissa Jackson
        D.C. Bar No. 996787
        Assistant United States Attorney
        601 D Street NW,
        Washington, DC 20530
        (202) 252-7786
        Melissa.jackson@usdoj.gov