# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 1:21-cr-00053 |
| EDWARD JACOB LANG, | |
| *Defendant*. | |

## MOTION TO AS COUNSEL

Comes now the defendant, EDWARD JACOB LANG, by and through counsel and moves this Honorable Court to permit him leave to withdraw as counsel. Counsel avers there are irreconcilable differences which prevents effective representation. The request is made at the direction and with the consent of the defendant.

Wherefore, counsel respectfully requests permission to withdraw as counsel for the defendant.

I ASK FOR THIS,

EDWARD JACOB LANG
By Counsel

_____
ROBERT L. JENKINS, JR.
Bynum & Jenkins Law
United States District Court Bar No.: CO0003
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
rjenkins@bynumandjenkinslaw.com
Counsel for Defendant EDWARD JACOB LANG

1

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that a true and correct copy of the foregoing was served via ECF to all counsel of record and EDWARD JACOB LANG U.S. Mail on this October 21, 2022.

_____
ROBERT L. JENKINS, JR.
Bynum & Jenkins Law
United States District Court Bar No.: CO0003
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
rjenkins@bynumandjenkinslaw.com
Counsel for Defendant EDWARD JACOB LANG