# Jake Lang Update: Feds Prevent J-6 Political Prisoner Who Has been Locked up for 2 Years from Speaking with His Attorney and Planning His Defense …Updated

By Jim Hoft
Published December 22, 2022 at 9:00am
Comment



**UPDATE:** Thank you all for your calls. Jake will be able to meet with his attorney next week.

\* \* \* \* \* \* \* \*





Jake Lang is a political prisoner of the United States government.

Jake attended the January 6, 2021, protests and has been locked up in prison without trial for nearly two years now. He found out recently his trial has been delayed again.

Jake was filmed on camera saving the lives of at least two Trump supporters that day who were being crushed by the crowd as Capitol Police gassed them, beat them, and pushed them down the US Capitol stepts.

Jake Lang **saved the life of Philip Anderson**. He tried to rescue Rosanne Boyland but it was too late, Capitol Police had already killed her.

The US government that day turned its wrath on the people of the United States.  Dozens of FBI infiltrators were deployed in the city, DOJ and Metro police operatives were also involved in the protests.

The police fired gas and rubber bullets on the crowd, beat the protesters with sticks, and fired flash grenades at veterans, women, children and seniors.

Four Trump protesters were killed that day by police.

Since that day hundreds of Americans have had their homes raided by the FBI for walking in open US Capitol doors and past police officers who stood by and said nothing.

Dozens of Americans, including Jake Lang, have been held in prison without trial for over 600 days now.

**\*\* Please donate to J6LegalFund if you can.**

Earlier this week, Jake Lang was told by authorities he will no longer be allowed to speak with his attorney to plan their case in his defense.



This is the latest denial of basic human rights against a January 6th political prisoner.

Urgent message from Political Prisoner Jake Lang:

> "Hey everyone, Merry Christmas,
>
> God bless you all with the Light of the world, Christ Jesus.
>
> What I am about to tell you will probably shock you, but it is par for the course. As of this weekend, my only Attorney, Steven Metcalf, has been officially denied / revoked from his ability to have any contact with me at the Federal Penitentiary in Lewisburg PA.
>
> All my upcoming legal calls have been canceled as of Monday.
>
> My fundamental right to speak to my attorney has been dissolved by tyrants, my voice more suppressed and my journey for justice thwarted in every conceivable way.
>
> The US Marshals and the Bureau of Prison higher ups have deemed my legal team a threat to their corrupt CABAL and have now tried to strip me of the last defense I have against the full force of the Biden Regime. These traitors have forsaken their oath to the Constitution and abridged a sacred right of the accused.
>
> If this can happen to you, this could happen to any American.
>
> Please stand united with me and take action against this atrocity against American values and civil liberties!



> \*\* Call the USP at Lewisburg in a persistent and respectful manner and ask for accountability from our public servants, why they are destroying my Right to speak to my attorney.
>
> The number is **570-523-1251**
>
> You can ask to speak to the legal department head Jennifer Knepper ( Jknepper@bop.gov ) the Warden (Mr. Rickard) or the Pretrial unit Counselors.
>
> \*\* Please also call the US Marshalls Supervisor for the J6 Political Prisoners, Mr. Haywood at 202-772-0373 or 202-772-0301 … This matter is extremely urgent and if we allow them to desecrate my Rights then they will start to do it to all the other patriots!"

Jake lost his right to speak with his attorney this week.

**Jake Lang Update: Feds Prevent J-6 Political Prisoner from Speaking with Attorney**



**Submit Additional Information**

f Share | Twitter | Gab | |  Gettr | Parler | Share | Email | Forward

  **Jim Hoft**

| More Info | Recent Posts | Contact |

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016.

> The Gateway Pundit is moving back to Disqus! All of your account information and comment history has been saved and will be uploaded as quickly as possible to Disqus. If you do not already have a Disqus account, you will need to create one. Please use the same email address that you used for Insticator for your comment history to be carried over. We greatly appreciate your patience and continued support!



**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2022 The Gateway Pundit – All Rights Reserved.

Home
About
Advertise
Privacy
Facebook

GETTR
YouTube
Terms
Contact

