

NUMBERS, FACTS AND TRENDS SHAPING YOUR WORLD    NEWSLETTERS | PRESS | DONATE | MY ACCOUNT

Read our research on: Congress | Economy | Gender

# Pew Research Center

Search pewresearch.org...

RESEARCH TOPICS ▾    ALL PUBLICATIONS    METHODS    SHORT READS    TOOLS & RESOURCES    EXPERTS    ABO

# Religious Landscape Study

RELIGIONS                    GEOGRAPHY

TOPICS & QUESTIONS           USER GUIDE

# Party affiliation among adults in the Washington, DC metro area



DEMOGRAPHIC INFORMATION    BELIEFS AND PRACTICES    SOCIAL AND POLITICAL VIEWS

**Chart**    Table    Share

**Party affiliation among adults in the Washington, DC metro area**

*% of adults in the Washington, DC metro area who identify as...*



Sample size = 913. Visit this table to see approximate margins of error for a group of a given size. For full question wording, see the survey questionnaire.

**LEARN MORE:**  REPUBLICAN/LEAN REP.,   NO LEAN,   DEMOCRAT/LEAN DEM.

Chart       Table       Share

### Party affiliation among adults in the Washington, DC metro area by religious group

*% of adults in the Washington, DC metro area who identify as...*



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

Unaffiliated (religious "nones")  | 19% | 25% | 56% |

**LEARN MORE:** REPUBLICAN/LEAN REP. , NO LEAN , DEMOCRAT/LEAN DEM.

**SWITCH DISPLAY TO:** RELIGIOUS GROUP AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY POLITICAL PARTY

0%   20%   40%   60%   80%   100%

## DEMOGRAPHIC ★ INFORMATION

**Chart**    Table   Share

## Age distribution among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who are ages...*

- 18-29
- 30-49
- 50-64
- 65+



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

**SWITCH DISPLAY TO:** POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY AGE GROUP

**Chart**   Table   Share

## Generational cohort among adults in the Washington, DC metro area by political party

10/03/2023, 15:26    Party affiliation of adults in the Washington, DC metro area - Religion in America: U.S. Religious Data, Demographics and S…

Case 1:21-cr-00053-CJN   Document 101-3   Filed 03/10/23   Page 5 of 35

% of adults in the Washington, DC metro area who are...

- ■ Younger Millennial
- ■ Older Millennial
- ■ Generation X
- ■ Baby Boomer
- ■ Silent
- ■ Greatest



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO: POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY GENERATIONAL GROUP

**Chart**    Table    Share

## Gender composition among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who are...*

■ Men

☐ Women

Party affiliation

**Republican/lean Rep.** — 58% | 42%

**No lean** — 59% | 41%

**Democrat/lean Dem.** — 42% | 58%

0%  20%  40%  60%  80%  100%

Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO: POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY GENDER

Chart    Table    Share

## Racial and ethnic composition among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who identify as...*

10/03/2023, 15:26    Party affiliation among adults in the Washington, DC metro area - Religion in America: U.S. Religious Data, Demographics and S...

Case 1:21-cr-00053-CJN   Document 101-3   Filed 03/10/23   Page 7 of 35





Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO: POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY RACE/ETHNICITY

**Chart**    Table    Share

## Immigrant status among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who are...*



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO:   POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY IMMIGRANT STATUS

Chart      Table      Share

## Income distribution among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who have a household income of...*



- ■ Less than $30,000
- ■ $30,000-$49,999
- ■ $50,000-$99,999
- ■ $100,000 or more

Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO:  POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY HOUSEHOLD INCOME

---

Chart    Table    Share

## Educational distribution among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who have completed…*

10/03/2023, 15:26　　　Party affiliation among adults in the Washington, DC metro area | Religious Landscape Study | Religion Demographics and S…

Case 1:21-cr-00053-CJN Document 101-3 Filed 03/10/23 Page 10 of 35

■ High school or less

■ Some college

■ College

■ Post-graduate degree



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO: POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY EDUCATIONAL GROUP

**Chart**　　Table　　Share

## Marital status among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who are…*

- ■ Married
- ■ Living with a partner
- ■ Divorced/separated
- ■ Widowed
- ■ Never married



