**CAPITOL RIOTS**

# Locals view January 6 hearing at several DC watch parties

More than 100 people gathered a block away from the Capitol Building to view the first night of the hearing on an outdoor projection screen.



Author: **John Henry**
Published: **11:20 PM EDT June 9, 2022**
Updated: **12:20 AM EDT June 10, 2022**

 

WASHINGTON — People viewed the first night of the January 6 Committee hearings at several watch parties in D.C. The hearing, which included unseen evidence and depositions related to the events surrounding the insurrection, was televised on primetime.

At Shaw's Tavern, in Northwest D.C., attendees could listen to the hearing over the speakers while watching a live feed on the bar's televisions.

One viewer, who did not want to be named, told WUSA9 she was not surprised by the admissions of people like President Donald Trump's daughter, Ivanka, and former Attorney General Bill Barr, during their depositions.

However, she said it was important that their true feelings be broadcast to the entire public like they were Thursday night.

WUSA would like to send you push notifications about the latest news and weather.
Notifications can be turned off anytime in the browser settings.
No Thanks    ALLOW

"I think that it's really important that they tell the American public what these p[eople were saying in] the moment, which is very, very different from what they're saying after the fac[t"...]

> A #January6thHearings watch party, one block from the Capitol, attracted a [crowd of about] 100 people tonight. They were very focused. We went to another planned w[atch party at a] NW DC bar too. But only about 1 in every 10 customers there were actively p[aying attention.] (@wusa9) pic.twitter.com/1n2LTFnKCS
>
> — John Henry (@JohnHenryWUSA) June 10, 2022

Another watch party at the Taft Memorial Carillon, a block away from the Capitol Building, attracted about 100 attendees.

Sarita Wagle watched with the crowd. She said she believed the evidence presented during the first night of the hearing could help sway more Americans to believe President Donald Trump was directly connected to the events of January 6.

Whether the hearings will be able to attract the attention of people who are usually interested in politics or support and believe President Trump's account of what happened that January remains to be seen.

Another watch party attendee, named Elizabeth, at Shaw's Tavern said she felt the first hour of Thursday's hearing dragged in its presentation.

"I don't think either of us have been surprised yet," she said. "We were a little disappointed in the entertainment value of the opening statements. I'm concerned that people who would be convinced by the message are not getting that message."

**Related Articles**

LIVE BLOG: January 6 committee hearing on attack on the US Capitol

Top takeaways from the first day of public Jan. 6 hearings

Capitol riot an 'attempted coup,' prime-time hearing told

**WATCH NEXT:** Jan. 6 committee hearings begin (part 1)

Jan. 6 committee hearings begin | Day 1, June 9



WUSA would like to send you push notifications about the latest news and weather.

Notifications can be turned off anytime in the browser settings.

Case 1:21-cr-00053-CJN Document 101-8 Filed 03/10/23 Page 3 of 3

WUSA9 is now on **Roku and Amazon Fire TVs**. Download the apps today for live newscasts and video on demand.

**Download the WUSA9 app to get breaking news, weather and important stories at your fingertips.**

*Sign up for the Get Up DC newsletter:* Your forecast. Your commute. Your news.

WUSA would like to send you push notifications about the latest news and weather.

Notifications can be turned off anytime in the browser settings.

*Sign up for the Capitol Breach email newsletter, delivering the latest breaking news and a roundup of the investigation into the Capitol Riots on January 6, 2021.*

LOADING NEXT ARTICLE...