# DAILY BEAST

SUBSCRIBE

CAPITOL RIOTS

## Accused Capitol

MY ACCOUNT

MANAGE NEWSLETTERS

SUBSCRIPTION OFFERS

NEED HELP?

LOG OUT

## His Help in Jailhouse Call

**'TRUMP, WHERE ARE YOU?'**

**Calling in to a right-wing show, Edward Jacob Lang told Trump that "We are rotting in jail because we stood up for what you told us to stand up for!"**

**Zachary Petrizzo**  Updated Jan. 05, 2022 9:37PM ET
Politics Reporter       Published Jan. 05, 2022 9:14PM ET

   

## READ THIS LIST

**Meet the 'Ghost' Woman Fox Relied on for Voter Fraud Claims**

# DAILY BEAST

SUBSCRIBE

Capitol Rioter Begs For Tr…

JUSTIN ROHRLICH

Harry and Meghan Called Charles' Bluff Over Lilibet—and Won
TOM SYKES

It Turns Out Even Adam Driver Can Star in a Movie Flop
NICK SCHAGER

Mass Shooter ID'd as Biz Guru Who Promised to Make Millions
DAN LADDEN-HALL

The Stew Peters Show

Listen to article   3 minutes

On the eve of the first anniversary of the Jan. 6 riot, an accused rioter pleaded for Donald Trump's aid in a call

**MY ACCOUNT**

**MANAGE NEWSLETTERS**

**SUBSCRIPTION OFFERS**

**NEED HELP?**

**LOG OUT**

made his last-ditch, Trump focused cry for help during a Wednesday evening interview with far-right personality Stew Peters.

"I am so disappointed in Trump for canceling his January 6th press conference," Lang said during the call-in interview, where he noted that he was on the brink of crying as he

# DAILY BEAST

SUBSCRIBE

himself, who have been charged for their roles in the riot nearly one year ago.

"It just shows how far we have fallen," he continued, "where is our rally tomorrow?" He added that "there should be a hundred thousand people in D.C. tomorrow at the very minimum…I am so disappointed with Trump and the American people at large that just do not get behind the January 6 political prisoners."

**MY ACCOUNT**

**MANAGE NEWSLETTERS**

**SUBSCRIPTION OFFERS**

**NEED HELP?**

**LOG OUT**



**Capitol Rioters Keep Outing Themselves on Social Media**

| OPSEC FAIL |

DAILY BEAST

SUBSCRIBE

"President Trump, where are you?" Lang asked aloud at one point.

"You better do a press conference, man," he concluded, addressing the ex-president. "We are rotting in jail because we stood up for what you told us to stand up for!"

Subsequently, Peters, echoing an increasingly common sentiment in Trumpworld, voiced his own

MY ACCOUNT

MANAGE NEWSLETTERS

SUBSCRIPTION OFFERS

NEED HELP?

LOG OUT

"We had hoped that Trump would address all of the evidence that the chaos of January 6th was orchestrated by agent provocateurs," the right-wing radio shock jock fumed. "Instead, Mar-a-Lago has signaled today a surrender of the narrative."

ADVERTISING

# DAILY BEAST

SUBSCRIBE

Earlier Wednesday morning, former Trump advisors Peter Navarro and Steve Bannon made their own last-minute pleas to the ex-president to place his counter-

MY ACCOUNT

MANAGE NEWSLETTERS

SUBSCRIPTION OFFERS

NEED HELP?

LOG OUT

6 Presser

**'STAND UP FOR HIMSELF'**

Zachary Petrizzo

"The person who should be holding a press conference tomorrow, above anybody, pounding on the frickin' table —particularly given [the] cesspool in Georgia, the cesspool of Arizona—is



SUBSCRIBE

War Room Pandemic podcast.

"Call the press conference!" said Bannon.



**Zachary Petrizzo**
Politics Reporter
@ZTPetrizzo
zachary.petrizzo@thedailybeast.com

Got a tip? Send it to The Daily Beast [here](#).

**Loading...**

**MY ACCOUNT**

**MANAGE NEWSLETTERS**

**SUBSCRIPTION OFFERS**

**NEED HELP?**

**LOG OUT**

DISINFORMATION →



# DAILY BEAST

SUBSCRIBE

# Woman Fox Relied on for Voter Fraud Claims

| 'YEAH, I'M CRAZY' |

"Cactus artist" Marlene Bourne claims she might be a ghost and Antonin Scalia was hunted for sport. Her ideas got airtime on Fox News.

Will Sommer  Updated Mar. 10, 2023 1:49PM ET
Politics Reporter  Published Mar. 09, 2023 11:32PM ET

MY ACCOUNT

MANAGE NEWSLETTERS

SUBSCRIPTION OFFERS

NEED HELP?

