10/03/2023, 11:24 D.C. Mayor Issues 6 P.M. Curfew As Trump Supporters Breach Capitol : Capitol Insurrection Updates : NPR

Case 1:21-cr-00053-CJN Document 101-12 Filed 03/10/23 Page 1 of 13

HOURLY NEWS
N OW
PLAYLIST

NPR 24-Hour Program Stream
On Air Now



DONATE

## Capitol Insurrection Updates

CAPITOL INSURRECTION UPDATES

# D.C. Mayor Issues 6 P.M. Curfew As Trump Supporters Breach Capitol

January 6, 2021 · 3:17 PM ET

 BARBARA SPRUNT



Protesters supporting President Trump break into the Capitol on Wednesday. D.C. Mayor Muriel Bowser has ordered a citywide curfew starting at 6 p.m. Wednesday.

*Win McNamee/Getty Images*

As pro-Trump extremists clash with police and breach the U.S. Capitol, Washington, D.C., Mayor Muriel Bowser has ordered a citywide curfew starting at 6 p.m. Wednesday.

"During the hours of the curfew, no person, other than persons designated by the Mayor, shall walk, bike, run, loiter, stand, or motor by car or other mode of transport upon any street, alley, park, or other public place within the District," her statement reads.

The curfew will last until 6 a.m. on Thursday.



It does not apply to essential workers, including media with outlet-issued credentials.

The curfew comes after thousands of Trump's supporters and far-right rioters stormed the Capitol, prompting the House and Senate to swiftly go into recess as Capitol Police locked down the building.

Their action was in response to a joint session being held in Congress to ratify President-elect Joe Biden's Electoral College win over Trump. Various Republican lawmakers are objecting to the Electoral College results.

Trump addressed his supporters on Wednesday. After his speech, many of his supporters pushed past barriers erected on the U.S. Capitol, yelling, "Whose Capitol? Our Capitol," as NPR's Hannah Allam reports.

## More Stories From NPR



**INVESTIGATIONS**
**Lawyers For 18-Year-Old Capitol Rioter Want Him Released To His Parents**



**POLITICS**
**Architect Of The Capitol Outlines $30 Million In Damages From Pro-Trump Riot**



**INVESTIGATIONS**
**Justice Department Charges Suspected Oath Keepers In Plot To Attack The Capitol**



NATIONAL
Capitol Police Suspends 6 Officers, Investigates Dozens More After Capitol Riots



NATIONAL
U.S. Judge Grants Accused Rioter's Request To Vacation In Mexico



POLITICS
**Acting Capitol Police Chief Promises 'Significant' Changes Following Deadly Riot**

# Popular on NPR.org



**EUROPE**
**Russia is firing hypersonic missiles into Ukraine that are nearly impossible to stop**



**CULTURE**
**Adults complained about a teen theater production and the show's creators stepped in**



**POLITICS**
**Biden unveils his budget plan in a campaign-style speech. Here's what is in it**



**ANIMALS**
**A wild cat was found in Cincinnati with cocaine in its system. No, it's not a movie**



**POLITICS**
**Mitch McConnell hospitalized with a concussion after a fall**



HEALTH
**These 6 tips can help you skip the daylight saving time hangover**

## NPR Editors' Picks



SPORTS
# Mikaela Shiffrin ties the record for most alpine skiing World Cup race wins



MEDIA
# Fox Corp CEO praises Fox News leader as network faces $1.6 billion lawsuit



TECHNOLOGY
# Does the 'Bold Glamour' filter push unrealistic beauty standards? TikTokkers think so

10/03/2023, 11:24　　D.C. Mayor Issues 6 P.M. Curfew As Trump Supporters Breach Capitol : Capitol Insurrection Updates : NPR

Case 1:21-cr-00053-CJN Document 101-12 Filed 03/10/23 Page 11 of 13



**NATIONAL**
**On a day when everything felt like a struggle, kind words brightened this mom's mood**



**ECONOMY**
**The job market slowed last month, but it's still too hot to ease inflation fears**



MIDDLE EAST
Iran and Saudi Arabia agree to resume relations after years of tension

## Capitol Insurrection Updates

**READ & LISTEN**

Home

News

Culture

Music

Podcasts & Shows

**CONNECT**

Newsletters

Facebook

Twitter

Instagram

Press

Contact & Help

**ABOUT NPR**

Overview

Diversity

Accessibility

Ethics

**GET INVOLVED**

Support Public Radio

Sponsor NPR

NPR Careers

NPR Shop

**Finances**

**Public Editor**

**Corrections**

**NPR Events**

**NPR Extra**

---

terms of use

privacy

your privacy choices

text only

© 2023 npr