# Google Search Keyword
# Jake Lang January 6th Capitol Riots

## Washington DC



## Texas



# Google Search Keyword
# Jake Lang January 6th Capitol Riots

## Washington DC



## New York



# Google Search Keyword
# Jake Lang January 6th Capitol Riots

## Washington DC



## South Dakota



# Google Search Keyword January 6th Riots



**Washington DC**

**New York**

# Google Search Keyword January 6th Riots

### Washington DC



### Texas



# Google Search Keyword January 6th Riots

### Washington DC



### Pennsylvania



# Google Search Keyword January 6th Riots



**Washington DC**

**California**