# Bing Search Keyword .
# Jake Lang January 6ᵗʰ Capitol Riots

## Washington DC                              South Dakota



# Bing Search Keyword .
# Jake Lang January 6th Capitol Riots

## Washington DC



## Texas



# Bing Search Keyword .
# Jake Lang January 6th Capitol Riots

**Washington DC**              **Pennsylvania**

