# WHITE SUPREMACIST

https://trends.google.com/trends/explore?date=2021-01-01%202022-12-07&geo=US&q=White%20Supremacist

*Take a look at the highest ranking location of users searching for this term…*





Proprietary Work of Condemned USA, LLC

# CAPITOL TERRORIST

https://trends.google.com/trends/explore?date=2021-01-01%202022-12-07&geo=US&q=capitol%20terrorist

*Take a look at the highest ranking location of users searching for this term…*



Proprietary Work of Condemned USA, LLC

# DOMESTIC TERRORIST

https://trends.google.com/trends/explore?date=2021-01-01%202022-12-07&geo=US&q=domestic%20terrorist

*Take a look at the highest ranking location of users searching for this term…*

Proprietary Work of Condemned USA, LLC



