# Search Term Capitol Riots

- Peak Dates: June 5th – 11th 2022 / June 17th – 23rd 2022

- Top 5 Regions: District of Columbia, New Hampshire, Vermont, Maine, and Wyoming

- Top 5 Related topics: United States Capitol, January 6th, January, Donald Trump, and Hearing

- Top 5 Related Queries: the capitol riot, riot at capitol, trump, capitol riot news, and Jan. 6

- Google Trend Link: https://trends.google.com/trends/explore?geo=US&q=Capitol%20Riot&hl=en-US



Google Trend Dropdown

