# DATA SAMPLE PROVIDES SIGNIFICANT BIAS VS UNBIASED

**Willful Engagement
Unbiased Result**

**Ice Cream**

**Willful Engagement
Extreme Event Bias**

**Hurricane Ian**




Proprietary Work of Condemned USA, LLC

# ICE CREAM DIMINISHES NORMALLY 100,97,97,92,90 ETC.

- Note how the data sets diminish gradually as 100, 97, 92, 92, 90 and the pattern holds true throughout the 51 regions.
- Proof the nation has a realistically equal digestion of the data



Proprietary Work of Condemned USA, LLC