# EXHIBIT E

AO 199A (Rev. 12/11) Order Setting Conditions of Release     Page 1 of __3__ Pages

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
APR 13 2021
Clerk, U.S. District and
Bankruptcy Courts

United States of America
v.
Luke Russell Coffee

*Defendant*

Case No. 21-000236-M

AMENDED

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: US District Court for the District of Columbia 333 Constitution Ave NW WDC
*Place*

Before a Magistrate Judge to be determined

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( X )  (6)  The defendant is placed in the custody of:
            Person or organi
            Address *(only if o*
            City and state
  who agrees to (a) supervise the                                                                lings, and (c) notify the court immediately
  if the defendant violates a con

                                                                    _____      _____
                                                                           *Custodian*                  *Date*

( X )  (7)  The defendant must:
      ( X )  (a) submit to supervision by and report for supervision to the  Eastern District of Texas weekly by phone .
                 telephone number   (903) 590-1126 . no later than _____.
      (   )  (b) continue or actively seek employment.
      (   )  (c) continue or start an education program.
      ( X )  (d) surrender any passport to:  Eastern District of Texas Pretrial as directed
      ( X )  (e) not obtain a passport or other international travel document.
      ( X )  (f) abide by the following restrictions on personal association, residence, or travel:  The defendant is restricted to the Eastern
                 and Northern District of Texas.  Live with 3rd party custodian.
      ( X )  (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
                 including:  anyone associated with the incident on January 6, 2021.

      (   )  (h) get medical or psychiatric treatment: _____

      (   )  (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
                 or the following purposes: _____

      ( . )  (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
                 necessary.
      ( X )  (k) not possess a firearm, destructive device, or other weapon.
      (   )  (l) not use alcohol (   ) at all (   ) excessively.
      ( X )  (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
                 medical practitioner.
      ( X )  (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random
                 frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited
                 substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited
                 substance screening or testing.
      ( X )  (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
                 supervising officer.
      ( X )  (p) participate in one of the following location restriction programs and comply with its requirements as directed.
                 (   ) (i)  Curfew. You are restricted to your residence every day (   ) from _____ to _____, or (   ) as
                            directed by the pretrial services office or supervising officer; or
                 ( X ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical,
                            substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities
                            approved in advance by the pretrial services office or supervising officer; or
                 (   )(iii) Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
                            court appearances or other activities specifically approved by the court.
      ( X )  (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program
                 requirements and instructions provided.
                 ( X ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or
                       supervising officer.
      ( X )  (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including
                 arrests, questioning, or traffic stops.
      ( X )  (s) Stay out of DC except for Court, PSA business or to meet with Counsel. Verify your address with PSA.
                 Report any change of address or employment immediately to PSA. Court to be notified of any violations.

Case 1:21-cr-00532-JRC Document 15-5 Filed 04/13/23 Page 4 of 4

AO 199C (Rev. 09/08) Advice of Penalties          Page  3  of  3  Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

Acknowledged on the Record
*Defendant's Signature*

*City and State*

### Directions to the United States Marshal

( ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 4/13/2021

*Beryl A. Howell*
*Judicial Officer's Signature*

Judge Beryl A. Howell
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL