**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EDWARD JACOB LANG,<br><br>*Defendant*. | Criminal Action No. 1:21-cr-00053 (CJN) |

**REVISED SCHEDULING ORDER**

Trial is set to commence in this matter on **October 10, 2023**, at 9:00 a.m. in Courtroom 17. Jury selection will begin that day at 9:00 a.m. Jury selection and the trial will be conducted in accordance with Appendix 8 of the Continuity of Operations Plan for COVID-19, assuming it is still in effect. The following deadlines shall govern pretrial proceedings:

1. The Parties shall file with the Court no later than **August 25, 2023**, a Joint Pretrial Statement that contains:

   a. <u>A neutral statement of the case</u>: The Parties shall include a neutral statement of the case for the Court to read to prospective jurors.

   b. <u>Proposed *voir dire* questions</u>: The Parties shall indicate –

      i. the *voir dire* questions that the Parties agree to; and

      ii. the *voir dire* questions that the Parties disagree on, with specific objections noted as to each disputed question.

   c. <u>Proposed jury instructions</u>: The Parties shall submit a list of proposed jury instructions, followed by the text of each proposed instruction, that indicates:

      i. the instructions that the Parties agree to; and

1

   ii. the instructions that the Parties disagree on, with specific objections noted below each disputed instruction, and the proposed instruction's source including supporting legal authority.

 Proposed instructions may be updated as needed to reflect the evidence presented at trial. Absent a showing of good cause, no other modifications will be permitted.

 d. <u>Proposed verdict form</u>: The Parties shall include a draft verdict form, including any proposed special interrogatories. The draft verdict form should include a date and signature line for the jury foreperson.

2. The Parties shall file with the Court no later than **September 18, 2023**:

 a. <u>List of witnesses</u>: The Parties shall identify the witnesses that each side anticipates it may call in its case-in-chief, including any expert witnesses, divided into the following categories:

  i. witnesses who will be called to testify at trial;

  ii. witnesses who may be called to testify at trial; and

  iii. witnesses whose testimony a party will present by deposition or other prior testimony, indicating whether the presentation will be by transcript or video.

 The Court will read the list of witnesses to the jury during *voir dire*. In the list, each witness name should be accompanied by a brief description of each witness's expected testimony and area of expertise, if applicable, followed by specific objections, if any, to each witness.

b. <u>Exhibit lists</u>: The Parties shall include a list of trial exhibits (including demonstratives, summaries, or other specially prepared exhibits), which includes:

   i. the exhibit number for each exhibit;
   ii. the date of the exhibit;
   iii. a brief description of the exhibit;
   iv. a concise statement of the asserted basis of admissibility; and
   v. whether there is an objection to admission of the exhibit, and if so, a concise statement of the basis for the objection.

   This list, together with numbered pre-marked copies of the exhibits, should be submitted to the Court in a separate binder.

c. <u>Stipulations</u>: The Parties shall submit a draft of all stipulations.

3. In addition to filing the Joint Pretrial Statement, no later than **August 25, 2023**, the Parties must submit a printed copy of the Joint Pretrial Statement tabbed and in a three-ring binder. The parties must also submit an electronic copy of all proposed *voir dire* questions, jury instructions, and verdict forms in Word format by emailing them to Chambers at **Nichols_Chambers@dcd.uscourts.gov**. The jury instructions section must be formatted so that each individual jury instruction begins on a new page.

4. The Parties shall file any *Daubert* motions on or before **August 24, 2023**. Oppositions to *Daubert* motions shall be filed by **September 1, 2023**. Any reply shall be filed by **September 8, 2023**.

5. The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief by **September 29, 2023**. Any *Brady* material not already disclosed also must be disclosed by this date.

6. The Court will schedule hearings on any motions filed by the Parties as necessary.

7. Counsel shall appear on **October 3, 2023**, at 4:00 p.m. for a pretrial conference in Courtroom 17.

It is so **ORDERED**.

DATE: August 11, 2023

_____
CARL J. NICHOLS
United States District Judge