# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-CR-53 (CJN) |
| | : | |
| EDWARD JACOB LANG, | : | |
| | : | |
| Defendant. | : | |

## JOINT PRETRIAL STATEMENT

Pursuant to this Court's Revised Pretrial Scheduling Order, ECF 118, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and undersigned counsel, submit this Joint PreTrial Statement, consisting of the following attached documents: a neutral statement of the case, Joint Proposed Voir Dire Questions, and Joint Proposed Jury Instructions, each of which is attached hereto.

Respectfully submitted,

FOR THE UNITED STATES:                                      FOR THE DEFENSE:

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:

 /s/
Karen Rochlin
DC Bar No. 394447
Capitol Riot Detailee
99 N.E. 4th Street
Miami, Florida 33132
karen.rochlin@usdoj.gov
(786) 972-9045

Craig Estes
Assistant U.S. Attorney Detailee
John Joseph Moakley Federal Courthouse
1 Courthouse Way

 /s/
Steven A. Metcalf, II Esq.
Metcalf & Metcalf, P.C.
99 Park Avenue, 6th Floor
New York, New York 10016
(646) 253-0514
metcalflawnyc@gmail.com

Norman A. Pattis
Pattis & Smith, LLC
383 Orange Street
New Haven, Connecticut
(203) 393-3017
(203) 393-9745 (fax)
npattis@pattisandsmith.com

Boston, MA 02210
(617) 748-3100
Email: craig.estes@usdoj.gov