**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

   **v.**

**EDWARD JACOB LANG,**

   **Defendant.**

**Case No. 1:21-cr-00053-CJN**

**SUPPLEMENT TO GOVERNMENT'S CONSOLIDATED
RESPONSE IN OPPOSITION TO DEFENDANT LANG'S
EMERGENCY MOTION FOR A PHONE CONFERENCE
REGARDING EXTENDED COMPUTER TIME AND
ACCESS TO DISCOVERY AND  MOTION TO RENEW
AND RECONSIDER  HIS REQUEST FOR IMMEDIATE
TEMPORARY RELEASE ON AN EXPEDITED BASIS**

The United States of America, through undersigned counsel, respectfully supplements its Consolidated Response in Opposition to Defendant Lang's Emergency Motion for a Phone Conference Regarding Extended Computer Time and Access to Discovery and Motion to Renew and Reconsider His Request for Immediate Temporary Release on an Expedited Basis, ECF 116, as follows:

On August 31, 2023, the United States received notice that on that defendant Lang "has been issued a laptop today to view his discovery (3 hard-drives w/connector cords)."

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Karen Rochlin*
KAREN ROCHLIN
DC Bar No. 394447
Assistant United States Attorney Detailee
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, Florida  33132
(786) 972-9045
Karen.Rochlin@usdoj.gov


Craig Estes
Assistant U.S. Attorney Detailee
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Boston, MA 02210
(617) 748-3100
Email: craig.estes@usdoj.gov