# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br>     PLAINTIFF ) <br> VS. ) <br> ) <br> EDWARD JACOB LANG ) <br>     DEFENDANT ) | NO. 21-CR-53 (CJN) <br><br><br><br><br> NOVEMBER 13, 2023 |

### MOTION TO WITHDRAW

Pursuant to Rule 1.16(a)(3) of the Rules of Professional Conduct, the undersigned requests permission to withdraw as counsel in this case.

On November 8, 2023, the defendant informed the undersigned that he was terminated. The undersigned has communicated this to lead counsel, Steven Metcalf, who will continue to represent the defendant.

The undersigned has prepared an accounting for Mr. Lang and will tender it upon the Court's action on this motion.

RESPECTFULLY SUBMITTED:

By  /s/   Norman A. Pattis, Esq.
Norman A. Pattis, Esq.
Pattis & Associates, LLC
383 Orange St.
New Haven, CT  06511
Tel: 203-393-3017 / Fax:  203-393-9745
Email:      npattis@pattislaw.com

## CERTIFICATION

This is to certify that the foregoing Motion to Withdraw was filed on November 13, 2023. All parties will be served via the court's electronic notice system.

                                                                /s/    Norman A. Pattis, Esq.
                                                                 Norman A. Pattis, Esq.