

Ciara Santiago <ciara@metcalflawteam.com>

## Fwd: [EXTERNAL] Edward Lang (DCDC# 376444)

**Steven A. Metcalf II, Esq.** <metcalflawnyc@gmail.com>　　　　　　　　　　　Thu, Feb 8, 2024 at 11:58 AM
To: Ciara Santiago <ciara@metcalflawteam.com>

Let's put this in Langs motion.

Steven A. Metcalf II
Metcalf & Metcalf, P.C.

---------- Forwarded message ---------
From: **DCD-PC** <DCD-PC@usdoj.gov>
Date: Thu, Feb 8, 2024 at 11:20 AM
Subject: RE: [EXTERNAL] Edward Lang (DCDC# 376444)
To: Steven A. Metcalf II, Esq. <metcalflawnyc@gmail.com>
CC: DCD-PC <DCD-PC@usdoj.gov>

Good morning,

The United States Marshals Service does not have any information to provide related to this inquiry.

The USMS must consider many factors when determining placement and classification of a defendant.

Some of these factors include the facility security level; inmate staff supervision needs; bed space; separation orders; and special security measures.

The USMS will investigate the allegations the defendant is in a hostile environment with safety concerns.

Thanks for your time and assistance.

Very Respectfully,

L. Brown | Supervisory Deputy United States Marshal

United States Marshals Service | District of Columbia – District Court

202-772-0373

**SENSITIVE BUT UNCLASSIFIED**

This message may contain information that is law enforcement sensitive.  If you are not the intended recipient, please immediately (1) advise the sender by reply e-mail that this message was inadvertently transmitted to you, and (2) delete this e-mail from your system. This message should NOT be released to any personnel who do not have a valid "need to know" without prior approval of an authorized USMS official. Thank you for your cooperation.

**From:** Steven A. Metcalf II, Esq. <metcalflawnyc@gmail.com>
**Sent:** Wednesday, February 7, 2024 3:22 PM
**To:** DCD-PC <DCD-PC@usdoj.gov>
**Subject:** [EXTERNAL] Edward Lang (DCDC# 376444)

To whom this may concern:

Please be advised that I represent Mr. Lang regarding his pending DC District case. Yesterday it came to my attention that he was transferred - unexpectedly.

The message that I received from my client's family is in substance that:

> Mr. Lang was now moved to a particular unit in the DC

jail and places him in a hostile environment, where there are now safety concerns.

I reached out to different Marshals I have dealt with and the message I received was that Lang was moved for "security or seperation" issues.

Any additional information that you can provide will be greatly appreciated. My cell phone is also 631.521.1499.

I thank you in advance for looking into this matter.

--

**PLEASE TAKE NOTICE OF ADDRESS CHANGES**

Steven A. Metcalf II, Esq.
**Metcalf & Metcalf, P.C**.
99 Park Avenue, Suite 810
New York, NY 10016
646.253.0514 *Phone*
646.219.2012 *Fax*

**Visit Us At: METCALFLAWNYC.COM**

*CONFIDENTIALITY & NOTICE: This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this correspondence, you are hereby notified that any dissemination, distribution or copying of this message, and any attachments thereto, is strictly prohibited. If you have received this correspondence in error, please notify sender and permanently delete the original and any copy of any e-mail and printout thereof. Additionally,

please take notice that e-mail sent to or from Metcalf & Metcalf, P.C.,

and/or any of its attorneys and staff members may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic  signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act
("E-Sign"), unless an express and specific statement indicating otherwise
is included in this message**.*