UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-53 (CJN) |
| | : | |
| **EDWARD JACOB LANG,** | : | |
| | : | |
| Defendant. | : | |

**PROPOSED STATEMENT OF THE CASE**

Pursuant to this Court's Revised Scheduling Order, ECF 118, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia and undersigned counsel, submit the following Statement of the Case. The parties have agreed on the language below except for the italicized portion in the final paragraph to which the United States objects.

This is a criminal case. The United States has charged the defendant, Edward Jacob Lang, with a number of offenses arising from events at the United States Capitol on January 6, 2021, the day on which, according to law, Congress sat in a Joint Session with the Vice President presiding to certify the results of the Electoral College vote for the 2020 presidential election. The United States alleges that within a restricted area of the Capitol and its grounds, defendant Lang forcibly assaulted officers, at times with a deadly or dangerous weapon, inflicted bodily injury, obstructed officers during a civil disorder, [obstructed an official proceeding,] and engaged in various forms of disorderly, disruptive and violent conduct within the restricted area or within the Capitol building and its grounds.

Mr. Lang, who is presumed innocent, denies these charges and has accordingly pled not guilty to each of them. *Mr. Lang contends that he was engaged in lawful protest and was caught up in what rapidly became a riot.* He has requested a jury trial.

FOR THE UNITED STATES:                    FOR THE DEFENSE:

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:

    s/                                                                    s/
    Karen Rochlin                                            Steven A. Metcalf, II Esq.
    DC Bar No. 394447                                    Metcalf & Metcalf, P.C.
    Capitol Riot Detailee                                  99 Park Avenue, 6th Floor
    99 N.E. 4th Street                                       New York, New York 10016
    Miami, Florida 33132                                 (646) 253-0514
    karen.rochlin@usdoj.gov                          metcalflawnyc@gmail.com
    (786) 972-9045

                                                    Norman A. Pattis
    Craig Estes                                                   Pattis & Smith, LLC
    Assistant U.S. Attorney Detailee              383 Orange Street
    John Joseph Moakley Federal Courthouse     New Haven, Connecticut
    1 Courthouse Way                                      (203) 393-3017
    Boston, MA 02210                                     (203) 393-9745 (fax)
    (617) 748-3100                                           npattis@pattisandsmith.com
    Email: craig.estes@usdoj.gov