

# Top Line Results

## Survey of Washington, DC Jury Eligible Residents

Conducted: 01/04/2023 through 01/08/2024

Survey Type: Live Interview Telephone, Text-to-Web

N = 422N

Weighting Applied: Gender, Age, Race & Highest Education Level

Margin of Error at 95% Confidence Level:   +/- 4.8%

### Methodology

| | Count | Percent | Cumulative Percent |
|---|---|---|---|
| Live Interview Telephone | 288 | 68.3 | 68.3 |
| Text-to-Web | 134 | 31.7 | 100.0 |
| Total | 422 | 100.0 | |

### Q1. Are you a resident of the District of Columbia?

| | Count | Percent | Cumulative Percent |
|---|---|---|---|
| Yes | 422 | 100.0 | 100.0 |

### Q2. Are you registered to vote in the District of Columbia?

| | Count | Percent | Cumulative Percent |
|---|---|---|---|
| Yes | 416 | 98.5 | 98.5 |
| No | 2 | .5 | 98.9 |
| Not Sure / Don't Know | 4 | 1.1 | 100.0 |
| Total | 422 | 100.0 | |

### Q3. Do you have a District of Columbia issued driver's license or official identification card?

| | Count | Percent | Cumulative Percent |
|---|---|---|---|
| Yes | 6 | 100.0 | 100.0 |
| Question not asked | 416 | | |
| Total | 422 | | |

Next, please tell me if you have favorable or unfavorable views of the following people involved in national politics. If you have never heard of one, just say so and we'll move on to the next.

### Q4. Donald Trump

|  | Count | Percent | Cumulative Percent |  |  |
|---|---|---|---|---|---|
| Very favorable impression | 25 | 5.8 | 5.8 |  |  |
| Somewhat favorable impression | 16 | 3.7 | 9.6 | Total % Favorable | 9.6 |
| Somewhat unfavorable impression | 30 | 7.2 | 16.8 | Total % Unfavorable | 85.9 |
| Very unfavorable impression | 332 | 78.6 | 95.4 |  |  |
| Heard of Donald Trump, but no opinion either way | 13 | 3.1 | 98.5 |  |  |
| Never heard of them | 1 | .1 | 98.6 |  |  |
| Not Sure / Don't Know | 6 | 1.4 | 100.0 |  |  |
| Total | 422 | 100.0 |  |  |  |

### Q5. Joe Biden

|  | Count | Percent | Cumulative Percent |  |  |
|---|---|---|---|---|---|
| Very favorable impression | 150 | 35.6 | 35.6 |  |  |
| Somewhat favorable impression | 153 | 36.2 | 71.8 | Total % Favorable | 71.8 |
| Somewhat unfavorable impression | 44 | 10.5 | 82.3 | Total % Unfavorable | 22.5 |
| Very unfavorable impression | 50 | 12.0 | 94.3 |  |  |
| Heard of Joe Biden, but no opinion either way | 21 | 4.9 | 99.2 |  |  |
| Not Sure / Don't Know | 3 | .8 | 100.0 |  |  |
| Total | 422 | 100.0 |  |  |  |

### Q6. What is the first word that comes to mind when you hear the name Donald Trump?



Next, I'm going to ask you questions about some topics and their impact on you.

**Q7. How much have you seen, read, or heard about the events at the Capitol on January 6th, 2021. Would you say that you have heard or seen…**

|  | Count | Percent | Cumulative Percent |
|---|---|---|---|
| A lot | 378 | 89.7 | 89.7 |
| Just some | 33 | 7.8 | 97.5 |
| Not too much | 9 | 2.0 | 99.5 |
| Nothing at All | 2 | .5 | 100.0 |
| Total | 422 | 100.0 | |

**Q8. How much of January 6 Select Committee hearings or clips of those hearings have you watched? Would you say that you have watched…**

|  | Count | Percent | Cumulative Percent |
|---|---|---|---|
| A lot | 191 | 45.2 | 45.2 |
| Just some | 142 | 33.6 | 78.8 |
| Not too much | 55 | 13.0 | 91.8 |
| Nothing at All | 34 | 8.1 | 99.9 |
| Not Sure / Don't Know | 1 | .1 | 100.0 |
| Total | 422 | 100.0 | |

