UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              No. 1:21-cr-53 (CJN)

EDWARD JACOB LANG

## **VERDICT FORM**

We, the members of the jury, find defendant **Edward Jacob Lang**, as to:

**Count 1:** **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States**

_____                                _____
Guilty                                                     Not Guilty

**Count 2:** **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States**

_____                                _____
Guilty                                                     Not Guilty

**Count 3:** **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States**

_____                                _____
Guilty                                                     Not Guilty

**Count 4:** **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States**

_____                              _____
Guilty                                                                                          Not Guilty


**Count 5:** **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States**

_____                              _____
Guilty                                                                                          Not Guilty


**Count 6:** **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States with a Deadly or Dangerous Weapon**

_____                              _____
Guilty                                                                                          Not Guilty

If you have marked Guilty as to Count 6 above, proceed to Count 7. If not, you must consider the following offense:

**Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering With Any Person Assisting an Officer of the United States, While Making Physical Contact with the Victim or Acting with the Intent to Commit Another Felony**

_____                              _____
Guilty                                                                                          Not Guilty

**Count 7:** **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States with a Deadly or Dangerous Weapon**

_____                                                            _____
Guilty                                                                                                  Not Guilty

If you have marked Guilty as to Count 7 above, proceed to Count 8. If not, you must consider the following offense:

**Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States, While Making Physical Contact with the Victim or Acting with the Intent to Commit Another Felony**

_____                                                            _____
Guilty                                                                                                  Not Guilty

**Count 8:** **Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States with a Deadly or Dangerous Weapon or with Bodily Injury**

_____                                                            _____
Guilty                                                                                                  Not Guilty

If you have marked Guilty as to Count 8 above, proceed to Count 9. If not, you must consider the following offense:

**Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering with Any Person Assisting an Officer of the United States, While Making Physical Contact with the Victim or Acting with the Intent to Commit Another Felony**

_____                                                            _____
Guilty                                                                                                  Not Guilty

**Count 9:** **Obstructing Law Enforcement Officers During a Civil Disorder**

_____                                                            _____
Guilty                                                                                                  Not Guilty

**Count 10:** **Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____                                          _____
Guilty                                                                          Not Guilty

If you have marked Guilty as to Count 10 above, proceed to Count 11. If not, you must consider the following lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____                                          _____
Guilty                                                                          Not Guilty

**Count 11:** **Engaging in an Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____                                          _____
Guilty                                                                          Not Guilty

If you have marked Guilty as to Count 11 above, proceed to Count 12. If not, you must consider the following lesser included offense:

**Engaging in an Act of Physical Violence in a Restricted Building or Grounds**

_____                                          _____
Guilty                                                                          Not Guilty

**Count 12:** **Disorderly or Disruptive Conduct within the United States Capitol Grounds or Any Capitol Building**

_____                                          _____
Guilty                                                                          Not Guilty

**Count 13:**   **Engaging in an Act of Physical Violence within the United States Capitol Grounds or Any Capitol Building**

_____   _____
Guilty                                                                                                  Not Guilty

Signed this ___ day of _____, 2024.

_____
Foreperson