UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Crim. No. 21-cr-053 (CJN) |
| --- | --- | --- |
| | : | |
| v. | : | |
| | : | |
| EDWARD JACOB LANG | : | |
| | : | |
| | : | |
| Defendant. | : | |

**Government Exhibits**

| 100 SERIES – PHOTO EVIDENCE | | | | | |
| --- | --- | --- | --- | --- | --- |
| Exhibit No. | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
| 100 | Photo of Lang: I'll Be in DC | | | | |
| 100.1 | Metadata for GX 100 | | | | |
| 102 | Restricted Area Map | | | | |
| 103 | Getty scaffolding photo | | | | |
| 104 | Lang on scaffolding, arms out | | | | |
| 104.1 | Metadata for 104 | | | | |
| 105 | Lang photo of crowd entering arch | | | | |
| 105.1 | Metadata for GX 105 | | | | |
| 106 | Image from Lang's phone of Lang with another person | | | | |
| 106.1 | Metadata for 106 | | | | |
| 107 | Getty Image 1.PNG | | | | |
| 108 | Getty Image 2.PNG | | | | |
| 109 | Getty Image 3.PNG | | | | |
| 110 | Getty Image 4.PNG | | | | |
| 111 | Getty Image 5.PNG | | | | |
| 112 | Getty Image 6.PNG | | | | |
| 113 | Getty Image 7.PNG | | | | |
| 114 | Getty Image 8.PNG | | | | |
| 115 | Getty Image 9.PNG | | | | |
| 116 | gettyimages-1230734188-2048x2048 | | | | |
| 117 | gettyimages-1230734367-2048x2048 | | | | |
| 118 | Pacific Press 1300247.jpg | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 119 | Pacific Press 1300259.jpg | | | | |
| 120 | Pacific Press 1300262.jpg | | | | |
| 123 | Pacific Press 1300263.jpg | | | | |
| 124 | Pacific Press 1300265.jpg | | | | |
| 125 | Pacific Press 1300266.jpg | | | | |
| 126 | Pacific Press 1300297.jpg | | | | |
| 127 | Pacific Press 1300300.jpg | | | | |
| 128 | Pacific Press 1300303.jpg | | | | |
| 129 | Pacific Press 1300316.jpg | | | | |
| 130 | Pacific Press 1300357.jpg | | | | |
| 131 | Pacific Press 1300364.jpg | | | | |
| 132 | Pacific Press 1300750.jpg | | | | |
| 133 | Pacific Press 1300765.jpg | | | | |
| 134 | Reuters photo | | | | |
| 135 | Reuters photo with shield | | | | |
| 136 | H.S. Photo | | | | |
| 136 | Search warrant photo of jacket | | | | |
| 137 | Search warrant photo of jacket | | | | |
| 138 | Search warrant photo of jacket | | | | |
| 139 | Search warrant photo of jacket | | | | |
| 140 | Search warrant photo of shirt and miscellaneous clothing and items | | | | |
| 141 | Search warrant photo of shirt | | | | |
| 142 | Search warrant photo of shirt | | | | |
| 143 | Search warrant photo of shirt in bag, shoes | | | | |
| 144 | Search warrant photo of shoes | | | | |
| 145 | Search warrant photo of pants | | | | |
| **200 SERIES-BODY WORN CAMERA** | | | | | |
| Exhibit No. | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
| 200 | Bogner BWC Clip: Dispersal Order 14.02.57-14.09.42 | | | | |
| 201 | Kimball BWC.mp4 14:16:57-14:20:46 | | | | |
| 201.1 | Still from Kimball BWC 14.17.21.png | | | | |
| 201.2 | Still from Kimball BWC 14.17.21 Circled.png | | | | |
| 201.3 | Still from Kimball BWC 14.17.25 | | | | |
| 201.4 | Still from Kimball BWC 14.17.29 | | | | |
| 202 | _Clip_Matthew Cek BWC.mp4 14.35.57-14.36.51 | | | | |
| 202.1 | Still from Cek BWC.mp4 14.36.02 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 202.2 | Still from Cek BWC.mp4 14.36.02.png with arrow | | | | |
| 202.3 | Still from Cek BWC.mp4 14.36.22 with arrow.png | | | | |
| 203 | Leslie BWC Still 14.36.50.png | | | | |
