**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 21-cr-053 (CJN)** |
| | : | |
| **v.** | : | |
| | : | |
| **EDWARD JACOB LANG** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**Defendant Lang's Exhibits**

| **100 SERIES – TUNNEL EVIDENCE** | | | | | |
|---|---|---|---|---|---|
| | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury |
| 101 | CCTV#1 Tunnel video, 17:55 mins: d9c3caf018ea013a36652cde48001122mp4 | | | | |
| 102 | BWC #1 Tunnel BWC, 1:10 min: X6039BJJA 16:11:20 | | | | |
| 103 | CCTV #2 (239) Tunnel video, 3:00:01 | | | | |
| 104 | CCTV #3 - Tunnel- 5:09 min, Tunnel video V White | | | | |
| 105 | CCTV #4 Tunnel video | | | | |
| 106 | CCTV #5 Tunnel video | | | | |
| 108 | BWC # 2, Tunnel BWC | | | | |
| 109 | BWC # 3, Tunnel BWC | | | | |

| 110 | BWC # 4, Tunnel BWC | | | | | |
| 111 | BWC # 5, Tunnel BWC | | | | | |
| 112 | BWC # 6, Tunnel BWC | | | | | |
| 113 | BWC # 7, Tunnel BWC, PAnderson, RBoyland, TTatum | | | | | |
| 114 | Open Source TTatum 1: https://youtu.be/xbFEfkU7Kjs | | | | | |
| 115 | Open Source TTatum 2: https://youtu.be/I587lX9VTkk | | | | | |
| 116 | Open Source TTatum 3 | | | | | |
| 117 | Open Source TTatum 4 | | | | | |
| 118 | Open Source TTatum 5 | | | | | |
| 119 | Open Source TTatum 6 | | | | | |
| 120 | Open Source TTatum 7 | | | | | |
| 121 | Open Source TTatum 8 | | | | | |
| 122 | Open Source TTatum 9 | | | | | |
| 123 | Open Source TTatum 10 | | | | | |
| 124 | BWC # 8, Tunnel BWC, PAnderson, RBoyland | | | | | |
| 125 | BWC # 9, Tunnel BWC, PAnderson and RBoyland, TTatum | | | | | |
| 126 | BWC # 10, Tunnel BWC, RBoyland | | | | | |
| **200 SERIES-POLICE CONDUCT** | | | | | | |
| Exhibit No. | Description of Exhibits | | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
| 201 | Crowd Camera #1, 00:59, zOZ8CgfNU1SY | | | | | |
| 202 | Crowd Camera #2 02:20, flash bangs. Rubber bullets into the crowd. | | | | | |
| 203 | 350 - USCP Main Ops 1 (USCP-003-00000010) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | wma, 12h 00m 02s | | | | |
| 204 | 351 - Draft transcript - Main Ops 1 pdf Radio Channel  63 pages | | | | |
| 205 | 352 - USCP Main Ops 2 (USCP-003-00000011) wma, 12h 00m 02s | | | | |
| 206 | 353 - Draft transcript - Main Ops 2.pdf | | | | |
| | | | | | |
| | | | | | |
| 207 | 354 - 10.57 Main ops 2 (2.39.45) mp4, 00:31s | | | | |
| 208 | 355 - 11.07 Main ops 2 (2.49.20) mp4, 00:09s | | | | |
| 209 | 356 - 11.31 Main ops 2 (3.14.09) mp4, 00:12s | | | | |
| 210 | 357 - 11.58 Main ops 2 (3.41.31)  mp4, 00:23s | | | | |
| 211 | 358 - 12.46 Main ops 2 (4.28.33) mp4, 00:16s | | | | |
| 212 | 359 - 12.53 Main ops 1 (4.36.00) mp4, 00:29s | | | | |
| 213 | 360 - 12.55 Main ops 1 (4.37.33) mp4, 00:34s | | | | |
| 214 | 361 - 12.56 Main ops 1 (4.38.25) mp4, 00:23s | | | | |
| 215 | 362 - 12.57 Main ops 1 (4.40.25) mp4, 00:10s | | | | |
| 216 | 363 - 12.58 Main Ops 1 (4.41.55) 00:12s | | | | |
| 217 | 364 - 12.59 Main ops 1 (4.42.28) mp4, 00:56s | | | | |

| 218 | 365 - 13.09 Main ops 1 (4.51.20) 00:16s | | | | | | |
| 219 | 366 - 13.11 Main Ops 1 (4.53.50) mp4, 00:17s | | | | | | |
| 220 | 367 - 13.18 Main Ops 1 (5.00.35) mp4, 00:06s | | | | | | |
| 221 | 368 - 13.18 Main Ops 1 (5.00.44) mp4, 00:08s | | | | | | |
| 222 | 369 - 13.19 Main Ops 1 (5.01.32) mp4, 00:21s | | | | | | |
| 223 | 370 - 13.26 Main Ops 1 (5.08.28) mp4, 00:21s | | | | | | |
| 224 | 371 - 13.31 Main Ops 1 (5.13.52) mp4, 00:15s | | | | | | |
| 225 | 372 - 13.32 Main Ops 1 (5.15.20) mp4, 00:07s | | | | | | |
| 226 | 373 - 13.33 Main Ops 1 (5.15.42) mp4, 00:25s | | | | | | |
| 227 | 374 - 13.34 Main Ops 1 (5.16.52) mp4, 00:10s | | | | | | |
| 228 | 375 - 13.36 Main Ops 1 (5.18.19) mp4, 00:08s | | | | | | |
| 229 | 376 - 13.36 Main Ops 1 (5.18.46) mp4, 00:06s | | | | | | |
| 230 | 377 - 13.36 Main Ops 1 (5.19.07) mp4, 00:18s | | | | | | |
| 231 | 378 - 13.41 Main Ops 1 (5.23.38) mp4, 00:10s | | | | | | |
| 232 | 379 - 13.41 Main Ops 1 (5.23.48) mp4, 00:13s | | | | | | |

| 233 | 380 - 13.42 Main Ops 1 (5.24.51) mp4, 00:08s | | | | | | | |
| 234 | 381 - 13.44 Main Ops 1 (5.27.18) mp4, 00:09s | | | | | | | |
| 235 | 382 - 13.50 Main Ops 1 (5.31.55) mp4, 00:32s | | | | | | | |
| 236 | 383 - 13.50 Main Ops 1 (5.33.05) mp4, 00:44s | | | | | | | |
| 237 | 384 - 13.54 Main Ops 1 (5.36.29) mp4, 00:14s | | | | | | | |
| 238 | 385 - 13.58 Main Ops 1 (5.41.24) mp4, 00:17s | | | | | | | |
| 239 | 386 - 14.02 Main Ops 1 (5.44.42) mp4, 00:48s | | | | | | | |
| 240 | 387 - 14.08 Main Ops 1 (5.49.55) mp4, 00:18s | | | | | | | |
| 241 | 388 - 14.13 Main Ops 1 (5.56.15) mp4 5.1s | | | | | | | |
| 242 | 389 - 14.14 Main Ops 1 (5.57.00) mp4,  00:59s | | | | | | | |
| 243 | 390 - 14.16 Main Ops 1 (5.58.00) mp4, 04:15 | | | | | | | |
| 244 | 391 - 14.27 Main ops 1 (6.10.38) mp4, 01:37 | | | | | | | |
| 245 | 392 - 14.47 Main Ops 1 (6.29.30) mp4, 00:12s | | | | | | | |
| 246 | 393 - 14.48 Main Ops 1 (6.30.55) mp4, 00:38s | | | | | | | |
| 247 | 394 - 14.50 Main ops 1 (6.32.54) mp4, 00:14s | | | | | | | |