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO: POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY MARITAL STATUS

Chart    Table    Share

## Parent of children under 18 among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who are...*




■ Parents

□ Non-parents



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

---

SWITCH DISPLAY TO:  POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY PARENTAL STATUS

---

BELIEFS ★ AND ★ PRACTICES

---

**Chart**    Table    Share

---

## Belief in God among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who say they...*



- ■ Believe in God; absolutely certain
- ■ Believe in God; fairly certain
- ■ Believe in God; not too/not at all certain
- ■ Believe in God; don't know
- ■ Do not believe in God
- ■ Other/don't know if they believe in God



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO: POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY BELIEF IN GOD

---

| Chart | Table | Share |

## Importance of religion in one's life among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who say religion is...*

- ■ Very important
- ☐ Somewhat important
- ☐ Not too important
- ☐ Not at all important
- ■ Don't know



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO:  POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY IMPORTANCE OF RELIGION

---

**Chart**     Table     Share

## Attendance at religious services among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who attend religious services...*



- ■ At least once a week
- ■ Once or twice a month/a few times a year
- ■ Seldom/never
- ■ Don't know

Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO: POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY RELIGIOUS ATTENDANCE

**Chart**    Table    Share

## Frequency of prayer among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who pray...*

Case 1:21-cr-00053-CJN   Document 101-3   Filed 03/10/23   Page 16 of 35

■ At least daily
■ Weekly
■ Monthly
■ Seldom/never
■ Don't know



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they're examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO: POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY FREQUENCY OF PRAYER

**Chart**   Table   Share

### Frequency of participation in prayer, scripture study or religious education groups among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who attend prayer group...*

Case 1:21-cr-00053-CJN   Document 101-3   Filed 03/10/23   Page 17 of 35



- ■ At least once a week
- ■ Once or twice a month
- ■ Several times a year
- ■ Seldom/never
- ■ Don't know

Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO: POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY ATTENDANCE AT PRAYER GROUPS

---

**Chart**    Table    Share

---

## Frequency of meditation among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who meditate...*

10/03/2023, 15:26   Party affiliation among adults in the Washington, DC metro area - Religion in America: U.S. Religious Data, Demographics and S...

Case 1:21-cr-00053-CJN Document 101-3 Filed 03/10/23 Page 18 of 35

- ■ At least once a week
- ☐ Once or twice a month
- ▣ Several times a year
- ◼ Seldom/never
- ■ Don't know



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO: POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY FREQUENCY OF MEDITATION

**Chart**    Table    Share

### Frequency of feeling spiritual peace and wellbeing among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who feel a sense of spiritual peace and wellbeing...*

Case 1:21-cr-00053-CJN Document 101-3 Filed 03/10/23 Page 19 of 35

■ At least once a week

□ Once or twice a month

■ Several times a year

■ Seldom/never

■ Don't know



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO: POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY FREQUENCY OF FEELINGS OF SPIRITUAL WELLBEING

---

**Chart**    Table    Share

## Frequency of feeling wonder about the universe among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who feel a sense of wonder about the universe…*

10/03/2023, 15:26    Party affiliation among adults in the Washington, DC metro area - Religion in America: U.S. Religious Data, Demographics and S...

Case 1:21-cr-00053-CJN Document 101-3 Filed 03/10/23 Page 20 of 35

- ■ At least once a week
- ☐ Once or twice a month
- ■ Several times a year
- ■ Seldom/never
- ■ Don't know



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

**SWITCH DISPLAY TO:** POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY FREQUENCY FEELING A SENSE OF WONDER ABOUT THE UNIVERSE

---

| Chart | Table | Share |

## Sources of guidance on right and wrong among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who say they look to...most for guidance on right and wrong*