LOG OUT

READ THIS LIST



Photo Illustration by The Daily Beast / Reuters / Pixabay / GlobalSpec

Mass Shooter ID'd as Biz Guru Who Promised to Make Millions
DAN LADDEN-HALL

Daily Wire Host Gives Hate-Filled Speech Amid Campus Uproar
BROOKE LEIGH HOWARD

Listen to article  9 minutes

A voting machine company's $1.6 billion lawsuit against Fox News has rocked the conservative media giant, exposing rifts between its journalists and the star hosts

10/03/2023, 15:35                    Case 1:21-cr-00053-CJN   Document 101-9   Filed 03/10/23   Page 8 of 19
Capitol Rioter Who Beat Cop With Bat Begs for Trump's Aid From Jail on Eve of Jan 6

# DAILY BEAST

SUBSCRIBE

pro-Trump viewers than accurately reporting that the 2020 election wasn't stolen.

But the strangest revelation so far from the Dominion Voting Systems case against the cable channel may be the alleged source of the voter-fraud claims that sparked the lawsuit: a single email from a previously unknown woman who was convinced, among other things, that late Supreme Court Justice Antonin Scalia was murdered

**MY ACCOUNT**

**MANAGE NEWSLETTERS**

**SUBSCRIPTION OFFERS**

**NEED HELP?**

**LOG OUT**

could allow obviously fake claims from a total stranger with no credentials to make it on the air.

Even Maria Bartiromo, the Fox host whose show first aired the claims, admitted in a deposition that the email was ridiculous.

"It's kooky, absolutely," Bartiromo said.

might realize. In an interview with The Daily Beast, the woman behind that email—a Minnesota artist named Marlene Bourne—said that she based her now nationally prominent ideas about election fraud on a wide variety of sources, including hidden messages she detects in films, song lyrics she hears on the radio, and overheard conversations she hears while in line at the supermarket checkout.

**MY ACCOUNT**

**MANAGE NEWSLETTERS**

**SUBSCRIPTION OFFERS**

**NEED HELP?**

**LOG OUT**

Diana Falzone

"Yeah, I'm crazy," Bourne told The Daily Beast. "Crazy like a fox."

Powell didn't respond to requests for comment. A spokesperson for Dominion declined to comment.

In a statement provided after this article was published,

# DAILY BEAST

SUBSCRIBE

"FOX News will continue to fiercely protect the free press as a ruling in favor of Dominion would have grave consequences for journalism across this country," the statement read.

Bourne, who makes what she calls "cactus art" using glitter and Swarovski crystals, might seem like an unlikely person to plunge the most-watched cable network in the country into an embarrassing, expensive lawsuit.

**MY ACCOUNT**

**MANAGE NEWSLETTERS**

**SUBSCRIPTION OFFERS**

**NEED HELP?**

**LOG OUT**

be "psyops"—short for psychological operations carried out by nefarious forces as part of what she called a "mass global unconventional warfare" plot to divide Americans.

But on the afternoon of Nov. 7, 2020, just hours after Fox and other major media outlets called the election for Joe Biden, Bourne sent

# DAILY BEAST

SUBSCRIBE

Fitton an email laying out the case against Dominion as she saw it. In Bourne's telling, Dominion machines used software to convert 3 percent of all votes for Donald Trump into votes for Biden.

Bourne had seen Powell defending Trump online and thought the lawyer would be the perfect person for her theories.

"OK, let's send some information that will steer her in the right direction,"

**MY ACCOUNT**

**MANAGE NEWSLETTERS**

**SUBSCRIPTION OFFERS**

**NEED HELP?**

**LOG OUT**

### Fox News



Matt Young,
AJ McDougall,
Brett Bachman

But Bourne didn't stop there. In a flurry of names and statistics, she laid out a scenario in the email where the world is controlled by a sinister cabal —one that

Case 1:21-cr-00053-CJN   Document 101-9   Filed 03/10/23   Page 12 of 19

in his sleep in 2016).

"Justice Scalia wasn't accidentally shot during a hunting trip," her email read. "He was purposefully killed at the annual Bohemian Grove camp. A club for members of the Mega-Group, during a weeklong human hunting expedition. NEVER accept an invitation to be a guest at that camp. Ever."

Bourne peppered the email to Powell with "facts" about herself, claiming that she had

MY ACCOUNT

MANAGE NEWSLETTERS

SUBSCRIPTION OFFERS

NEED HELP?

LOG OUT

Bourne wrote.

Asked about the "wind" that gives her ideas, Bourne responded to The Daily Beast with a question of her own.

"Well, let me ask you something," Bourne said. "Do you believe in telepathy?"



DAILY BEAST

SUBSCRIBE

"pretty wackadoodle."

But less than an hour after receiving the email, Powell had ignored the many red flags the email contained about Bourne's credibility and forwarded it to Bartiromo.

Three minutes later, Bartiromo forwarded Bourne's theories to her producer and replied to Powell, saying the lawyer had provided Fox with "very imp[ortant] info."

MY ACCOUNT

MANAGE NEWSLETTERS

SUBSCRIPTION OFFERS

NEED HELP?