**Q9. Were you worried about your safety or the safety of someone you know because of the events of January 6, 2021?**

|  | Count | Percent | Cumulative Percent |
|---|---|---|---|
| Yes | 237 | 56.3 | 56.3 |
| No | 172 | 40.9 | 97.2 |
| Not Sure / Don't Know | 12 | 2.8 | 100.0 |
| Total | 422 | 100.0 | |

**Q10. At what level were you financially impacted by the events of January 6, 2021?**

|  | Count | Percent | Cumulative Percent |  |  |
|---|---|---|---|---|---|
| Very Negatively Impacted | 33 | 7.9 | 7.9 | | |
| Somewhat Negatively Impacted | 41 | 9.7 | 17.6 | Total % Negatively Impacted | 17.6 |
| Neither Negatively or Positively Impacted | 88 | 20.8 | 38.4 | Total % Positively Impacted | 2.1 |
| Somewhat Positively Impacted | 5 | 1.2 | 39.7 | | |
| Very Positively Impacted | 3 | .8 | 40.5 | | |
| Not Impacted at All | 233 | 55.2 | 95.7 | | |
| Not Sure / Don't Know | 18 | 4.3 | 100.0 | | |
| Total | 422 | 100.0 | | | |

Q11. What word or phrase best describes the individuals who participated in the events of January 6, 2021?

|  | Count | Percent | Cumulative Percent |
|---|---|---|---|
| Patriots | 4 | 1.0 | 1.0 |
| Domestic Terrorists | 63 | 14.9 | 15.9 |
| Insurrectionists | 116 | 27.5 | 43.4 |
| Traitors | 49 | 11.6 | 55.0 |
| Criminals | 55 | 13.0 | 68.0 |
| Peaceful Protestors | 6 | 1.5 | 69.5 |
| Americans | 7 | 1.6 | 71.1 |
| Rioters | 42 | 9.9 | 81.0 |
| Another Response [specify] | 70 | 16.5 | 97.6 |
| Not Sure / Don't Know | 10 | 2.4 | 100.0 |
| Total | 422 | 100.0 |  |

Now, I'm going to read you a few statements specifically about January 6th, 2021. Once I complete each statement please tell me to what level you agree or disagree.

Q12. Donald Trump is to blame for January 6th. Would you say that you:

|  | Count | Percent | Cumulative Percent |  |  |
|---|---|---|---|---|---|
| Strongly Agree | 316 | 75.0 | 75.0 |  |  |
| Somewhat Agree | 61 | 14.4 | 89.3 | Total % Agree | 89.3 |
| Neither Agree nor Disagree | 9 | 2.0 | 91.4 | Total % Disagree | 6.5 |
| Somewhat Disagree | 6 | 1.4 | 92.8 |  |  |
| Strongly Disagree | 22 | 5.1 | 97.9 |  |  |
| Not Sure / Don't Know | 9 | 2.1 | 100.0 |  |  |
| Total | 422 | 100.0 |  |  |  |

Q13. Donald Trump supporters are racists. Would you say that you:

|  | Count | Percent | Cumulative Percent |  |  |
|---|---|---|---|---|---|
| Strongly Agree | 159 | 37.6 | 37.6 |  |  |
| Somewhat Agree | 134 | 31.8 | 69.4 | Total % Agree | 69.4 |
| Neither Agree nor Disagree | 57 | 13.4 | 82.9 | Total % Disagree | 14.6 |
| Somewhat Disagree | 30 | 7.1 | 90.0 |  |  |
| Strongly Disagree | 31 | 7.5 | 97.4 |  |  |
| Not Sure / Don't Know | 11 | 2.6 | 100.0 |  |  |
| Total | 422 | 100.0 |  |  |  |

Q14. January 6th was an insurrection. Would you say that you:

|  | Count | Percent | Cumulative Percent |  |  |
|---|---|---|---|---|---|
| Strongly Agree | 323 | 76.6 | 76.6 |  |  |
| Somewhat Agree | 39 | 9.3 | 85.8 | Total % Agree | 85.8 |
| Neither Agree nor Disagree | 16 | 3.7 | 89.6 | Total % Disagree | 8.4 |
| Somewhat Disagree | 11 | 2.6 | 92.1 |  |  |
| Strongly Disagree | 25 | 5.9 | 98.0 |  |  |
| Not Sure / Don't Know | 8 | 2.0 | 100.0 |  |  |
| Total | 422 | 100.0 |  |  |  |