| 203.1 | Leslie BWC Still 14.36.50 Circled.png | | | | |
| 203.2 | Leslie BWC 14.36.50 Enlarged.png | | | | |
| 204 | Todd BWC 14:45:52-14:59:15.mp4 | | | | |
| 204.1 | Todd BWC Still 14.46.29.png | | | | |
| 204.2 | Todd BWC Still 14.46.29 Circled.png | | | | |
| 204.3 | Todd BWC Still 14.46.36.png | | | | |
| 204.4 | Todd BWC Still 14.46.36 Circled.png | | | | |
| 204.5 | Todd BWC Still 14.48.11 | | | | |
| 204.6 | Todd BWC Still 14.48.11 Circled | | | | |
| 205 | Bogner BWC Clip 14.50.22-15.07.59 | | | | |
| 205.1 | Bogner BWC Still 14.58.12.png | | | | |
| 205.2 | Bogner BWC Still 15.00.03.png | | | | |
| 205.3 | Bogner BWC Still 15.01.04.png | | | | |
| 205.4 | Bogner BWC Still  15.01.04 Circled | | | | |
| 205.5 | Bogner BWC Still 15.01.47 | | | | |
| 206 | _Clip_Biscoe BWC_20210106-RIOTING-US_CAPITOL.mp4 | | | | |
| 206.1 | Biscoe BWC Still 14.57.37.png | | | | |
| 206.2 | Biscoe BWC Still 14.57.37 Circled.png | | | | |
| 206.3 | Biscoe BWC Still 14.57.39.png | | | | |
| 206.4 | Biscoe BWC Still 14.57.39 Circled.png | | | | |
| 206.5 | Biscoe BWC Still 14.57.41 | | | | |
| 206.6 | Biscoe BWC Still 14.57.41 Circled.png | | | | |
| 206.7 | Biscoe BWC Still 14.57.42 | | | | |
| 206.8 | Biscoe BWC Still 14.57.42 Circled.png | | | | |
| 206.9 | Biscoe BWC Still 14.57.43 | | | | |
| 206.10 | Biscoe BWC Still 14.57.43 Circled.png | | | | |
| 206.11 | Biscoe BWC Still 14.58.17.png | | | | |
| 206.12 | Biscoe BWC Still 14.58.17 Boxed.png | | | | |
| 207 | MASTONY BWC 14.56.49-15.01.47.mp4 | | | | |
| 207.1 | Mastony BWC Still 14.57.31.png | | | | |
| 207.2 | Mastony BWC Still 14.57.31 Boxed.png | | | | |
| 207.3 | Mastony BWC Still 14.57.31a.png | | | | |
| 207.4 | Mastony BWC Still 14.57.31a Boxed.png | | | | |
| 207.5 | Mastony BWC Still 14.57.32.png | | | | |
| 207.6 | Mastony BWC Still 14.57.32 Boxed.png | | | | |
| 207.7 | Mastony BWC Still 14.57.32a | | | | |
| 207.8 | Mastony BWC Still 14.57.32a Boxed | | | | |
| 207.9 | Mastony BWC Still 14.57.33 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 207.10 | Mastony BWC Still 14.57.33 Boxed | | | | |
| 207.11 | Mastony BWC Still 14.57.35 | | | | |
| 207.12 | Mastony BWC Still 14.57.35 Boxed | | | | |
| 207.13 | Mastony BWC Still 14.57.35a | | | | |
| 207.14 | Mastony BWC Still 14.57.35a Boxed | | | | |
| 207.15 | Mastony BWC Still 14.57.36.PNG | | | | |
| 207.16 | Mastony BWC Still 14.57.36 Boxed | | | | |
| 207.17 | Mastony BWC Still 14.57.37.png | | | | |
| 207.18 | Mastony BWC Still 14.57.37 Boxed | | | | |
| 207.19 | Mastony BWC Still 14.57.37a | | | | |
| 207.20 | Mastony BWC Still 14.57.37a Boxed | | | | |
| 207.21 | Mastony BWC Still 14.57.39 | | | | |
| 207.22 | Mastony BWC 14.57.39 Boxed | | | | |
| 207.23 | Mastony BWC Still 14.57.39a.png | | | | |
| 207.24 | Mastony BWC Still 14.57.39a Boxed.png | | | | |
| 207.25 | Mastony BWC Still 14.57.39b.png | | | | |
| 207.26 | Mastony BWC Still 14.57.39b Boxed.png | | | | |
| 207.27 | Mastony BWC Still 14.57.40.png | | | | |
| 207.28 | Mastony BWC Still 14.57.40 Boxed.png | | | | |
| 207.29 | Mastony BWC Still 14.57.40a.png | | | | |
| 207.30 | Mastony BWC Still 14.57.40a Boxed.png | | | | |
| 207.31 | Mastony BWC Still 14.57.40b.png | | | | |
| 207.32 | Mastony BWC Still 14.57.40b Boxed.png | | | | |
| 207.33 | Mastony BWC Still 14.58.19.png | | | | |