| 248 | 395 - 15.13 Main Ops 1 (6.55.12) mp4, 00:19s | | | | | | | |
| 249 | 396 - 15.14 Main Ops 1 (6.56.07) mp4, 00:12s | | | | | | | |
| 250 | 397 - 16.29 Main ops 1 (8.11.15) mp4, 01:05 | | | | | | | |
| 251 | 398 - 13.06 Main ops 1 (4.48.30) mp4, 00:16s | | | | | | | |
| 252 | 1259 - Lang 252. Additional officers arriving, mp4, 00:59s | | | | | | | |
| 253 | 1311 - Lang 253, First MPD batch.  Reinforce the Capitol Police, mp4, 00:37s | | | | | | | |
| 254 | Lang 254, Open source video. Police use of explosives, mp4, 01:00 | | | | | | | |
| 255 | Lang 255, Open Source video. Protesters go past gate. mp4, 01:41 | | | | | | | |
| 256 | Lang 256, Protester interaction. Smoke granades, mp4, 00:24 | | | | | | | |
| 257 | Lang 257, J6, One Year Later, Video on two agents. mp4, 04:24 | | | | | | | |
| 258 | Lang 258, Firing munitions, mp4, 01:04 | | | | | | | |
| 259 | Lang 259, Townhall's Frontline Footage of Capitol Building Riots, mp4, 20:05 | | | | | | | |
| 260 | Lang 260, USPC Video, Upper West doors, mp4, 05:14 | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 261 | Lang 261, vlc-record-2022-08-12-21h11m40s-731f0665-f62a-4a96-8c37-77733dcdc3ee mp3 04:41 | | | | | | |
| 262 | Lang 262, stun grenades mp4, 01:00 | | | | | | |
| 263 | Lang 263, News Article, https://www.commondreams.org/news/2021/08/12/aclu-sues-dc-cops-over-attacks-journalists-2020-racial-justice-protests | | | | | | |
| 264 | Executive Order Subject: BWCs: Serious Uses of Force, Serious Misconduct and Critical or High-Profile Incidents Number 17-002 Effective Date January 27, 2017 | | | | | | |
| 265 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 300 SERIES – COUNT ONE - SERGEANT JASON MASTONY | | | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Description of Exhibits | | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
| 300 | CAP01_000013265.pdf FBI Report of the beginning of events | | | | | |
| 301 | 2021-R-00311.09-15-21 - LT, p. 4-5.  LANARD TAYLOR Grand Jury. | | | | | |
| 302 | 2:41 pm - EX 8-USCP 241 pm.png | | | | | |
| 303 | West Roof Still 14.22.48.png | | | | | |
| 304 | 2:48 pm - EX B-Lang Video 241-248 pm.MOV | | | | | |
| 305 | 2:57 pm - EX 11- YouTube Video 1- 257 pm.mp4 | | | | | |
| 306 | 2:57 pm - EX 11-A.jpg Still photo from Video above. | | | | | |
| 307 | 2:57 pm - EX 12- BWC Sgt JM-257 pm.mp4 | | | | | |
| 300 | 3:02 - 3:03 - EX I- Youtube video 1 clip- 302-303.mp4 | | | | | |
| 300 | 3:05 pm - Ex J- Lang video 305 pm.MOV | | | | | |
| 310 | 089B-WF- 3376966_0000056_1A0 000008_0000375.mp4 Twitter video. | | | | | |
| 311 | Getty Images database online (https://www.gettyimages.com/detail/video/trump -supporters-outside-the- u-s-capitol-hill-building- newsfootage/129531171 1?adppopup=true) | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 312 | Getty Images database online (https://www.gettyimages.com/detail/video/trump-supporters-outside-the-u-scapitol-hill-building-news-footage/1295311606?adppopup=true) | | | | | |
| 313 | Getty Images database online (https://www.gettyimages.com/detail/video/trump-supporters-outside-the-u-scapitol-hill-building-news-footage/1295315768?adppopup=true) | | | | | |
| 314 | CAP01_000003654 LANG Reuters | | | | | |
| 315 | Pacific Press 1300259.jpg | | | | | |
| 316 | Pacific Press 1300263.jpg | | | | | |
| 317 | Pacific Press 1300275.jpg | | | | | |
| 318 | Pacific Press 1300299.jpg | | | | | |
| 319 | Pacific Press 130027.jpg | | | | | |
| 320 | Pacific Press 1300262.jpg | | | | | |
| 321 | Pacific Press 1300265.jpg | | | | | |
| 322 | Pacific Press 1300247.jpg | | | | | |
| 323 | Pacific Press 1300316.jpg | | | | | |
| 324 | Pacific Press 1300297.jpg | | | | | |
| 325 | Pacific Press 1300276.jpg | | | | | |
| 326 | Getty Image 3.png | | | | | |
| 327 | Getty Image 4.png | | | | | |
| 328 | Getty Image 5.png | | | | | |

| Exhibit No. | Description of Exhibits | | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
|---|---|---|---|---|---|---|
| 329 | Getty Image 6.png | | | | | |
| 330 | Getty Image 7.png | | | | | |
| 331 | Getty Image 8.png | | | | | |
| 332 | Getty Image 9.png | | | | | |
| 333 | gettyimages-1295078326-640_adpp.mp4, | | | | | |
| 334 | gettyimages-1295311583-640_adpp.mp4 | | | | | |
| 335 | gettyimages-1295311606-640_adpp.mp4 | | | | | |
| 336 | gettyimages-1295311711-640_adpp.mp4 | | | | | |
| 337 | CAP01_000003040 | | | | | |
| 338 | 01-06-2021.jpg | | | | | |
| 339 | Still from Lang Instagram video.JPG | | | | | |
| 340 | Jake Lang Frantically Saying Stop.mp4 | | | | | |
| | | | | | | |
| | | | | | | |

### 400 SERIES – COUNT TWO -  UNNAMED OFFICER "INCLUDING ANY MEMBER OF THE UNIFORMED SERVICES."

| Exhibit No. | Description of Exhibits | | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
|---|---|---|---|---|---|---|
| 400 | 2021-R-00311.09-15-21 - LT, p. 7.  LANARD TAYLOR Grand Jury. Discuss Ex 16. | | | | | |
| 402 | 3:05 pm Ex 16- Lang video 305 pm.MOV (posted to Lang's social media) | | | | | |
| 402.1 | 3:08 pm  EX 17-1-USCP 308-310.mp4 | | | | | |
| 403 | 3:12 pm EX 17-2- USCP 312-313.mp4 | | | | | |
| | | | | | | |
| | | | | | | |