Case 1:21-cr-00053-CJN   Document 101-3   Filed 03/10/23   Page 21 of 35

- ■ Religion
- ■ Philosophy/reason
- ■ Common sense
- ■ Science
- ■ Don't know



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

**SWITCH DISPLAY TO:** POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY SOURCES OF GUIDANCE ON RIGHT AND WRONG

---

| Chart | Table | Share |

**Belief in absolute standards for right and wrong among adults in the Washington, DC metro area by political party**

*% of adults in the Washington, DC metro area who say...*

■ There are clear standards for what is right and wrong

■ Right or wrong depends on the situation

■ Neither/both equally

■ Don't know



Party affiliation

- Republican/lean Rep.: 48% / 51%
- No lean: 25% / 69% / 6%
- Democrat/lean Dem.: 21% / 78%

Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

**SWITCH DISPLAY TO:** POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY BELIEF IN EXISTENCE OF STANDARDS FOR RIGHT AND WRONG

---

**Chart**    Table    Share

## Frequency of reading scripture among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who read scripture...*

10/03/2023, 15:26     Party affiliation - adults in the Washington, DC metro area - Religion in America: U.S. Religious Data, Demographics and S...

Case 1:21-cr-00053-CJN   Document 101-3   Filed 03/10/23   Page 23 of 35

- ■ At least once a week
- ■ Once or twice a month
- ■ Several times a year
- ■ Seldom/never
- ■ Don't know



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

**SWITCH DISPLAY TO:** POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY FREQUENCY OF READING SCRIPTURE

---

| **Chart** | Table | Share |

### Interpreting scripture among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who say the holy scripture is...*

- ■ Word of God; should be taken literally
- ■ Word of God; not everything taken literally
- ■ Word of God; other/don't know
- ■ Not the word of God
- ■ Other/don't know



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO: POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY INTERPRETATION OF SCRIPTURE

**Chart**    Table    Share

## Belief in Heaven among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who ...in heaven*

10/03/2023, 15:26    Party affiliation among adults in the Washington, DC metro area - Religion in America: U.S. Religious Data, Demographics and S...

Case 1:21-cv-00053-CJN   Document 101-3   Filed 03/10/23   Page 25 of 35



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO:   POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY BELIEF IN HEAVEN

Chart    Table    Share

## Belief in Hell among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who ...in hell*



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO:   POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY BELIEF IN HELL

SOCIAL ★ AND ★ POLITICAL ★ VIEWS

**Chart**    Table    Share

## Political ideology among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who are...*

Case 1:21-cr-00053-CJN Document 101-3 Filed 03/10/23 Page 27 of 35



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO: POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY POLITICAL IDEOLOGY

**Chart**    Table    Share

## Views about size of government among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who would rather have...*

10/03/2023, 15:26    Party affiliation among adults in the Washington, DC metro area - Religion in America: U.S. Religious Data, Demographics and S…

Case 1:21-cr-00053-CJN Document 101-3 Filed 03/10/23 Page 28 of 35

- ■ Smaller government; fewer services
- ■ Bigger government; more services
- ■ Depends
- ■ Don't know



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

**SWITCH DISPLAY TO:**  POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY VIEWS ABOUT SIZE OF GOVERNMENT

**Chart**    Table    Share

## Views about government aid to the poor among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who say government aid to the poor...*



- ■ Does more harm than good
- ■ Does more good than harm
- ■ Neither/both equally
- ■ Don't know

**Party affiliation**

| Republican/lean Rep. | 71% | 26% |
| No lean | 31% | 50% | 11% | 8% |
| Democrat/lean Dem. | 17% | 78% |

Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO: POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY VIEWS ABOUT GOVERNMENT AID TO THE POOR

| **Chart** | Table | Share |

## Views about abortion among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who say abortion should be...*

10/03/2023, 15:26    Party affiliation among adults in the Washington, DC metro area - Religion in America: U.S. Religious Data, Demographics and S...

Case 1:21-cv-00053-CJN   Document 101-3   Filed 03/10/23   Page 30 of 35



- ■ Legal in all/most cases
- ■ Illegal in all/most cases
- ■ Don't know

Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit [this table](#) to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the [survey questionnaire](#).

SWITCH DISPLAY TO:   [POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY VIEWS ABOUT ABORTION](#)

---

**Chart**     Table     Share

---

## Views about homosexuality among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who say homosexuality...*

10/03/2023, 15:26    Party affiliation among adults in the Washington, DC metro area | Religious Landscape Study | Religious Data, Demographics and S...