LOG OUT

email—in Bartiromo's deposition, she was unable to point to another source for Powell's ideas.

During the deposition process, a lawyer for Dominion said the discovery process didn't turn up any other documents used by Bartiromo's staff before the segment aired that mentioned Dominion.

# DAILY BEAST

SUBSCRIBE

show "never used" the email. But the Nov. 8 segment on Bartiromo's show echoed a number of claims made in Bourne's email. Powell said Dominion software "used an algorithm to calculate the votes they would need to flip," converting Trump votes into Biden votes.

Bartiromo referenced false claims that she would have read a day earlier in Bourne's email. At times, Bartiromo even used identical phrasing

**MY ACCOUNT**

**MANAGE NEWSLETTERS**

**SUBSCRIPTION OFFERS**

**NEED HELP?**

**LOG OUT**

and that Richard Blum, Senator Feinstein's husband, is not only a significant shareholder of that company, but in Avid Technologies as well?"

## Fox News Editor Overseeing Crime Coverage Is Felon Himself

# DAILY BEAST

SUBSCRIBE

Bartiromo repeated phrases from the email, like "longtime chief of staff," "key executive," and "significant shareholder":

"I also see reports that Nancy Pelosi's longtime chief of staff is a key executive at that company," Bartiromo said. "Richard Blum, Sen. Feinstein's husband, a significant shareholder of that company."

**MY ACCOUNT**

**MANAGE NEWSLETTERS**

**SUBSCRIPTION OFFERS**

**NEED HELP?**

**LOG OUT**

the voting machine company. And Blum, the husband of Sen. Dianne Feinstein (D-CA), has no financial connection to Dominion.

Bartiromo and at least one Fox executive have scrambled to distance themselves from the email in the aftermath of Dominion's lawsuit. In her deposition, Bartiromo said it was "inherently unreliable"

# DAILY BEAST

SUBSCRIBE

In an October deposition for the Dominion lawsuit, David Clark, the Fox executive who oversaw Bartiromo's show, agreed that the segment should not have run if it was based only on Bourne's email.

"I will concede that this e-mail is crazy," Clark said.

Lawyers for Dominion would later seize on Bourne's most outlandish claims, noting in a motion filed last month that

**MY ACCOUNT**

**MANAGE NEWSLETTERS**

**SUBSCRIPTION OFFERS**

**NEED HELP?**

**LOG OUT**

jumble of ideas that centered on ties between telepaths, the Bank of the Vatican, the NXIVM sex cult, and the 1970 film *Beneath the Planet of the Apes*.

And she explained where she got the conspiracy theories like the one that Fox somehow allowed to reach its airwaves, prompting the

# DAILY BEAST

SUBSCRIBE

Bourne's telling, she conjures her theories out of nothing.

"It's just really interesting where I'll have the TV on, and I'll hear a word or a person's name, and for whatever reason, I can't explain it, it's going to compel me to look it up online, I'll do a little digging," she said. "Instead of saying I rely on my intuition, I say 'the wind' is talking to me. It's just a fun way of living my life, don't you think?"

## MY ACCOUNT

## MANAGE NEWSLETTERS

## SUBSCRIPTION OFFERS

## NEED HELP?

## LOG OUT

Tutankhamun's tomb. She has an elaborate theory about the deep state and the media: in Bourne's telling, the CIA controls the *Washington Post*, the FBI runs the *New York Times*, and the State Department runs Politico and CNN.

Bourne didn't realize her email had become a key part of the Dominion trial until a

# DAILY BEAST

SUBSCRIBE

didn't seem surprised.

"My point of view sometimes is so far outside the box it's not even on the same playing field, it's not even on the same planet," she said.

For example, Bourne got the idea that Scalia was murdered in a human hunt because it just made logical sense from what she had seen from watching movies and television.

"What's one way to get rid of

**MY ACCOUNT**

**MANAGE NEWSLETTERS**

**SUBSCRIPTION OFFERS**

**NEED HELP?**

**LOG OUT**

**Loading...**



SUBSCRIBE



ABOUT  CONTACT  TIPS  JOBS  ADVERTISE  HELP  PRIVACY  CODE OF ETHICS & STANDARDS  DIVERSITY  TERMS & CONDITIONS  COPYRIGHT & TRADEMARK

SITEMAP  BEST PICKS

COUPONS:  Dick's Sporting Goods Coupons  HP Coupon Codes  Chewy Promo Codes  Nordstrom Rack Coupons  NordVPN Coupons  JCPenny Coupons  Nordstrom Coupons  Samsung Promo Coupons  Home Depot Coupons  Hotwire Promo Codes  eBay Coupons  Ashley Furniture Promo Codes

© 2023 The Daily Beast Company LLC

MY ACCOUNT

MANAGE NEWSLETTERS

SUBSCRIPTION OFFERS

NEED HELP?

LOG OUT