**Q15. January 6th was an act of domestic terrorism. Would you say that you:**

|  | Count | Percent | Cumulative Percent |  |  |
|---|---|---|---|---|---|
| Strongly Agree | 268 | 63.6 | 63.6 |  |  |
| Somewhat Agree | 69 | 16.4 | 80.0 | Total % Agree | 80.0 |
| Neither Agree nor Disagree | 19 | 4.4 | 84.5 | Total % Disagree | 13.9 |
| Somewhat Disagree | 25 | 5.8 | 90.3 |  |  |
| Strongly Disagree | 34 | 8.0 | 98.3 |  |  |
| Not Sure / Don't Know | 7 | 1.7 | 100.0 |  |  |
| Total | 422 | 100.0 |  |  |  |

**Q16. The penalty for insurrection, treason, or committing an act of domestic terrorism is life imprisonment or death, which would be a fair punishment for anyone who participated in any of the events of January 6. Would you say that you:**

|  | Count | Percent | Cumulative Percent |  |  |
|---|---|---|---|---|---|
| Strongly Agree | 113 | 26.9 | 26.9 |  |  |
| Somewhat Agree | 89 | 21.1 | 48.0 | Total % Agree | 48.0 |
| Neither Agree nor Disagree | 65 | 15.3 | 63.4 | Total % Disagree | 31.9 |
| Somewhat Disagree | 67 | 15.9 | 79.2 |  |  |
| Strongly Disagree | 68 | 16.0 | 95.3 |  |  |
| Not Sure / Don't Know | 20 | 4.7 | 100.0 |  |  |
| Total | 422 | 100.0 |  |  |  |

**Q17. Regardless of what they did, anyone who participated in the events at the Capitol on January 6 should serve prison time. Would you say that you:**

|  | Count | Percent | Cumulative Percent |  |  |
|---|---|---|---|---|---|
| Strongly Agree | 217 | 51.4 | 51.4 |  |  |
| Somewhat Agree | 73 | 17.4 | 68.8 | Total % Agree | 68.8 |
| Neither Agree nor Disagree | 30 | 7.2 | 76.0 | Total % Disagree | 22.2 |
| Somewhat Disagree | 48 | 11.3 | 87.3 |  |  |
| Strongly Disagree | 46 | 10.9 | 98.1 |  |  |
| Not Sure / Don't Know | 8 | 1.9 | 100.0 |  |  |
| Total | 422 | 100.0 |  |  |  |

**Q18. Donald Trump and his supporters must be stopped at all costs. Would you say that you:**

|  | Count | Percent | Cumulative Percent |  |  |
|---|---|---|---|---|---|
| Strongly Agree | 200 | 47.5 | 47.5 |  |  |
| Somewhat Agree | 89 | 21.1 | 68.6 | Total % Agree | 68.6 |
| Neither Agree nor Disagree | 49 | 11.6 | 80.2 | Total % Disagree | 16.9 |
| Somewhat Disagree | 27 | 6.4 | 86.6 |  |  |
| Strongly Disagree | 44 | 10.5 | 97.1 |  |  |
| Not Sure / Don't Know | 12 | 2.9 | 100.0 |  |  |
| Total | 422 | 100.0 |  |  |  |

**Q19. It is important that those who participated in the events of January 6 are punished to the fullest extent of the law to prevent anything like this from happening again. Would you say that you:**

|  | Count | Percent | Cumulative Percent |  |  |
|---|---|---|---|---|---|
| Strongly Agree | 289 | 68.6 | 68.6 |  |  |
| Somewhat Agree | 75 | 17.8 | 86.4 | Total % Agree | 86.4 |
| Neither Agree nor Disagree | 19 | 4.6 | 91.0 | Total % Disagree | 7.9 |
| Somewhat Disagree | 13 | 3.1 | 94.2 |  |  |
| Strongly Disagree | 20 | 4.8 | 98.9 |  |  |
| Not Sure / Don't Know | 4 | 1.1 | 100.0 |  |  |
| Total | 422 | 100.0 |  |  |  |