| 207.34 | Mastony BWC Still 14.58.19 Boxed.png | | | | |
| 208 | WILHOIT BWC Clip 3.01.55-3.04 | | | | |
| 209 | SHIPMON BWC Clip.mp4 | | | | |
| 210 | Shipmon BWC Still 15.19.18.png | | | | |
| 210.1 | Shipmon BWC Still 15.19.24.png | | | | |
| 210.2 | Shipmon BWC Still 15.19.24 Boxed.png | | | | |
| 210.3 | Shipmon BWC Still 15.19.31.png | | | | |
| 210.4 | Shipmon BWC Still 15.19.31 Boxed.png | | | | |
| 210.5 | Shipmon BWC Still 15.19.31 Boxed.png | | | | |
| 211 | KIMBALL BWC Clip.mp4 | | | | |
| 211.1 | Kimball BWC Still 16.01.18 | | | | |
| 211.2 | Kimball BWC Still 16.01.18 Circled.png | | | | |
| 211.3 | Kimball BWC Still 16.01.18a.png | | | | |
| 211.4 | Kimball BWC Still 16.01.18a Boxed.png | | | | |
| 211.5 | Kimball BWC Still 16.01.19.png | | | | |
| 211.6 | Kimball BWC Still 16.01.19 Boxed.png | | | | |
| 211.7 | Kimball BWC Still 16.01.19a.png | | | | |
| 211.8 | Kimball BWC Still 16.01.19a Boxed.png | | | | |
| 211.9 | Kimball BWC Still 16.01.19b | | | | |
| 211.10 | Kimball BWC Still 16.01.19b Boxed.png | | | | |
| 211.11 | Kimball BWC Still 16.01.20.png | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 211.12 | Kimball BWC Still 16.01.20 Boxed | | | | |
| 212 | Ak BWC_4.10-4.13pm | | | | |
| 212.1 | Ak BWC Clip around 4:11 pm with Box | | | | |
| 213 | Ak BWC Clip Long | | | | |
| 214 | Mastony BWC Clip.mp4 | | | | |
| 214.1 | Mastony BWC Still 16.10.55.png | | | | |
| 214.2 | Mastony BWC Still 16.10.55 Boxed.png | | | | |
| 214.3 | Mastony BWC Still 16.10.56.png | | | | |
| 214.4 | Mastony BWC Still 16.10.56 Boxed.png | | | | |
| 214.5 | Mastony BWC Still 16.10.56a.png | | | | |
| 214.6 | Mastony BWC Still 16.10.56a Boxed.png | | | | |
| 214.7 | Mastony BWC Still 16.48.04 | | | | |
| 215 | Foulds BWC clip.mp4 | | | | |
| 215.1 | Foulds BWC Still 16.11.01.png | | | | |
| 215.2 | Foulds BWC Still 16.11.01 Boxed.png | | | | |
| 215.3 | Foulds BWC Still 16.11.02.png | | | | |
| 215.4 | Foulds BWC Still 16.11.02 Boxed.png | | | | |
| 215.5 | Foulds BWC Still 16.11.02a.png | | | | |
| 215.6 | Foulds BWC Still 16.11.02a Boxed.png | | | | |
| 215.7 | Foulds BWC Still 16.11.05.png | | | | |
| 215.8 | Foulds BWC Still 16.11.05 Boxed.png | | | | |
| 215.9 | Foulds BWC Still 16.11.05a.png | | | | |
| 215.10 | Foulds BWC Still 16.11.05a Boxed.png | | | | |
| 215.11 | Foulds BWC Still 16.11.05b.png | | | | |
| 215.12 | Foulds BWC Still 16.11.05b Boxed | | | | |
| 216 | Jin Park BWC 16.42.08-17.04.57.mp4 | | | | |
| 216.1 | Jin Park BWC Clip 4:43-44 pm.mp4, with arrow and box | | | | |
| 216.2 | Jin Park BWC Clip 16.48.40-17.00.22 | | | | |
| 216.3 | Jin Park BWC Still of IF 16.48.04 | | | | |
| 217 | Craig BWC 16.42.42-16.55.42 | | | | |
| 217.1 | Craig BWC Clip 4:43-44 pm.mp4 | | | | |
| 218 | JASON STERLING BWC Clip.mp4 16.34.41-16.49.15 | | | | |
| 219 | SAJUMON BWC Clip.mp4 16.38.25-16.58.52 | | | | |
| 220 | Thomas-Bartley BWC Clip.mp4 16.42.58-16.35.53 | | | | |
| 221 | Weaver BWC Clip 16.50.38-16.55.43 | | | | |
| 222 | Manzan BWC Clip 16.51.57-16.52.03 | | | | |
| 223 | French BWC Clip 16.51.01-17.02.19 | | | | |
| 224 | Powell BWC Clip 16.50.53-17.00.20 | | | | |
| 224.1 | Powell BWC Clip 16.58.01-16.58.32 with box | | | | |
| **300 SERIES – SURVEILLANCE VIDEO** | | | | | |

| Exhibit No. | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