| | **500 SERIES –  COUNT THREE - OFFICER MOORIS MOORE, JR.** | | | | | |
|---|---|---|---|---|---|---|
| Exhibit No. | Description of Exhibits | | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
| 500 | 2021.08.06 302 Interview_Redacted.pdf -new count | | | | | |
| 501 | 2021.04.15 302 Interview.pdf | | | | | |
| 502 | 2023.03.10 Morris Testimony GOSSJANKOWSKI.pdf - | | | | | |
| 503 | Moore Testimony - Quaglin et al. Trial.pdf | | | | | |
| 504 | 2021.05.25 302 Interview - Copy_Redacted.pdf | | | | | |
| 505 | 2021-R-00311.09-15-21 - LT, | | | | | |
| 506 | 3:14 pm EX 19-1 USCP 314.png | | | | | |
| 507 | 3:14 pm EX 19-2 USCP 314.png | | | | | |
| 508 | 3:15 pm EX 19-3 USCP 315.png | | | | | |
| 509 | 3:15 pm EX 19-4 USCP 315.png | | | | | |
| 510 | 3:18 pm EX 19-5 USCP 318.png | | | | | |
| 511 | 3:18 pm EX 19-6 USCP 318.png | | | | | |
| 512 | 3:19 pm EX 19-7 USCP 319.png | | | | | |
| 513 | 3:30 pm Ex 20- Lang video around 330.MOV | | | | | |
| 514 | 3:30 pm 089B-WF-3376966_0000056_1A0 000008_0000231.mp4 | | | | | |
| 515 | 3:30 pm Ex N- Lang video around 330.MOV | | | | | |
| 516 | LangGrabbing MM.PNG | | | | | |

| 517 | Capture.JPG | | | | |
|---|---|---|---|---|---|
| 518 | Copy of 20210106_151913.mp4 | | | | |
| | | | | | |

| **600 SERIES-COUNT FOUR - DETECTIVE  WILLIS MITCHELL** | | | | | |
|---|---|---|---|---|---|
| Exhibit No. | Description of Exhibits | M a r k e d f o r I . D . | Receive d in Eviden ce | Witnes s | Exhibits Sent to Jury (date & time) |
| 600 | 2021-R-00311.09-15-21 - LT, p. 10-12, LANARD TAYLOR Grand Jury. | | | | |
| 601 | 4:01 pm Ex 21- Youtube Video 2- around 401 pm.mp4 | | | | |
| 602 | 4:01 pm Ex 22- around 401.mp4 | | | | |
| 603 | 4:01 pm 0074USCHBALowerWTerraceDoorExterior_2021-01-06_15h57min42s260ms.mp4 | | | | |
| | | | | | |
| | | | | | |

| **700 SERIES-COUNT FIVE - DETECTIVE PHUSON NUGYEN** | | | | | |
|---|---|---|---|---|---|
| Exhibit No. | Description of Exhibits | M a r k e d f o r I . D . | Receive d in Eviden ce | Witnes s | Exhibits Sent to Jury (date & time) |
| 701 | 089B-WF-3376966_0000096_redacted.pdf | | | | |
| 702 | 089B-WF-3376966_0000096_1A0000018_0000001.pdf, | | | | |
| 703 | 2021-R-00311.01-29-21.LT, LANARD TAYLOR Grand Jury | | | | |
| 704 | Property Damage Report. 30 pages. 089B-WF-3376966_0000112_1A0015658_0000006.pdf | | | | |
| 705 | 4:10 pm Exhibit 5 around 410.mp4 | | | | |
| 706 | 4:20 pm EX R-Lang video around 420 pm.MP4 | | | | |

| | | M a r k e d f o r I . D . | Receive d in Eviden ce | Witnes s | Exhibits Sent to Jury (date & time) |
|---|---|---|---|---|---|
| 707 | 4:26 pm Edward Jake Lang white Jewish protestor saves unconscious black protestor on steps of Capitol Jan6th_1080p.mp4 | | | | |
| 708 | 4:34 pm 089B-WF-3376966_0000056_1A0000008_0000020.mp4 | | | | |
| 709 | 4:37 pm EX S- Lang video around 437 pm.mp4 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**800 SERIES-COUNT SIX - MPD OFFICER TERRANCE CRAIG**

| Exhibit No. | Description of Exhibits | M a r k e d f o r I . D . | Receive d in Eviden ce | Witnes s | Exhibits Sent to Jury (date & time) |
|---|---|---|---|---|---|
| 801 | 089B-WF-3376966_0000094.pdf | | | | |
| 802 | 089B-WF-3376966_0000097 | | | | |
| 803 | 089B-WF-3376966_0000094_1A0000004_0000001.pdf | | | | |
| 804 | 2021-R-00311.09-15-21 - LT, LANARD TAYLOR Grand Jury | | | | |
| 805 | 2021-R-00311.01-29-21.LT, LANARD TAYLOR Grand Jury | | | | |
| 806 | 4:43 pm EXHIBIT 6 around 443.mp4 | | | | |
| 807 | 4:43 pm to 4:37 pm EX 26- BWC TC-443-447.mp4 | | | | |
| 809 | 4:48 - 5:00 pm EX 27- BWC clip 448-5.mp4 | | | | |
| 810 | 4:50 pm EX X- BWC clip - 450.mp4 | | | | |
| | | | | | |

**900 SERIES-COUNT SEVEN - MPD OFFICER IAN FRENCH**

| Exhibit No. | Description of Exhibits | M a r k e d f o r I . D . | Receive d in Eviden ce | Witnes s | Exhibits Sent to Jury (date & time) |
|---|---|---|---|---|---|
| | | | | | |

| 901 | CAP01_000013178.pdf statement of Officer French | | | | |
| 902 | 2021-R-00311.09-15-21 - LT, p.14. LANARD TAYLOR Grand Jury | | | | |
| 903 | 2021-R-00311.01-29-21.LT, p.12. LANARD TAYLOR Grand Jury | | | | |
| 904 | 2021-R-00311.09-15-21 - LT, LANARD TAYLOR Grand Jury | | | | |
| 905 | CAP01_000013180.pdf re. Body-worn camera | | | | |
| 906 | EX 26- BWC TC-443-447 | | | | |
| 907 | exhibit 7 around 454 -457.mp4 | | | | |
| 908 | 5:00 pm Jake with bat EX 27- BWC clip 448-5 | | | | |
| | | | | | |
| | | | | | |

| **1000 SERIES-COUNT EIGHT - MPD OFFICER HARRY SINGLETON** | | | | | |
|---|---|---|---|---|---|
| Exhibit No. | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
| 1001 | CAP01_000013215.pdf - | | | | |
| 1002 | CAP01_000013281.pdf - | | | | |
| 1003 | CAP01_000013220.pdf | | | | |
| 1004 | 2021-R-00311.09-15-21 - LT,  page 14. LANARD TAYLOR in Grand Jury | | | | |
| 1005 | CAP01_000003236.jpg | | | | |
| 1006 | 4:43 pm - 4:47 pm   EX 26- BWC TC-443-447 | | | | |
| 1007 | 4:54 pm - 4:57 pm - exhibit 7 around 454 -457.mp4 | | | | |
| 1008 | 5:00 pm Jake with bat EX 27- BWC clip 448-5 | | | | |
| | | | | | |