Case 1:21-cv-00053-CJN   Document 101-3   Filed 03/10/23   Page 31 of 35



- Should be accepted
- Should be discouraged
- Neither/both equally
- Don't know

Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO: POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY VIEWS ABOUT HOMOSEXUALITY

Chart    Table    Share

## Views about same-sex marriage among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who …same-sex marriage*

Case 1:21-cv-00053-CJN   Document 101-3   Filed 03/10/23   Page 32 of 35

■ Strongly favor/favor

□ Oppose/strongly oppose

■ Don't know



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO:   POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY VIEWS ABOUT SAME-SEX MARRIAGE

Chart        Table        Share

**Views about environmental regulation among adults in the Washington, DC metro area by political party**

*% of adults in the Washington, DC metro area who say…*

10/03/2023, 15:26    Party affiliation - adults in the Washington, DC metro area - Religion in America: U.S. Religious Data, Demographics and S…

Case 1:21-cr-00053-CJN   Document 101-3   Filed 03/10/23   Page 33 of 35

■ Stricter environmental laws and regulations cost too many jobs and hurt the economy

■ Stricter environmental laws and regulations are worth the cost

■ Neither/both equally

■ Don't know



Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

SWITCH DISPLAY TO:   POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY VIEWS ABOUT ENVIRONMENTAL PROTECTION

---

**Chart**     Table     Share

## Views about human evolution among adults in the Washington, DC metro area by political party

*% of adults in the Washington, DC metro area who say humans...*

10/03/2023, 15:26    Party affiliation among adults in the Washington, DC metro area – Religion in America: U.S. Religious Data, Demographics and S…

Case 1:21-cr-00053-CJN  Document 101-3  Filed 03/10/23  Page 34 of 35



- ■ Evolved; due to natural processes
- ▫ Evolved; due to God's design
- ▪ Evolved; don't know how
- ▪ Always existed in present form
- ■ Don't know

Sample sizes and margins of error vary from subgroup to subgroup, from year to year and from state to state. You can see the sample size for the estimates in this chart on rollover or in the last column of the table. And visit this table to see approximate margins of error for a group of a given size. Readers should always bear in mind the approximate margin of error for the group they are examining when making comparisons with other groups or assessing the significance of trends over time. For full question wording, see the survey questionnaire.

**SWITCH DISPLAY TO:** POLITICAL PARTY AMONG ADULTS IN THE WASHINGTON, DC METRO AREA BY VIEWS ABOUT HUMAN EVOLUTION


Pew Research Center

1615 L St. NW, Suite 800
Washington, DC 20036
USA
(+1) 202-419-4300 | Main
(+1) 202-857-8562 | Fax
(+1) 202-419-4372 | Media
Inquiries

**RESEARCH TOPICS**

| | |
|---|---|
| Politics & Policy | Family & Relationships |
| International Affairs | Economy & Work |
| Immigration & Migration | Science |
| Race & Ethnicity | Internet & Technology |
| Religion | News Habits & Media |
| Generations & Age | Methodological Research |
| Gender & LGBTQ | Full topic list |

**FOLLOW US**

- ✉ Email Newsletters
- ⓕ Facebook
- 🐦 Twitter
- t Tumblr
- ▶ YouTube
- 🔊 RSS

10/03/2023, 15:26

Case 1:21-cr-00053-CJN Document 101-3 Filed 03/10/23 Page 35 of 35

Party affiliation among adults in the Washington DC metro area - Religion in America: U.S. Religious Data Demographics and S...

**ABOUT PEW RESEARCH CENTER** Pew Research Center is a nonpartisan fact tank that informs the public about the issues, attitudes and trends shaping the world. It conducts public opinion polling, demographic research, media content analysis and other empirical social science research. Pew Research Center does not take policy positions. It is a subsidiary of The Pew Charitable Trusts.

Copyright 2023 Pew Research Center    About    Terms & Conditions    Privacy Policy    Reprints, Permissions & Use Policy

Feedback    Careers