**Q20. America is a safer place with the January 6 defendants in prison. Would you say that you:**

|  | Count | Percent | Cumulative Percent |  |  |
|---|---|---|---|---|---|
| Strongly Agree | 169 | 40.1 | 40.1 |  |  |
| Somewhat Agree | 115 | 27.4 | 67.4 | Total % Agree | 67.4 |
| Neither Agree nor Disagree | 52 | 12.3 | 79.8 | Total % Disagree | 17.9 |
| Somewhat Disagree | 29 | 6.8 | 86.6 |  |  |
| Strongly Disagree | 47 | 11.1 | 97.7 |  |  |
| Not Sure / Don't Know | 10 | 2.3 | 100.0 |  |  |
| Total | 422 | 100.0 |  |  |  |

**Q21. If I were called to serve on the jury for a January 6 trial, I would want to be on that jury to make sure the defendant is found guilty and held accountable for the events of that day. Would you say that you:**

|  | Count | Percent | Cumulative Percent |  |  |
|---|---|---|---|---|---|
| Strongly Agree | 110 | 26.1 | 26.1 |  |  |
| Somewhat Agree | 55 | 13.0 | 39.1 | Total % Agree | 39.1 |
| Neither Agree nor Disagree | 104 | 24.7 | 63.8 | Total % Disagree | 29.6 |
| Somewhat Disagree | 28 | 6.6 | 70.4 |  |  |
| Strongly Disagree | 97 | 23.0 | 93.4 |  |  |
| Not Sure / Don't Know | 28 | 6.6 | 100.0 |  |  |
| Total | 422 | 100.0 |  |  |  |

**Q22. Would you do anything in your power, including lying or cheating, to stop racists, domestic terrorists, or insurrectionists?**

|  | Count | Percent | Cumulative Percent |  |  |
|---|---|---|---|---|---|
| Definitely Yes | 29 | 7.0 | 7.0 |  |  |
| Probably Yes | 36 | 8.5 | 15.4 | Total % Yes | 15.4 |
| Probably No | 86 | 20.4 | 35.8 | Total % No | 75.2 |
| Definitely No | 231 | 54.8 | 90.6 |  |  |
| Not Sure / Don't Know | 40 | 9.4 | 100.0 |  |  |
| Total | 422 | 100.0 |  |  |  |

### Q23. When were you last called for jury duty?

|  | Count | Percent | Cumulative Percent |
|---|---|---|---|
| In the last 12 months | 135 | 32.0 | 32.0 |
| Between 1 and 2 years ago | 65 | 15.3 | 47.3 |
| Between 2 and 3 years ago | 44 | 10.5 | 57.8 |
| Between 3 and 5 years ago | 34 | 8.0 | 65.8 |
| Over 5 years ago | 90 | 21.4 | 87.3 |
| I've never been called for Jury Duty | 35 | 8.2 | 95.5 |
| Not Sure / Don't Know | 19 | 4.5 | 100.0 |
| Total | 422 | 100.0 | |

### Q24. If you were called for jury duty, would you participate?

|  | Count | Percent | Cumulative Percent |  |  |
|---|---|---|---|---|---|
| Yes, definitely | 253 | 60.1 | 60.1 | | |
| Yes, if I have to | 86 | 20.3 | 80.4 | Total % Yes | 80.4 |
| Only if I can't find a way out of jury duty | 20 | 4.8 | 85.2 | Total % No | 7.0 |
| Depends on the trial | 17 | 4.0 | 89.1 | | |
| No | 29 | 7.0 | 96.1 | | |
| Not Sure / Don't Know | 16 | 3.9 | 100.0 | | |
| Total | 422 | 100.0 | | | |

### What is your gender?

|  | Count | Percent | Cumulative Percent |
|---|---|---|---|
| Female | 227 | 53.9 | 53.9 |
| Male | 185 | 43.8 | 97.7 |
| Another Gender | 4 | .9 | 98.6 |
| Not Sure / Don't Know | 6 | 1.4 | 100.0 |
| Total | 422 | 100.0 | |