|---|---|---|---|---|---|
| 300 | West Roof Clip 2.21-timestamped 2.19pm_2.40pm | | | | |
| 300.1 | West Roof Still 14.21.50.png | | | | |
| 300.2 | West Roof Still 14.21.50 Boxed.png | | | | |
| 300.3 | West Roof Still 14.22.48.png | | | | |
| 300.4 | West Roof Still 14.22.48 Circled.png | | | | |
| 300.5 | West Roof Still 14.23.07.png | | | | |
| 300.6 | West Roof Still 14.23.07 Boxed | | | | |
| 300.7 | West Roof Still 14.23.16.png | | | | |
| 300.8 | West Roof Still 14.23.16 Boxed.png | | | | |
| 300.9 | West Roof Still 14.40.40.png | | | | |
| 300.10 | West Roof Still 14.40.40 Boxed.png | | | | |
| 301 | Lower West Terrace Exterior Door footage 230 to 250 pm with timecode.mp4 | | | | |
| 301.1 | Still from GX 301.2.41.02.png | | | | |
| 301.2 | Still from GX 301 2.41.16.png | | | | |
| 301.3 | Still from GX 301 2.41.33.png | | | | |
| 301.4 | Still from GX 301 2.42.15.png | | | | |
| 302 | Lower West Terrace Door footage with time code 243 to 250.asf-.asf | | | | |
| 302.1 | Still from GX 302 2.42.44.png | | | | |
| 302.2 | Still from GX 302 2.42.49.png | | | | |
| 302.3 | Still from GX 302 2.43.51 | | | | |
| 302.4 | Still from GX 3022.45.41.png | | | | |
| 302.5 | Still from GX 302 2.45.45.png | | | | |
| 302.6 | 75 2.46.26.png | | | | |
| 302.7 | Still from GX 302 2.46.35.png | | | | |
| 302.8 | Still from GX 302 2.46.38.png | | | | |
| 303 | Lower West Terrace Door with timecode 2.57-59.asf | | | | |
| 303.1 | Still from GX 303 2.57.09.png | | | | |
| 303.2 | Still from GX 303 2.57.09 Circled.png | | | | |
| 303.3 | Still from GX 303 2.57.39.png | | | | |
| 303.4 | Still from GX 303 2.57.39 Circled.png | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 304 | Lower West Terrace Exterior Door footage from 249 to 330 pm with timecode | | | | | |
| 304.1 | Clip from GX 304 with boxes 3.08-3.10pm | | | | | |
| 304.2 | Clip from GX 304 with boxes 3.12-3.13 pm | | | | | |
| 304.3 | Still from GX 304 3.02.59 with arrow | | | | | |
| 304.5 | Still from GX 304 3.03.17 with arrow+adjusted brightness | | | | | |
| 304.6 | Still from GX 304 3.03.55 with arrow.PNG | | | | | |
| 304.7 | Still from GX 304 3.04.13 with arrow.png | | | | | |
| 304.8 | Still from GX 304 3.04.59 Circled.png | | | | | |
| 304.9 | Still from GX 304 3.05.58 Circled.png | | | | | |
| 304.10 | Still from GX 304 3.08.14 Circled.png | | | | | |
| 304.11 | Still from GX 304 3.08.17 Circled.png | | | | | |
| 304.12 | Still from GX 304 308.18 Circled.png | | | | | |
| 304.13 | Still from GX 304 3.08.22 Circled.png | | | | | |
| 304.15 | Still from GX 304 3.08.23 Circled.png | | | | | |
| 304.16 | Still from GX 304 3.08.33 Circled.png | | | | | |
| 304.17 | Still from GX 304 3.09.10 Circled.png | | | | | |
| 304.18 | Still from GX 304 3.09.30 Circled.png | | | | | |
| 304.18 | Still from GX 304 3.09.58 Circled.png | | | | | |
| 304.19 | Still from GX 304 3.12.11 Circled.png | | | | | |
| 304.20 | Still from GX 304 3.14.35 boxed.png | | | | | |
| 304.21 | Still from GX 304 3.14.58 boxed.png | | | | | |
| 304.22 | Still from GX 304 3.15.13 boxed.png | | | | | |
| 304.23 | Still from GX 304 3.15.17 boxed.png | | | | | |
| 304.24 | Still from GX 304 3.18.29 Boxed.png | | | | | |
| 304.25 | Still from GX 304 3.19.06 Boxed.png | | | | | |
| 305 | Lower West Terrace Exterior Door footage from 330 to 415 with timecode.mp4 | | | | | |