| 1100 SERIES – PHOTO EVIDENCE | | | | |
|---|---|---|---|---|
| Exhibit No. | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
| 1100 | Photo of Lang: I'll Be in DC | | | | |
| 1100.1 | Metadata for GX 100 | | | | |
| 1102 | Restricted Area Map | | | | |
| 1103 | Getty scaffolding photo | | | | |
| 1104 | Lang on scaffolding, arms out | | | | |
| 1104.1 | Metadata for 104 | | | | |
| 1105 | Lang photo of crowd entering arch | | | | |
| 1105.1 | Metadata for GX 105 | | | | |
| 1106 | Image from Lang's phone of Lang with another person | | | | |
| 1106.1 | Metadata for 106 | | | | |
| 1107 | Getty Image 1.PNG | | | | |
| 1108 | Getty Image 2.PNG | | | | |
| 1109 | Getty Image 3.PNG | | | | |
| 1110 | Getty Image 4.PNG | | | | |
| 1111 | Getty Image 5.PNG | | | | |
| 1112 | Getty Image 6.PNG | | | | |
| 1113 | Getty Image 7.PNG | | | | |
| 1114 | Getty Image 8.PNG | | | | |
| 1115 | Getty Image 9.PNG | | | | |
| 1116 | gettyimages-1230734188-2048x2048 | | | | |
| 1117 | gettyimages-1230734367-2048x2048 | | | | |
| 1118 | Pacific Press 1300247.jpg | | | | |
| 1119 | Pacific Press 1300259.jpg | | | | |

| 1120 | Pacific Press 1300262.jpg | | | | | |
| 1123 | Pacific Press 1300263.jpg | | | | | |
| 1124 | Pacific Press 1300265.jpg | | | | | |
| 1125 | Pacific Press 1300266.jpg | | | | | |
| 1126 | Pacific Press 1300297.jpg | | | | | |
| 1127 | Pacific Press 1300300.jpg | | | | | |
| 1128 | Pacific Press 1300303.jpg | | | | | |
| 1129 | Pacific Press 1300316.jpg | | | | | |
| 1130 | Pacific Press 1300357.jpg | | | | | |
| 1131 | Pacific Press 1300364.jpg | | | | | |
| | | | | | | |
| **1200 SERIES-BODY WORN CAMERA** | | | | | | |
| Exhibit No. | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) | |
| 1200 | Bogner BWC Clip: Dispersal Order 14.02.57-14.09.42 | | | | | |
| 1201 | Kimball BWC.mp4 14:16:57-14:20:46 | | | | | |
| 1201.1 | Still from Kimball BWC 14.17.21.png | | | | | |
| 1201.2 | Still from Kimball BWC 14.17.21 Circled.png | | | | | |
| 1201.3 | Still from Kimball BWC 14.17.25 | | | | | |
| 1201.4 | Still from Kimball BWC 14.17.29 | | | | | |
| 1202 | _Clip_Matthew Cek BWC.mp4 14.35.57-14.36.51 | | | | | |
| 1202.1 | Still from Cek BWC.mp4 14.36.02 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1202.2 | Still from Cek BWC.mp4 14.36.02.png with arrow | | | | | |
| 1202.3 | Still from Cek BWC.mp4 14.36.22 with arrow.png | | | | | |
| 1203 | Leslie BWC Still 14.36.50.png | | | | | |
| 1203.1 | Leslie BWC Still 14.36.50 Circled.png | | | | | |
| 1203.2 | Leslie BWC 14.36.50 Enlarged.png | | | | | |
| 1204 | Todd BWC 14:45:52-14:59:15.mp4 | | | | | |
| 1204.1 | Todd BWC Still 14.46.29.png | | | | | |
| 1204.2 | Todd BWC Still 14.46.29 Circled.png | | | | | |
| 1204.3 | Todd BWC Still 14.46.36.png | | | | | |
| 1204.4 | Todd BWC Still 14.46.36 Circled.png | | | | | |
| 1204.5 | Todd BWC Still 14.48.11 | | | | | |
| 1204.6 | Todd BWC Still 14.48.11 Circled | | | | | |
| 1205 | Bogner BWC Clip 14.50.22-15.07.59 | | | | | |
| 1205.1 | Bogner BWC Still 14.58.12.png | | | | | |
| 1205.2 | Bogner BWC Still 15.00.03.png | | | | | |
| 1205.3 | Bogner BWC Still 15.01.04.png | | | | | |
| 1205.4 | Bogner BWC Still 15.01.04 Circled | | | | | |
| 1205.5 | Bogner BWC Still 15.01.47 | | | | | |
| 1206 | _Clip_Biscoe BWC_20210106-RIOTING-US_CAPITOL.mp4 | | | | | |
| 1206.1 | Biscoe BWC Still 14.57.37.png | | | | | |
| 1206.2 | Biscoe BWC Still 14.57.37 Circled.png | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1206.3 | Biscoe BWC Still 14.57.39.png | | | | | |
| 1206.4 | Biscoe BWC Still 14.57.39 Circled.png | | | | | |
| 1206.5 | Biscoe BWC Still 14.57.41 | | | | | |
| 1206.6 | Biscoe BWC Still 14.57.41 Circled.png | | | | | |
| 1206.7 | Biscoe BWC Still 14.57.42 | | | | | |
| 1206.8 | Biscoe BWC Still 14.57.42 Circled.png | | | | | |
| 1206.9 | Biscoe BWC Still 14.57.43 | | | | | |
| 1206.10 | Biscoe BWC Still 14.57.43 Circled.png | | | | | |
| | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1206.11 | Biscoe BWC Still 14.58.17.png | | | |
| 1206.12 | Biscoe BWC Still 14.58.17 Boxed.png | | | |
| 1207 | MASTONY BWC 14.56.49-15.01.47.mp4 | | | |

| | | | | |
|---|---|---|---|---|
| 1207.1 | Mastony BWC Still 14.57.31.png | | | |
| 1207.2 | Mastony BWC Still 14.57.31 Boxed.png | | | |
| 1207.3 | Mastony BWC Still 14.57.31a.png | | | |
| 1207.4 | Mastony BWC Still 14.57.31a Boxed.png | | | |
| 1207.5 | Mastony BWC Still 14.57.32.png | | | |
| 1207.6 | Mastony BWC Still 14.57.32 Boxed.png | | | |
| 1207.7 | Mastony BWC Still 14.57.32a | | | |
| 1207.8 | Mastony BWC Still 14.57.32a Boxed | | | |
| 1207.9 | Mastony BWC Still 14.57.33 | | | |
| 1207.10 | Mastony BWC Still 14.57.33 Boxed | | | |
| 1207.11 | Mastony BWC Still 14.57.35 | | | |
| 1207.12 | Mastony BWC Still 14.57.35 Boxed | | | |
| 1207.13 | Mastony BWC Still 14.57.35a | | | |
| 1207.14 | Mastony BWC Still 14.57.35a Boxed | | | |
| 1207.15 | Mastony BWC Still 14.57.36.PNG | | | |
| 1207.16 | Mastony BWC Still 14.57.36 Boxed | | | |
| 1207.17 | Mastony BWC Still 14.57.37.png | | | |
| 1207.18 | Mastony BWC Still 14.57.37 Boxed | | | |
| 1207.19 | Mastony BWC Still 14.57.37a | | | |
| 1207.20 | Mastony BWC Still 14.57.37a Boxed | | | |
| 1207.21 | Mastony BWC Still 14.57.39 | | | |
| 1207.22 | Mastony BWC 14.57.39 Boxed | | | |