### What is your age?

|  | Count | Percent | Cumulative Percent |
|---|---|---|---|
| 18-34 | 61 | 14.4 | 14.4 |
| 35-44 | 87 | 20.6 | 35.1 |
| 45-54 | 69 | 16.4 | 51.5 |
| 55-64 | 73 | 17.4 | 68.9 |
| 65-74 | 65 | 15.4 | 84.2 |
| 75-84 | 40 | 9.5 | 93.7 |
| 85+ | 18 | 4.2 | 97.9 |
| Not Sure / Don't Know | 9 | 2.1 | 100.0 |
| Total | 422 | 100.0 | |

### Which political party do you primarily identify with?

|  | Count | Percent | Cumulative Percent |
|---|---|---|---|
| Republican | 25 | 6.0 | 6.0 |
| Democratic | 284 | 67.3 | 73.3 |
| Independent, or not a member of a party | 92 | 21.8 | 95.0 |
| Another Party | 4 | 1.0 | 96.0 |
| Not Sure / Don't Know | 17 | 4.0 | 100.0 |
| Total | 422 | 100.0 |  |

### Thinking about your political beliefs….are you a…?

|  | Count | Percent | Cumulative Percent |
|---|---|---|---|
| Conservative | 51 | 12.2 | 12.2 |
| Moderate | 118 | 27.9 | 40.1 |
| Progressive | 86 | 20.4 | 60.5 |
| Liberal | 104 | 24.6 | 85.1 |
| Not Sure / Don't Know | 63 | 14.9 | 100.0 |
| Total | 422 | 100.0 |  |

### What is the highest level of formal education you have completed?

|  | Count | Percent | Cumulative Percent |
|---|---|---|---|
| Less than high school graduate | 4 | 1.0 | 1.0 |
| Highschool graduate | 38 | 9.0 | 10.0 |
| Some college | 72 | 17.2 | 27.2 |
| Associates Degree | 35 | 8.4 | 35.6 |
| Bachelor's degree | 117 | 27.8 | 63.3 |
| Postgraduate | 146 | 34.6 | 98.0 |
| Not Sure / Don't Know | 9 | 2.0 | 100.0 |
| Total | 422 | 100.0 |  |

### Which of the following best describes your race or ethnicity?

|  | Count | Percent | Cumulative Percent |
|---|---|---|---|
| White or Caucasian | 147 | 34.8 | 34.8 |
| Hispanic or Latino | 9 | 2.2 | 37.0 |
| Black or African American | 223 | 53.0 | 90.0 |
| Asian | 8 | 1.9 | 91.9 |
| Another not listed | 23 | 5.6 | 97.4 |
| Not Sure / Don't Know | 11 | 2.6 | 100.0 |
| Total | 422 | 100.0 |  |

| Zipcode | Count | Percent | Cumulative Percent |
|---|---|---|---|
| 20001 | 23 | 5.5 | 5.5 |
| 20002 | 53 | 12.5 | 18.0 |
| 20003 | 24 | 5.8 | 23.8 |
| 20004 | 1 | .3 | 24.1 |
| 20005 | 2 | .5 | 24.6 |
| 20007 | 5 | 1.3 | 25.8 |
| 20008 | 19 | 4.5 | 30.3 |
| 20009 | 34 | 8.1 | 38.4 |
| 20010 | 18 | 4.3 | 42.8 |
| 20011 | 39 | 9.1 | 51.9 |
| 20012 | 13 | 3.0 | 54.9 |
| 20015 | 12 | 2.8 | 57.7 |
| 20016 | 22 | 5.3 | 63.0 |
| 20017 | 18 | 4.2 | 67.2 |
| 20018 | 12 | 2.9 | 70.1 |
| 20019 | 51 | 12.1 | 82.2 |
| 20020 | 31 | 7.3 | 89.6 |
| 20024 | 11 | 2.6 | 92.2 |
| 20032 | 26 | 6.2 | 98.4 |
| 20036 | 2 | .5 | 98.9 |
| 20037 | 3 | .7 | 99.6 |
| 20593 | 2 | .4 | 100.0 |
| Total | 422 | 100.0 | |