| 305.1 | Clip from GX 305 at about 4.01pm with arrow | | | | | |
| 305.2 | Still from GX 305 with box at 4.01.18 pm | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 305.3 | Still from GX 305 with box at 4.01.22 pm | | | | |
| 305.4 | Still from GX 305 with box at 4.01.23 pm | | | | |
| 305.5 | Clip from GX 305 with circle + zoom around 4.10 pm | | | | |
| 306 | Lower West Terrace Exterior Door footage 4.41-4.45 pm with timecode | | | | |
| 306.1 | Clip from GX 306 starting at 4.43 pm with zoom | | | | |
| 307 | Lower West Terrace Exterior Door footage from 4.45 to 4.47 with timecode | | | | |
| 308 | Lower West Terrace Exterior Door footage from 4.48 to 5.00 pm with timecode.mp4-.mp4 | | | | |
| 308.1 | Clip from GX 308 from 4.54 pm – 5.00 pm | | | | |
| 309 | Still from Lower West Terrace Door footage at 2.57.58 pm | | | | |
| **400 SERIES – LANG VIDEO AND OPEN-SOURCE/THIRD PARTY VIDEO** | | | | | |
| Exhibit No. | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
| 400 | C-SPAN Clips of Trump Speech with time | | | | |
| 400.1 | GPO Report | | | | |
| 401 | Lang Video IMG_1429.mp4 with Trump on Jumobtron and audio from speech | | | | |
| 401.1 | Still from Lang Video IMG_1429.mp4 | | | | |
| 401.2 | IMG_1429.mp4 Metadata | | | | |
| 402 | Lang Video IMG_1458.mp4 with audio from speech | | | | |
| 402.1 | IMG_1458.mp4 Metadata.png | | | | |
| 403 | Open source video 20210106_125917-1gklkto0lio02.mp4 with Lang on Mall; speech audible. | | | | |
| 404 | Clip from open source Hershel Baron video | | | | |
| 404.1 | Still from Hershel Baron Video Clip with box | | | | |
| 404.2 | Still from Hershel Baron Video Clip at 9.14 with box | | | | |
| 405 | Lang Facebook Livestream Video | | | | |
| 405.1 | FB Livestream Metadata | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 406 | Hershel Baron Open Source video: ztjNMw9rseAm38vZR | | | | |
| 406.1 | Clip from ztjNMw9rseAm38vZR.mpeg4 of WalkToCapitol- | | | | |
| 407 | Open source Facebook video: Lang at Pennsylvania Avenue Walkway | | | | |
| 407.1 | Still of Lang from open source Facebook video with circle | | | | |
| 408 | Lang video IMG_1466.mp4 near Walkway circa 2:10 p.m. | | | | |
| 409 | Will A. Dupraw Video | | | | |
| 409.1 | Still from WADupraw Video 6.41.png | | | | |
| 409.2 | Still from WADupraw 6.41 Circled.png | | | | |
| 409.3 | Still from WADupraw Video 6.50.png | | | | |
| 409.4 | Still from WADupraw Video 6.50 Circled.png | | | | |
| 409.5 | Still from WADupraw Video 6.56.png | | | | |
| 409.6 | Still from WADupraw Video 6.56 Circled.png | | | | |
| 409.7 | Still from WADupraw Video 7.16.png | | | | |
| 409.8 | Still from WADupraw Video 7.16 Circled.png | | | | |
| 409.9 | Still from WADupraw Video 7.25.png | | | | |
| 409.10 | Still from WADupraw Video 7.25 Boxed | | | | |
| 410 | Mele Video IMG_9454.mov of Lang on scaffolding circa 2:16:53 p.m. | | | | |
| 410.1 | Mele Video IMG9454.mov Metadata | | | | |
| 411 | Lang Video IMG_1468.mp4 | | | | |
| 411.1 | IMG_1468.mp4 Metadata | | | | |
| 412 | Lang Video posted to Facebook 10224734281568836 | | | | |
| 412.1 | Metadata for Lang Facebook Video 10224734281568836 | | | | |
| 413 | Freelance Video MAH02939.mp4; Lang inside scaffolding | | | | |
| 414 | Lang Video IMG_1472.mp4 Lang reaching scaffolding top | | | | |
| 415 | Lang Video from top of scaffolding | | | | |