| | | | | |
|---|---|---|---|---|
| 1207.23 | Mastony BWC Still 14.57.39a.png | | | |
| 1207.24 | Mastony BWC Still 14.57.39a Boxed.png | | | |
| 1207.25 | Mastony BWC Still 14.57.39b.png | | | |
| 1207.26 | Mastony BWC Still 14.57.39b Boxed.png | | | |
| 1207.27 | Mastony BWC Still 14.57.40.png | | | |
| 1207.28 | Mastony BWC Still 14.57.40 Boxed.png | | | |
| 1207.29 | Mastony BWC Still 14.57.40a.png | | | |
| 1207.30 | Mastony BWC Still 14.57.40a Boxed.png | | | |
| 1207.31 | Mastony BWC Still 14.57.40b.png | | | |
| 1207.32 | Mastony BWC Still 14.57.40b Boxed.png | | | |
| 1207.33 | Mastony BWC Still 14.58.19.png | | | |
| 1207.34 | Mastony BWC Still 14.58.19 Boxed.png | | | |
| 1208 | WILHOIT BWC Clip 3.01.55-3.04 | | | |
| 1209 | SHIPMON BWC Clip.mp4 | | | |
| 1210 | Shipmon BWC Still 15.19.18.png | | | |
| 1210.1 | Shipmon BWC Still 15.19.24.png | | | |
| 1210.2 | Shipmon BWC Still 15.19.24 Boxed.png | | | |
| 1210.3 | Shipmon BWC Still 15.19.31.png | | | |
| 1210.4 | Shipmon BWC Still 15.19.31 Boxed.png | | | |
| 1210.5 | Shipmon BWC Still 15.19.31 Boxed.png | | | |
| 1211 | KIMBALL BWC Clip.mp4 | | | |
| 1211.1 | Kimball BWC Still 16.01.18 | | | |
| 1211.2 | Kimball BWC Still 16.01.18 Circled.png | | | |
| 1211.3 | Kimball BWC Still 16.01.18a.png | | | |
| 1211.4 | Kimball BWC Still 16.01.18a Boxed.png | | | |
| 1211.5 | Kimball BWC Still 16.01.19.png | | | |
| 1211.6 | Kimball BWC Still 16.01.19 Boxed.png | | | |
| 1211.7 | Kimball BWC Still 16.01.19a.png | | | |
| 1211.8 | Kimball BWC Still 16.01.19a Boxed.png | | | |
| 1211.9 | Kimball BWC Still 16.01.19b | | | |
| 1211.10 | Kimball BWC Still 16.01.19b Boxed.png | | | |
| 1211.11 | Kimball BWC Still 16.01.20.png | | | |
| 1211.12 | Kimball BWC Still 16.01.20 Boxed | | | |
| 1212 | Ak BWC_4.10-4.13pm | | | |
| 1212.1 | Ak BWC Clip around 4:11 pm with Box | | | |
| 1213 | Ak BWC Clip Long | | | |
| 1214 | Mastony BWC Clip.mp4 | | | |
| 1214.1 | Mastony BWC Still 16.10.55.png | | | |
| 1214.2 | Mastony BWC Still 16.10.55 Boxed.png | | | |
| 1214.3 | Mastony BWC Still 16.10.56.png | | | |
| 1214.4 | Mastony BWC Still 16.10.56 Boxed.png | | | |
| 1214.5 | Mastony BWC Still 16.10.56a.png | | | |
| 1214.6 | Mastony BWC Still 16.10.56a Boxed.png | | | |
| 1214.7 | Mastony BWC Still 16.48.04 | | | |
| 1215 | Foulds BWC clip.mp4 | | | |

| 1215.1 | Foulds BWC Still 16.11.01.png | | | | |
|---|---|---|---|---|---|
| 1215.2 | Foulds BWC Still 16.11.01 Boxed.png | | | | |
| 1215.3 | Foulds BWC Still 16.11.02.png | | | | |
| 1215.4 | Foulds BWC Still 16.11.02 Boxed.png | | | | |
| 1215.5 | Foulds BWC Still 16.11.02a.png | | | | |
| 1215.6 | Foulds BWC Still 16.11.02a Boxed.png | | | | |
| 1215.7 | Foulds BWC Still 16.11.05.png | | | | |
| 1215.8 | Foulds BWC Still 16.11.05 Boxed.png | | | | |
| 1215.9 | Foulds BWC Still 16.11.05a.png | | | | |
| 1215.10 | Foulds BWC Still 16.11.05a Boxed.png | | | | |
| 1215.11 | Foulds BWC Still 16.11.05b.png | | | | |
| 1215.12 | Foulds BWC Still 16.11.05b Boxed | | | | |
| 1216 | Jin Park BWC 16.42.08-17.04.57.mp4 | | | | |
| 1216.1 | Jin Park BWC Clip 4:43-44 pm.mp4, with arrow and box | | | | |
| 1216.2 | Jin Park BWC Clip 16.48.40-17.00.22 | | | | |
| 1216.3 | Jin Park BWC Still of IF 16.48.04 | | | | |
| 1217 | Craig BWC 16.42.42-16.55.42 | | | | |
| 1217.1 | Craig BWC Clip 4:43-44 pm.mp4 | | | | |
| 1218 | JASON STERLING BWC Clip.mp4 16.34.41-16.49.15 | | | | |
| 1219 | SAJUMON BWC Clip.mp4 16.38.25-16.58.52 | | | | |
| 1220 | Thomas-Bartley BWC Clip.mp4 16.42.58-16.35.53 | | | | |
| 1221 | Weaver BWC Clip 16.50.38-16.55.43 | | | | |
| 1222 | Manzan BWC Clip 16.51.57-16.52.03 | | | | |
| 1223 | French BWC Clip 16.51.01-17.02.19 | | | | |
| 1224 | Powell BWC Clip 16.50.53-17.00.20 | | | | |
| 1224.1 | Powell BWC Clip 16.58.01-16.58.32 with box | | | | |
| 1225 | EX 27- BWC clip 448-5 | | | | |
| 1226 | EX 26- BWC TC-443-447 | | | | |
| 1227 | EX X- BWC clip - 450.mp4 | | | | |
| 1228 | BWC clip 448-5.mp4 | | | | |
| 1229 | EX 26- BWC TC-443-447.mp4 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