| 416 | Lang Video IMG_1475.mp4 on scaffolding | | | | |
| 417 | Lang Video IMG_1477.mp4 | | | | |
| 418 | Lang Video IMG_1482.mp4 | | | | |
| 419 | Lang Video IMG_1484.mp4 | | | | |
| 420 | Open source video of Lang approaching Arch | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 420.1 | Still with circle from open source video of Lang approaching Arch | | | | |
| 420.2 | Still with box from open source video of Lang approaching Arch | | | | |
| 421 | Lang Video IMG_1486.1mp4 of entry into Arch | | | | |
| 421.1 | Metadata for IMG_1486.1.mp4 | | | | |
| 421.2 | Still from IMG_1486 at 00:29 | | | | |
| 421.3 | Still from IMG_1486.mp4 at 58 | | | | |
| 421.4 | Still from IMG_1486.mp4 at 59 | | | | |
| 422 | Jones third-party video, IMG_3648.mov, of entry into Arch | | | | |
| 422.1 | Metadata for IMG_3648.mov | | | | |
| 423 | Lang Video IMG_1488.mov inside Arch | | | | |
| 423.1 | Metadata for IMG_1488.mov | | | | |
| 423.2 | Still from IMG_1488.mov at 2.54 pm | | | | |
| 423.3 | Still from IMG_1488.mov at 2.56 pm (badge number) | | | | |
| 423.4 | Still from IMG_1488.mov at 2.56 pm (Lang's face) | | | | |
| 423.5 | Still from IMG_1488.mov at 2.57 pm (back of helmet) | | | | |
| 423.6 | Still from IMG_1488.mov at 2.57 pm (front of helmet) | | | | |
| 424 | Open source video: "Trump Supporters Battle Cops Inside the Capitol" 2.51-3.20 pm | | | | |
| 425 | Clip from "Trump Supporters Battle Cops Inside the Capitol" | | | | |
| 424.1 | Still from GX 424 at 2:54 pm.png | | | | |
| 424.2 | Still from GX 424 at 2.54 pm boxed.png | | | | |
| 424.3 | Still from GX 424 at 2.55 pm.png | | | | |
| 424.4 | Still from GX 424 at 2.55 pm.boxed.png | | | | |
| 424.4 | Still from GX 424 at approx 2.57.35 pm.png | | | | |
| 424.5 | Still from GX 424 approx. 2.57.35 boxed.png | | | | |
| 424.6 | Still from GX 424 at approx. 2.57.39 pm.png | | | | |
| 424.7 | Still from GX 424 approx 257.39 boxed.png | | | | |
| 424.8 | Still from GX 424 at 3.01 pm | | | | |
| 424.6 | Still from GX 424 at 3.14 pm with Det. PN.png | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 424.7 | Still from GX 424 at 3.14 pm with Det. PN.boxed.png | | | | |
| 424.8 | Still from GX 424 Ofcr M.M.png | | | | |
| 424.9 | Still from GX 424 Ofcr M.M. boxed.png | | | | |
| 426 | St. Cyr Third-party Video IMG_2797.mov | | | | |
| 427 | unified_message_165367274928109[Cantwell abt 3pm] | | | | |
| 428 | Lang Video IMG_1491.mov | | | | |
| 428.1 | Metadata for Lang Video IMG_1491.mov | | | | |
| 429 | Griffin Video IMG_9665.mp4 | | | | |
| 430 | Cantwell Video about 3.02-3.08 | | | | |
| 431 | Open Source Video: Just Another Channel-What REALLY Happened in D.C.-.mp4 | | | | |
| 431.1 | Still from GX 431 at 00.26.png | | | | |
| 431.2 | Still from GX 431 at 00.26 boxed.png | | | | |
| 431.3 | Still from GX 431 at 00.30.png | | | | |
| 431.4 | Still from GX 431 at 00.30 boxed.png | | | | |
| 431.5 | Still from GX 431 at 01.25 | | | | |
| 431.6 | Still from GX 431 at 01.25 boxed | | | | |
| 431.7 | Still from GX 431 at 03.00.png | | | | |
| 431.8 | Still from GX 431 at 03.00 boxed.png | | | | |
| 431.9 | Still from GX 431 at 06.27.png | | | | |
| 431.10 | Still from GX 431 at 06.27 boxed.png | | | | |
| 431.11 | Still from GX 431 at 06.28.png | | | | |
| 431.12 | Still from GX 431 at 06.28 boxed.png | | | | |