| 1300 SERIES – SURVEILLANCE VIDEO | | | | | |
|---|---|---|---|---|---|
| Exhibit No. | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
| 1300 | West Roof Clip 2.21-timestamped 2.19pm_2.40pm | | | | |
| 1300.1 | West Roof Still 14.21.50.png | | | | |
| 1300.2 | West Roof Still 14.21.50 Boxed.png | | | | |
| 1300.3 | West Roof Still 14.22.48.png | | | | |
| 1300.4 | West Roof Still 14.22.48 Circled.png | | | | |
| 1300.5 | West Roof Still 14.23.07.png | | | | |
| 1300.6 | West Roof Still 14.23.07 Boxed | | | | |
| 1300.7 | West Roof Still 14.23.16.png | | | | |
| 1300.8 | West Roof Still 14.23.16 Boxed.png | | | | |
| 1300.9 | West Roof Still 14.40.40.png | | | | |
| 1300.10 | West Roof Still 14.40.40 Boxed.png | | | | |
| 1301 | Lower West Terrace Exterior Door footage 230 to 250 pm with timecode.mp4 | | | | |
| 1301.1 | Still from GX 301.2.41.02.png | | | | |
| 1301.2 | Still from GX 301 2.41.16.png | | | | |
| 1301.3 | Still from GX 301 2.41.33.png | | | | |
| 1301.4 | Still from GX 301 2.42.15.png | | | | |
| 1302 | Lower West Terrace Door footage with time code 243 to 250.asf-.asf | | | | |
| 1302.1 | Still from GX 302 2.42.44.png | | | | |
| 1302.2 | Still from GX 302 2.42.49.png | | | | |
| 1302.3 | Still from GX 302 2.43.51 | | | | |
| 1302.4 | Still from GX 3022.45.41.png | | | | |
| 1302.5 | Still from GX 302 2.45.45.png | | | | |
| 1302.6 | 75 2.46.26.png | | | | |
| 1302.7 | Still from GX 302 2.46.35.png | | | | |
| 1302.8 | Still from GX 302 2.46.38.png | | | | |
| 1303 | Lower West Terrace Door with timecode 2.57-59.asf | | | | |
| 1303.1 | Still from GX 303 2.57.09.png | | | | |
| 1303.2 | Still from GX 303 2.57.09 Circled.png | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1303.3 | Still from GX 303 2.57.39.png | | | | |
| 1303.4 | Still from GX 303 2.57.39 Circled.png | | | | |
| 1304 | Lower West Terrace Exterior Door footage from 249 to 330 pm with timecode | | | | |
| 1304.1 | Clip from GX 304 with boxes 3.08-3.10pm | | | | |
| 1304.2 | Clip from GX 304 with boxes 3.12-3.13 pm | | | | |
| 1304.3 | Still from GX 304 3.02.59 with arrow | | | | |
| 1304.5 | Still from GX 304 3.03.17 with arrow+adjusted brightness | | | | |
| 1304.6 | Still from GX 304 3.03.55 with arrow.PNG | | | | |
| 1304.7 | Still from GX 304 3.04.13 with arrow.png | | | | |
| 1304.8 | Still from GX 304 3.04.59 Circled.png | | | | |
| 1304.9 | Still from GX 304 3.05.58 Circled.png | | | | |
| 1304.10 | Still from GX 304 3.08.14 Circled.png | | | | |
| 1304.11 | Still from GX 304 3.08.17 Circled.png | | | | |
| 1304.12 | Still from GX 304 308.18 Circled.png | | | | |
| 1304.13 | Still from GX 304 3.08.22 Circled.png | | | | |
| 1304.15 | Still from GX 304 3.08.23 Circled.png | | | | |
| 1304.16 | Still from GX 304 3.08.33 Circled.png | | | | |
| 1304.17 | Still from GX 304 3.09.10 Circled.png | | | | |
| 1304.18 | Still from GX 304 3.09.30 Circled.png | | | | |
| 1304.18 | Still from GX 304 3.09.58 Circled.png | | | | |
| 1304.19 | Still from GX 304 3.12.11 Circled.png | | | | |
| 1304.20 | Still from GX 304 3.14.35 boxed.png | | | | |
| 1304.21 | Still from GX 304 3.14.58 boxed.png | | | | |
| 1304.22 | Still from GX 304 3.15.13 boxed.png | | | | |
| 1304.23 | Still from GX 304 3.15.17 boxed.png | | | | |

| | | | | |
|---|---|---|---|---|
| 1304.24 | Still from GX 304 3.18.29 Boxed.png | | | |
| 1304.25 | Still from GX 304 3.19.06 Boxed.png | | | |
| 1305 | Lower West Terrace Exterior Door footage from 330 to 415 with timecode.mp4 | | | |
| 1305.1 | Clip from GX 305 at about 4.01pm with arrow | | | |
| 1305.2 | Still from GX 305 with box at 4.01.18 pm | | | |
| 1305.3 | Still from GX 305 with box at 4.01.22 pm | | | |
| 1305.4 | Still from GX 305 with box at 4.01.23 pm | | | |
| 1305.5 | Clip from GX 305 with circle + zoom around 4.10 pm | | | |
| 1306 | Lower West Terrace Exterior Door footage 4.41-4.45 pm with timecode | | | |
| 1306.1 | Clip from GX 306 starting at 4.43 pm with zoom | | | |
| 1307 | Lower West Terrace Exterior Door footage from 4.45 to 4.47with timecode | | | |
| 1308 | Lower West Terrace Exterior Door footage from 4.48 to 5.00 pm with timecode.mp4-.mp4 | | | |
| 1308.1 | Clip from GX 308 from 4.54 pm – 5.00 pm | | | |
| 1309 | Still from Lower West Terrace Door footage at 2.57.58 pm | | | |
| 1310 | EX 17-1-USCP 308-310.mp4 | | | |
| 1311 | EX 17-2- USCP 312-313.mp4 | | | |
| 1312 | Withdrawn/Removed | | | |
| 1313 | Intentionally Deleted/Withdrawn. | | | |
| 1314 | EX 19-1 USCP 314.png | | | |
| 1315 | EX 19-2 USCP 314.png | | | |
| 1316 | EX 19-3 USCP 315.png | | | |
| 1317 | EX 19-4 USCP 315.png | | | |
| 1318 | EX 19-5 USCP 318.png | | | |
| 1319 | EX 19-6 USCP 318.png | | | |
| 1320 | EX 19-7 USCP 319.png | | | |
| 1321 | Exhibit 5 around 410.mp4 | | | |
| 1322 | EX R-Lang video around 420 pm.MP4 | | | |
| 1323 | EXHIBIT 6 around 443.mp4 | | | |
| 1324 | 089B-WF-3376966_0000056_1A0000008_0000020.mp4 | | | |
| 1325 | CAP01_000003236.jpg | | | |

| 1326 | exhibit 7 around 454 -457.mp4 | | | | |
|------|-------------------------------|---|---|---|---|
| 1327 | Lang Before Capitol #1 | | | | |
| 1328 | Lang Before Capitol #2 | | | | |
| 1329 | Lang Before Capitol #3 | | | | |
| 1330 | Lang 1330, a 2-minute section of a long video, before scaffolding (Time frame: 06.46 - 08:42) Government Exhibit 200 in US v Nordean. | | | | |
| 1331 | Slow Motion of 1330 (Time frame 10:55 - 16:30) | | | | |
| 1332 | Lang 1332. 13:10 video of Govt video G226, which is 03:00. (Time Frame 1:35 - 1:49; 4:00 - 4:22; 6:10 - 6:45) | | | | |
| 1333 | Lang 1333, 3-minute video of G226 (Time frame in slow motion: 00:20-00:25; 01:36 - 03:00) | | | | |
| 1334 | Lang 1334, 2-minute video (Time frame: 00:30 - 01:54) | | | | |
| 1335 | Picture of Black's face. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | **1400 SERIES – LANG VIDEO AND OPEN-SOURCE/THIRD-PARTY VIDEO** | | | | |
| Exhibit No. | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
| 1400 | C-SPAN Clips of Trump Speech with time | | | | |
| 1400.1 | GPO Report | | | | |
| 1401 | Lang Video IMG_1429.mp4 with Trump on Jumobtron and audio from speech | | | | |
| 1401.1 | Still from Lang Video IMG_1429.mp4 | | | | |
| 1401.2 | IMG_1429.mp4 Metadata | | | | |
| 1402 | Lang Video IMG_1458.mp4 with audio from speech | | | | |
| 1402.1 | IMG_1458.mp4 Metadata.png | | | | |
| 1403 | Open source video 20210106_125917-1gklkto0lio02.mp4 with Lang on Mall; speech audible. | | | | |
| 1404 | Clip from open source Hershel Baron video | | | | |