| 431.13 | Still from GX 431 at 06.40.png | | | | |
| 431.14 | Still from GX 431 at 06.40 boxed.png | | | | |
| 432 | Raw360clip.mp4 | | | | |
| 432.1 | Lang pathway Tracking!.mp4 | | | | |
| 433 | 20210106_151913.mp4 | | | | |
| 434 | Preacher Video IMG_024673.mp4 | | | | |
| 435 | FULL FOOTAGE Patriots STORM U.S. Capitol (4K60fps)_CLIP | | | | |
| 436 | Open source video sf4kaTrpe9SSQ4YAp.mpeg | | | | |
| 437 | Open source video realblairnelson_1346952635392294912 | | | | |
| 438 | Lang Video IMG_1493.mov | | | | |
| 438.1 | IMG_1493.MOV Metadata | | | | |
| 439 | Griffin Video IMG_9672.mov | | | | |
| 439.1 | Metadata for GX 439 | | | | |
| 440 | Griffin Video IMG_9673.mov | | | | |
| 440.1 | Metadata for IMG_9673.mov | | | | |

| Exhibit No. | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
|---|---|---|---|---|---|
| 441 | Jarrett Robertson Clip-jan6, jan6, jan6-.mp4 | | | | |
| 442 | Lang Instagram post with 3:30 timestamp | | | | |
| 443 | "Political Trance" open source video: cVub5ao4XDM.mp4 | | | | |
| 443.1 | Still from GX 443 of W.M. | | | | |
| 444 | Hughes Video of bodysurfing | | | | |
| 445 | Third party video 4.36-42 p.m. | | | | |
| 446 | AJH Films Video clip | | | | |
| 447 | AJH Films Video Clip 2.mp4 | | | | |
| 448 | AJH Films Video Clip 3.mp4 | | | | |
| 448 | gettyimages-1295311606-640_adpp | | | | |
| 449 | Video IMG_1610.mov | | | | |
| 449.1 | Metadata for IMG_1610.mov | | | | |
| 450 | gettyimages-1295311583-640_adpp | | | | |
| 451 | Twitter Video | | | | |

**500 SERIES – REPORTS, DOCUMENTS, AND RECORDS**

| Exhibit No. | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
|---|---|---|---|---|---|
| 500 | WhatsApp Message with Trump-Pence Statement Read 1/5/2021 | | | | |
| 500.1 | Trump-Pence Statement from GX 500 | | | | |
| 501 | Lang iCloud message IMG_1338.jpg from 1/5/2021: "I'll be in DC" | | | | |
| 501.2 | IMG_1338.jpg iCloud Meta Data | | | | |
| 502 | WhatsApp Message "Bring Googles tomorrow and scarf they will be using lots of pepper spray" | | | | |
| 503 | iCloud message: Praying for Mike Pence captured 1/6/21 at 4:43:19 a.m. | | | | |
| 504 | 1.6.2021 9.14.20 WhatsApp Message with Trump Statement attached | | | | |
| 504.1 | Trump Statement attached to GX 504 | | | | |
| 505 | WhatsApp Message 1.6.2021 1.42.03pm.png "As thousands of Trump supporters breached the Capitol" | | | | |
| 506 | WhatsApp Message 1.6.2021 1.42.03pm re Pence evacuation from Capitol | | | | |
| 507 | WhatsApp message thread re dragging officer from Capitol | | | | |
| 508 | Instagram Message "This is me" | | | | |

| Exhibit No. | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
|---|---|---|---|---|---|
| 509 | Instant message thread: "I got the redcoats full gear, gas mask, shield, helmet | | | | |
| 509.1 | Message sending attachment IMG_1634.mov preceding GX 509 | | | | |
| 509 | Facebook message from 1/10/21 attaching "Et Tu Brute" Pence photo | | | | |
| 510 | WhatsApp message thread with video of officers Lang says "will die soon" | | | | |
| 511 | Apple iCloud Certification | | | | |
| 512 | Certification for "Unbelievable Footage" Video | | | | |
| 513 | Facebook Certification 1.25.21 | | | | |
| 514 | Facebook Certification 1.26.21 | | | | |
| 515 | Certification for "Political Trance" Video | | | | |