| | | | | |
|---|---|---|---|---|
| 1404.1 | Still from Hershel Baron Video Clip with box | | | |
| 1404.2 | Still from Hershel Baron Video Clip at 9.14 with box | | | |
| 1405 | Lang Facebook Livestream Video | | | |
| 1405.1 | FB Livestream Metadata | | | |
| 1406 | Hershel Baron Open Source video: ztjNMw9rseAm38vZR | | | |
| 1406.1 | Clip from ztjNMw9rseAm38vZR.mpeg4 of WalkToCapitol- | | | |
| 1407 | Open source Facebook video: Lang at Pennsylvania Avenue Walkway | | | |
| 1407.1 | Still of Lang from open source Facebook video with circle | | | |
| 1408 | Lang video IMG_1466.mp4 near Walkway circa 2:10 p.m. | | | |
| 1409 | Will A. Dupraw Video | | | |
| 1409.1 | Still from WADupraw Video 6.41.png | | | |
| 1409.2 | Still from WADupraw 6.41 Circled.png | | | |
| 1409.3 | Still from WADupraw Video 6.50.png | | | |
| 1409.4 | Still from WADupraw Video 6.50 Circled.png | | | |
| 1409.5 | Still from WADupraw Video 6.56.png | | | |
| 1409.6 | Still from WADupraw Video 6.56 Circled.png | | | |
| 1409.7 | Still from WADupraw Video 7.16.png | | | |
| 1409.8 | Still from WADupraw Video 7.16 Circled.png | | | |
| 1409.9 | Still from WADupraw Video 7.25.png | | | |
| 1409.10 | Still from WADupraw Video 7.25 Boxed | | | |
| 1410 | Mele Video IMG_9454.mov of Lang on scaffolding circa 2:16:53 p.m. | | | |
| 1410.1 | Mele Video IMG9454.mov Metadata | | | |
| 1411 | Lang Video IMG_1468.mp4 | | | |
| 1411.1 | IMG_1468.mp4 Metadata | | | |
| 1412 | Lang Video posted to Facebook 10224734281568836 | | | |
| 1412.1 | Metadata for Lang Facebook Video 10224734281568836 | | | |
| 1413 | Freelance Video MAH02939.mp4;  Lang inside scaffolding | | | |
| 1414 | Lang Video IMG_1472.mp4 Lang reaching scaffolding top | | | |
| 1415 | Lang Video from top of scaffolding | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1416 | Lang Video IMG_1475.mp4 on scaffolding | | | | |
| 1417 | Lang Video IMG_1477.mp4 | | | | |
| 1418 | Lang Video IMG_1482.mp4 | | | | |
| 1419 | Lang Video IMG_1484.mp4 | | | | |
| 1420 | Open source video of Lang approaching Arch | | | | |
| 1420.1 | Still with circle from open source video of Lang approaching Arch | | | | |
| 1420.2 | Still with box from open source video of Lang approaching Arch | | | | |
| 1421 | Lang Video IMG_1486.1mp4 of entry into Arch | | | | |
| 1421.1 | Metadata for IMG_1486.1.mp4 | | | | |
| 1421.2 | Still from IMG_1486 at 00:29 | | | | |
| 1421.3 | Still from IMG_1486.mp4 at 58 | | | | |
| 1421.4 | Still from IMG_1486.mp4 at 59 | | | | |
| 1422 | Jones third-party video, IMG_3648.mov, of entry into Arch | | | | |
| 1422.1 | Metadata for IMG_3648.mov | | | | |
| 1423 | Lang Video IMG_1488.mov inside Arch | | | | |
| 1423.1 | Metadata for IMG_1488.mov | | | | |
| 1423.2 | Still from IMG_1488.mov at 2.54 pm | | | | |
| 1423.3 | Still from IMG_1488.mov at 2.56 pm (badge number) | | | | |
| 1423.4 | Still from IMG_1488.mov at 2.56 pm (Lang's face) | | | | |
| 1423.5 | Still from IMG_1488.mov at 2.57 pm (back of helmet) | | | | |
| 1423.6 | Still from IMG_1488.mov at 2.57 pm (front of helmet) | | | | |
| 1424 | Open source video: "Trump Supporters Battle Cops Inside the Capitol" 2.51-3.20 pm | | | | |
| 1425 | Clip from "Trump Supporters Battle Cops Inside the Capitol" | | | | |
| 1424.1 | Still from GX 424 at 2:54 pm.png | | | | |
| 1424.2 | Still from GX 424 at 2.54 pm boxed.png | | | | |
| 1424.3 | Still from GX 424 at 2.55 pm.png | | | | |
| 1424.4 | Still from GX 424 at 2.55 pm.boxed.png | | | | |
| 1424.4 | Still from GX 424 at approx 2.57.35 pm.png | | | | |
| 1424.5 | Still from GX 424 approx. 2.57.35 boxed.png | | | | |

| | | | | |
|---|---|---|---|---|
| 1424.6 | Still from GX 424 at approx. 2.57.39 pm.png | | | |
| 1424.7 | Still from GX 424 approx 257.39 boxed.png | | | |
| 1424.8 | Still from GX 424 at 3.01 pm | | | |
| 1424.6 | Still from GX 424 at 3.14 pm with Det. PN.png | | | |
| 1424.7 | Still from GX 424 at 3.14 pm with Det. PN.boxed.png | | | |
| 1424.8 | Still from GX 424 Ofcr M.M.png | | | |
| 1424.9 | Still from GX 424 Ofcr M.M. boxed.png | | | |
| 1426 | St. Cyr Third-party Video IMG_2797.mov | | | |
| 1427 | unified_message_165367274928109[Cantwell abt 3pm] | | | |
| 1428 | Lang Video IMG_1491.mov | | | |
| 1428.1 | Metadata for Lang Video IMG_1491.mov | | | |
| 1429 | Griffin Video IMG_9665.mp4 | | | |
| 1430 | Cantwell Video about 3.02-3.08 | | | |
| 1431 | Open Source Video: Just Another Channel-What REALLY Happened in D.C.-.mp4 | | | |
| 1431.1 | Still from GX 431 at 00.26.png | | | |
| 1431.2 | Still from GX 431 at 00.26 boxed.png | | | |
| 1431.3 | Still from GX 431 at 00.30.png | | | |
| 1431.4 | Still from GX 431 at 00.30 boxed.png | | | |
| 1431.5 | Still from GX 431 at 01.25 | | | |
| 1431.6 | Still from GX 431 at 01.25 boxed | | | |
| 1431.7 | Still from GX 431 at 03.00.png | | | |
| 1431.8 | Still from GX 431 at 03.00 boxed.png | | | |
| 1431.9 | Still from GX 431 at 06.27.png | | | |
| 1431.10 | Still from GX 431 at 06.27 boxed.png | | | |
| 1431.11 | Still from GX 431 at 06.28.png | | | |
| 1431.12 | Still from GX 431 at 06.28 boxed.png | | | |
| 1431.13 | Still from GX 431 at 06.40.png | | | |
| 1431.14 | Still from GX 431 at 06.40 boxed.png | | | |
| 1432 | Raw360clip.mp4 | | | |
| 1432.1 | Lang pathway Tracking!.mp4 | | | |
| 1433 | 20210106_151913.mp4 | | | |
| 1434 | Preacher Video IMG_024673.mp4 | | | |
| 1435 | FULL FOOTAGE Patriots STORM U.S. Capitol (4K60fps)_CLIP | | | |
| 1436 | Open source video sf4kaTrpe9SSQ4YAp.mpeg | | | |