| 516 | Certification for Freelance Video MAH02939.mp4 | | | | |

| **600 SERIES-LEGAL EXHIBITS** | | | | | |
|---|---|---|---|---|---|
| Exhibit No. | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
| 601 | S. Concurrent Res.1 (Jan. 3, 2021) | | | | |
| 601.1 | S. Concurrent Res. 1 HIGHLIGHTED | | | | |
| 602 | Const. Art. II, Sec. 1 | | | | |
| 603 | Const. Amend. 12 | | | | |
| 603.1 | Const. Amend. 12 HIGHLIGHTED | | | | |
| 604 | 3 USC 15 | | | | |
| 604.1 | 3 USC 15 HIGHLIGHTED | | | | |
| 605 | 3 USC 16 | | | | |
| 605.1 | 3 USC 16 HIGHLIGHTED | | | | |
| 606 | 3 USC 17 | | | | |
| 607 | 3 USC 18 | | | | |
| 608 | Congressional Record - Senate | | | | |
| 609 | Congressional Record – House | | | | |
| 610 | House Video Certification | | | | |
| 611 | Senate Video Certification | | | | |

| **700 SERIES-COMMON EXHIBITS** | | | | | |
|---|---|---|---|---|---|
| Exhibit No. | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
| 701 | Capitol Map 3D (top) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 702 | Capitol Map 3D (East side) | | | | |
| 703 | Capitol Map 3D (West side) | | | | |
| 703.1 | Capitol Map 3D (NW Terrace 1) | | | | |
| 703.2 | Capitol Map 3D (NW Terrace 2) | | | | |
| 703.3 | Capitol Map 3D (NW Terrace 3) | | | | |
| 704 | Capitol Map 3D (SW side) | | | | |
| 705 | Capitol Map 3D (NW side) | | | | |
| 706 | Capitol Map 3D (North side) | | | | |
| 707 | Capitol Grounds Photograph – Fencing and Signs | | | | |
| 708 | Capitol Grounds Photograph – Bike Racks and Signs | | | | |
| 709 | U.S. Capitol Map | | | | |
| 710 | Aerial View Capitol | | | | |
| 711 | Capitol Complex Bird's Eye Map | | | | |
| 712 | Area Closed Signs | | | | |
| 713 | Area Closed Sign | | | | |
| 714 | Area Closed Sign (close up) | | | | |
| 715 | Area Closed Peace Circle | | | | |
| 715.1 | Area Closed Peace Circle Video | | | | |
| 716 | Area Closed NW Lawn | | | | |
| 716.1 | Area Closed NW Lawn Video | | | | |
| 717 | Capitol 1st Floor Map | | | | |
| 718 | Capitol 2nd Floor Map | | | | |
| 719 | West Front Photo | | | | |
| 719.1 | West Front Photo with Box | | | | |
| 720 | Jan. 6 Pres. Trump Ellipse Speech Transcript | | | | |
| 721 | Jan. 6 Pres. Trump Ellipse Speech Video | | | | |
| 721.1 | Jan. 6 Pres. Trump Ellipse Speech Video – VP Clips Montage | | | | |
| 722 | DC Register – Mayor's Order | | | | |
| 722.1 | DC Register – Mayor's Order (Redacted) | | | | |
| 723 | Curfew Tweet | | | | |
| 724 | Email USSS HOS Notification | | | | |
| 725 | Worksheet – HOS Notification | | | | |
| 726 | USSS Video with Radio Runs | | | | |
| 727 | Glavey Audio A | | | | |
| 728 | Glavey Audio B | | | | |
| 729 | Glavey Audio C | | | | |
| 730 | VP Relocation Video | | | | |
| 731 | VP Motorcade Leaving CCTV | | | | |
| 732 | Safeway Email DC Closure | | | | |
| 733 | Safeway Mid-Atlantic Sales Report | | | | |
| 734 | Safeway PA to DC Shipment | | | | |

| 735 | Safeway Business Records Certification | | | | |
| 736 | INTENTIONALLY LEFT BLANK | | | | |
| 737 | INTENTIONALLY LEFT BLANK | | | | |
| 738 | INTENTIONALLY LEFT BLANK | | | | |
| 739 | INTENTIONALLY LEFT BLANK | | | | |
| 740 | House and Senate Montage | | | | |
| 741 | Tunnel Compilation | | | | |
| 742 | USCP Montage with Radio Runs | | | | |
| 743 | Jan. 6 Montage | | | | |
| 744 | West Front Time Lapse | | | | |
| | | | | | |
| | | | | | |