| 1437 | Open source video realblairnelson_1346952635392294912 | | | |
|---|---|---|---|---|
| 1438 | Lang Video IMG_1493.mov | | | |
| 1438.1 | IMG_1493.MOV Metadata | | | |
| 1439 | Griffin Video IMG_9672.mov | | | |
| 1439.1 | Metadata for GX 439 | | | |
| 1440 | Griffin Video IMG_9673.mov | | | |
| 1440.1 | Metadata for IMG_9673.mov | | | |
| 1441 | Jarrett Robertson Clip-jan6, jan6, jan6-.mp4 | | | |
| 1442 | Lang Instagram post with 3:30 timestamp | | | |
| 1443 | "Political Trance" open source video: cVub5ao4XDM.mp4 | | | |
| 1443.1 | Still from GX 443 of W.M. | | | |
| 1444 | Hughes Video of bodysurfing | | | |
| 1445 | Third party video 4.36-42 p.m. | | | |
| 1446 | AJH Films Video clip | | | |
| 1447 | AJH Films Video Clip 2.mp4 | | | |
| 1448 | AJH Films Video Clip 3.mp4 | | | |
| 1448 | gettyimages-1295311606-640_adpp | | | |
| 1449 | Video IMG_1610.mov | | | |
| 1449.1 | Metadata for IMG_1610.mov | | | |
| 1450 | gettyimages-1295311583-640_adpp | | | |
| 1451 | Twitter Video | | | |
| 1452 | gettyimages- 1295315768 | | | |
| 1453 | gettyimages-1295078326-640_adpp.mp4 | | | |
| 1454 | gettyimages-1295311711-640_adpp.mp4 | | | |
| 1455 | Ex 20- Lang video around 330.MOV | | | |
| 1456 | 089B-WF-3376966_0000056_1A0000008_0000231.mp4 | | | |
| 1457 | Ex N- Lang video around 330.MOV | | | |
| 1458 | LangGrabbing MM.PNG | | | |
| 1459 | Copy of 20210106_151913.mp4 | | | |
| 1460 | Capture.JPG | | | |
| 1461 | x 21- Youtube Video 2- around 401 pm.mp4 | | | |
| 1462 | 0074USCHBALowerWTerraceDoorExterior_2021-01-06_15h41m42s260ms.mp4 | | | |
| 1463 | EX S- Lang video around 437 pm.mp4 | | | |
| 1464 | Edward Jake Lang social media post: "white Jewish protestor saves unconscious" Jan6th_1080p.mp4 | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | **1500 SERIES – REPORTS, DOCUMENTS, AND RECORDS** | | | | |
| Exhibit No. | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
| 1500 | C-SPAN Clips of Trump Speech with time | | | | |
| 1501 | GPO Report | | | | |
| 1502 | Lang Video IMG_1429.mp4 with Trump on Jumobtron and audio from speech | | | | |
| 1503 | Still from Lang Video IMG_1429.mp4 | | | | |
| 1504 | IMG_1429.mp4 Metadata | | | | |
| 1505 | Lang Video IMG_1458.mp4 with audio from speech | | | | |
| 1506 | IMG_1458.mp4 Metadata.png | | | | |
| 1507 | Open source video 20210106_125917-1gklkto0lio02.mp4 with Lang on Mall; speech audible. | | | | |
| 1508 | Clip from open source Hershel Baron video | | | | |
| 1509 | Still from Hershel Baron Video Clip with box | | | | |
| 1510 | Still from Hershel Baron Video Clip at 9.14 with box | | | | |
| 1511 | Lang Facebook Livestream Video | | | | |
| 1512 | FB Livestream Metadata | | | | |
| 1513 | Hershel Baron Open Source video: ztjNMw9rseAm38vZR | | | | |
| 1514 | Clip from ztjNMw9rseAm38vZR.mpeg4 of WalkToCapitol- | | | | |
| 1515 | Open source Facebook video: Lang at Pennsylvania Avenue Walkway | | | | |
| 1516 | Still of Lang from open source Facebook video with circle | | | | |

| 1600 SERIES – LEGAL EXHIBITS | | | | | |
|---|---|---|---|---|---|
| Exhibit No. | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
| 1601 | The Constitution of the United States of America. 1787. https://www.archives.gov/founding-docs/constitution. | | | | |
| 1602 | Declaration of Independence. U.S., 1776. National Archives. https://www.archives.gov/founding-docs/declaration. | | | | |
| 1603 | U.S. House Select Committee to Investigate the January 6th Attack on the United States Capitol. (2022). Final report of the Select Committee to Investigate the January 6th Attack on the United States Capitol. U.S. Government Publishing Office. https://www.govinfo.gov/content/pkg/GPO-J6-REPORT/pdf/GPO-J6-REPORT.pdf | | | | |
| 1604 | | | | | |
| 1605 | | | | | |
| 1606 | | | | | |
| 1607 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1700 SERIES-COMMON EXHIBITS | | | | | |
| Exhibit No. | Description of Exhibits | Marked for I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
| 1701 | Capitol Map 3D (top) | | | | |
| 1702 | Capitol Map 3D (East side) | | | | |
| 1703 | Capitol Map 3D (West side) | | | | |
| 1703.1 | Capitol Map 3D (NW Terrace 1) | | | | |
| 1703.2 | Capitol Map 3D (NW Terrace 2) | | | | |
| 1703.3 | Capitol Map 3D (NW Terrace 3) | | | | |
| 1704 | Capitol Map 3D (SW side) | | | | |

| 1705 | Capitol Map 3D (NW side) | | | | |
|---|---|---|---|---|---|
| 1706 | Capitol Map 3D (North side) | | | | |
| 1707 | Capitol Grounds Photograph – Fencing and Signs | | | | |
| 1708 | Capitol Grounds Photograph – Bike Racks and Signs | | | | |
| 1709 | U.S. Capitol Map | | | | |
| 1710 | Aerial View Capitol | | | | |
| 1711 | Capitol Complex Bird's Eye Map | | | | |
| 1712 | Area Closed Signs | | | | |
| 1713 | Area Closed Sign | | | | |
| 1714 | Area Closed Sign (close up) | | | | |
| 1715 | Area Closed Peace Circle | | | | |
| 1715.1 | Area Closed Peace Circle Video | | | | |
| 1716 | Area Closed NW Lawn | | | | |
| 1716.1 | Area Closed NW Lawn Video | | | | |
| 1717 | Capitol 1st Floor Map | | | | |
| 1718 | Capitol 2nd Floor Map | | | | |
| 1719 | West Front Photo | | | | |
| 1719.1 | West Front Photo with Box | | | | |
| 1720 | Jan. 6 Pres. Trump Ellipse Speech Transcript | | | | |
| 1721 | Jan. 6 Pres. Trump Ellipse Speech Video | | | | |
| 1721.1 | Jan. 6 Pres. Trump Ellipse Speech Video – VP Clips Montage | | | | |
| 1722 | DC Register – Mayor's Order | | | | |
| 1722.1 | DC Register – Mayor's Order (Redacted) | | | | |
| 1723 | Curfew Tweet | | | | |
| 1724 | Email USSS HOS Notification | | | | |
| 1725 | Worksheet – HOS Notification | | | | |
| 1726 | USSS Video with Radio Runs | | | | |
| 1727 | Glavey Audio A | | | | |
| 1728 | Glavey Audio B | | | | |
| 1729 | Glavey Audio C | | | | |
| 1730 | VP Relocation Video | | | | |
| 1731 | VP Motorcade Leaving CCTV | | | | |
| | | | | | |
| | | | | | |